# Exhibit C

**San Antonio Fire & Police Pension Fund LIFO Losses**                                                                                        **InnovAge Holding Corp.**

| Trade Date | Transaction Type | # Shares | Share Price ($) | Purchase Price Limited by Offer Price | Post-Filing Sale Price Limited by Filing Price | Relevant Period Purchases | Sales | Sales on Relevant Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/9/2021 | Purchase | 241 | 20.3905 | 20.3905 | | 241 | - | - | $ 4,914.11 | $ - |
| 6/10/2021 | Purchase | 3,038 | 20.6157 | 20.6157 | | 3,038 | - | - | $ 62,630.50 | $ - |
| 6/10/2021 | Purchase | 3,467 | 20.4248 | 20.4248 | | 3,467 | - | - | $ 70,812.78 | $ - |
| 6/10/2021 | Purchase | 306 | 20.56 | 20.5600 | | 306 | - | - | $ 6,291.36 | $ - |
| 6/11/2021 | Purchase | 2,965 | 20.9376 | 20.9376 | | 2,965 | - | - | $ 62,079.98 | $ - |
| 6/14/2021 | Purchase | 2,660 | 21.533 | 21.0000 | | 2,660 | - | - | $ 55,860.00 | $ - |
| 6/15/2021 | Purchase | 6,732 | 21.635 | 21.0000 | | 6,732 | - | - | $ 141,372.00 | $ - |
| 6/15/2021 | Purchase | 5,186 | 21.65 | 21.0000 | | 5,186 | - | - | $ 108,906.00 | $ - |
| 6/15/2021 | Purchase | 4,874 | 21.6342 | 21.0000 | | 4,874 | - | - | $ 102,354.00 | $ - |
| 6/16/2021 | Purchase | 155 | 21.9366 | 21.0000 | | 155 | - | - | $ 3,255.00 | $ - |
| 6/16/2021 | Purchase | 5,580 | 21.97 | 21.0000 | | 5,580 | - | - | $ 117,180.00 | $ - |
| 6/18/2021 | Purchase | 1,368 | 22.9794 | 21.0000 | | 1,368 | - | - | $ 28,728.00 | $ - |
| 6/21/2021 | Purchase | 1,280 | 22.8058 | 21.0000 | | 1,280 | - | - | $ 26,880.00 | $ - |
| 6/22/2021 | Purchase | 1,951 | 22.24 | 21.0000 | | 1,951 | - | - | $ 40,971.00 | $ - |
| 6/22/2021 | Purchase | 675 | 22.4229 | 21.0000 | | 675 | - | - | $ 14,175.00 | $ - |
| 6/23/2021 | Purchase | 1,701 | 22.3427 | 21.0000 | | 1,701 | - | - | $ 35,721.00 | $ - |
| 6/24/2021 | Purchase | 1,854 | 21.8673 | 21.0000 | | 1,854 | - | - | $ 38,934.00 | $ - |
| 6/25/2021 | Purchase | 5,791 | 21.1456 | 21.0000 | | 5,791 | - | - | $ 121,611.00 | $ - |
| 7/27/2021 | Sale | (576) | 16.0452 | | | - | (576) | (576) | $ - | $ (9,242.04) |
| 9/10/2021 | Purchase | 1,298 | 14.9542 | 14.9542 | | 1,298 | - | - | $ 19,410.55 | $ - |

| Damage Summary | |
|---|---|
| Total Purchases: | 51,122 |
| Total Sales: | (576) |
| Total Sales on Purchases: | (576) |
| Shares Held: | 50,546 |
| Price on Date of First Suit*: | $6.52 |
| Total Purchases Cost: | $ 1,062,086.28 |
| Total Sales Proceeds: | $ (9,242.04) |
| Total Retained Value: | $ (329,559.92) |
| **Total Loss:** | **$ 723,284.33** |

*The Date of First Suit/Filing Date used is 10/14/2021.

El Paso Firemen & Policemen's Pension Fund  LIFO Losses — InnovAge Holding Corp.

| Trade Date | Transaction Type | # Shares | Share Price ($) | Purchase Price Limited by Offer Price | Post-Filing Sale Price Limited by Filing Price | Relevant Period Purchases | Sales | Sales on Relevant Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/9/2021 | Purchase | 187 | 20.3905 | 20.3905 | | 187 | - | - | $ 3,813.02 | $ - |
| 6/10/2021 | Purchase | 2,360 | 20.6157 | 20.6157 | | 2,360 | - | - | $ 48,653.05 | $ - |
| 6/10/2021 | Purchase | 238 | 20.56 | 20.5600 | | 238 | - | - | $ 4,893.28 | $ - |
| 6/10/2021 | Purchase | 2,694 | 20.4248 | 20.4248 | | 2,694 | - | - | $ 55,024.41 | $ - |
| 6/11/2021 | Purchase | 2,304 | 20.9376 | 20.9376 | | 2,304 | - | - | $ 48,240.23 | $ - |
| 6/14/2021 | Purchase | 2,067 | 21.533 | 21.0000 | | 2,067 | - | - | $ 43,407.00 | $ - |
| 6/15/2021 | Purchase | 4,029 | 21.65 | 21.0000 | | 4,029 | - | - | $ 84,609.00 | $ - |
| 6/15/2021 | Purchase | 5,230 | 21.635 | 21.0000 | | 5,230 | - | - | $ 109,830.00 | $ - |
| 6/15/2021 | Purchase | 3,786 | 21.6342 | 21.0000 | | 3,786 | - | - | $ 79,506.00 | $ - |
| 6/16/2021 | Purchase | 120 | 21.9366 | 21.0000 | | 120 | - | - | $ 2,520.00 | $ - |
| 6/16/2021 | Purchase | 4,335 | 21.97 | 21.0000 | | 4,335 | - | - | $ 91,035.00 | $ - |
| 6/18/2021 | Purchase | 1,063 | 22.9794 | 21.0000 | | 1,063 | - | - | $ 22,323.00 | $ - |
| 6/21/2021 | Purchase | 994 | 22.8058 | 21.0000 | | 994 | - | - | $ 20,874.00 | $ - |
| 6/22/2021 | Purchase | 525 | 22.4229 | 21.0000 | | 525 | - | - | $ 11,025.00 | $ - |
| 6/22/2021 | Purchase | 1,516 | 22.24 | 21.0000 | | 1,516 | - | - | $ 31,836.00 | $ - |
| 6/23/2021 | Purchase | 1,321 | 22.3427 | 21.0000 | | 1,321 | - | - | $ 27,741.00 | $ - |
| 6/24/2021 | Purchase | 1,441 | 21.8673 | 21.0000 | | 1,441 | - | - | $ 30,261.00 | $ - |
| 6/25/2021 | Purchase | 4,500 | 21.1456 | 21.0000 | | 4,500 | - | - | $ 94,500.00 | $ - |
| 7/27/2021 | Sale | (440) | 16.0452 | | | - | (440) | (440) | $ - | $ (7,059.89) |
| 9/10/2021 | Purchase | 1,090 | 14.9542 | 14.9542 | | 1,090 | - | - | $ 16,300.08 | $ - |

| Damage Summary | |
|---|---|
| Total Purchases: | 39,800 |
| Total Sales: | (440) |
| Total Sales on Purchases: | (440) |
| Shares Held: | 39,360 |
| Price on Date of First Suit*: | $6.52 |
| Total Purchases Cost: | $ 826,391.08 |
| Total Sales Proceeds: | $ (7,059.89) |
| Total Retained Value: | $ (256,627.20) |
| **Total Loss:** | **$ 562,703.99** |

*The Date of First Suit/Filing Date used is 10/14/2021.

**Indiana Public Retirement System LIFO Losses**  **InnovAge Holding Corp.**

| Trade Date | Transaction Type | # Shares | Share Price ($) | Purchase Price Limited by Offer Price | Post-Filing Sale Price Limited by Filing Price | Relevant Period Purchases | Sales | Sales on Relevant Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/4/2021 | Purchase | 4,500 | 21 | 21.0000 | | 4,500 | - | - | $ 94,500.00 | $ - |
| 3/4/2021 | Purchase | 4,100 | 22.9612 | 21.0000 | | 4,100 | - | - | $ 86,100.00 | $ - |
| 3/4/2021 | Purchase | 17,000 | 23.5338 | 21.0000 | | 17,000 | - | - | $ 357,000.00 | $ - |
| 3/4/2021 | Purchase | 1,100 | 23.39 | 21.0000 | | 1,100 | - | - | $ 23,100.00 | $ - |
| 3/4/2021 | Purchase | 2,700 | 23.1852 | 21.0000 | | 2,700 | - | - | $ 56,700.00 | $ - |
| 3/5/2021 | Purchase | 200 | 22.6908 | 21.0000 | | 200 | - | - | $ 4,200.00 | $ - |
| 3/5/2021 | Purchase | 2,400 | 23.1796 | 21.0000 | | 2,400 | - | - | $ 50,400.00 | $ - |
| 3/5/2021 | Purchase | 4,400 | 22.5771 | 21.0000 | | 4,400 | - | - | $ 92,400.00 | $ - |
| 3/5/2021 | Purchase | 1,000 | 23.29 | 21.0000 | | 1,000 | - | - | $ 21,000.00 | $ - |
| 3/8/2021 | Purchase | 600 | 23.15 | 21.0000 | | 600 | - | - | $ 12,600.00 | $ - |
| 3/9/2021 | Purchase | 700 | 23.8144 | 21.0000 | | 700 | - | - | $ 14,700.00 | $ - |
| 3/24/2021 | Purchase | 500 | 22.8527 | 21.0000 | | 500 | - | - | $ 10,500.00 | $ - |
| 3/25/2021 | Purchase | 500 | 23.0246 | 21.0000 | | 500 | - | - | $ 10,500.00 | $ - |
| 4/23/2021 | Purchase | 100 | 25.118 | 21.0000 | | 100 | - | - | $ 2,100.00 | $ - |
| 4/28/2021 | Purchase | 600 | 25.355 | 21.0000 | | 600 | - | - | $ 12,600.00 | $ - |
| 4/28/2021 | Purchase | 700 | 25.0157 | 21.0000 | | 700 | - | - | $ 14,700.00 | $ - |
| 4/30/2021 | Purchase | 900 | 25.438 | 21.0000 | | 900 | - | - | $ 18,900.00 | $ - |
| 5/4/2021 | Purchase | 13,800 | 26 | 21.0000 | | 13,800 | - | - | $ 289,800.00 | $ - |
| 5/6/2021 | Purchase | 1,300 | 25.049 | 21.0000 | | 1,300 | - | - | $ 27,300.00 | $ - |
| 5/6/2021 | Purchase | 1,100 | 25.22 | 21.0000 | | 1,100 | - | - | $ 23,100.00 | $ - |
| 5/11/2021 | Purchase | 4,200 | 23.928 | 21.0000 | | 4,200 | - | - | $ 88,200.00 | $ - |
| 5/11/2021 | Purchase | 1,400 | 24.3021 | 21.0000 | | 1,400 | - | - | $ 29,400.00 | $ - |
| 5/11/2021 | Purchase | 1,300 | 24.28 | 21.0000 | | 1,300 | - | - | $ 27,300.00 | $ - |
| 5/12/2021 | Purchase | 600 | 22.8992 | 21.0000 | | 600 | - | - | $ 12,600.00 | $ - |
| 5/12/2021 | Purchase | 2,200 | 23.0868 | 21.0000 | | 2,200 | - | - | $ 46,200.00 | $ - |
| 5/12/2021 | Purchase | 2,900 | 23.1209 | 21.0000 | | 2,900 | - | - | $ 60,900.00 | $ - |
| 5/13/2021 | Purchase | 2,700 | 22.1222 | 21.0000 | | 2,700 | - | - | $ 56,700.00 | $ - |
| 5/13/2021 | Purchase | 1,600 | 22.34 | 21.0000 | | 1,600 | - | - | $ 33,600.00 | $ - |
| 5/13/2021 | Purchase | 1,800 | 22.9963 | 21.0000 | | 1,800 | - | - | $ 37,800.00 | $ - |
| 5/14/2021 | Purchase | 2,600 | 21.9591 | 21.0000 | | 2,600 | - | - | $ 54,600.00 | $ - |
| 6/25/2021 | Purchase | 1,250 | 21.06 | 21.0000 | | 1,250 | - | - | $ 26,250.00 | $ - |
| 6/25/2021 | Sale | (18,400) | 21.06 | | | - | (18,400) | (18,400) | $ - | $ (387,504.00) |
| 11/16/2021 | Sale | (5,300) | 9.0001 | | 9.0001 | - | (5,300) | (5,300) | $ - | $ (47,700.53) |
| 11/17/2021 | Sale | (1,400) | 9.0133 | | 9.0133 | - | (1,400) | (1,400) | $ - | $ (12,618.62) |
| 11/17/2021 | Sale | (300) | 9.0298 | | 9.0298 | - | (300) | (300) | $ - | $ (2,708.94) |
| 12/1/2021 | Sale | (1,200) | 8.5492 | | 8.5492 | - | (1,200) | (1,200) | $ - | $ (10,259.04) |
| 12/1/2021 | Sale | (3,600) | 8.55 | | 8.5500 | - | (3,600) | (3,600) | $ - | $ (30,780.00) |
| 12/6/2021 | Sale | (2,400) | 8.6144 | | 8.6144 | - | (2,400) | (2,400) | $ - | $ (20,674.56) |
| 12/7/2021 | Sale | (7,400) | 9.0118 | | 9.0118 | - | (7,400) | (7,400) | $ - | $ (66,687.32) |
| 12/7/2021 | Sale | (1,800) | 9 | | 9.0000 | - | (1,800) | (1,800) | $ - | $ (16,200.00) |
| 12/8/2021 | Sale | (800) | 8.9336 | | 8.9336 | - | (800) | (800) | $ - | $ (7,146.88) |
| 12/8/2021 | Sale | (2,400) | 9 | | 9.0000 | - | (2,400) | (2,400) | $ - | $ (21,600.00) |
| 12/9/2021 | Sale | (600) | 8.48 | | 8.4800 | - | (600) | (600) | $ - | $ (5,088.00) |
| 12/10/2021 | Sale | (500) | 8.4607 | | 8.4607 | - | (500) | (500) | $ - | $ (4,230.35) |
| 12/10/2021 | Sale | (500) | 8.4301 | | 8.4301 | - | (500) | (500) | $ - | $ (4,215.05) |

**Damage Summary**

| | |
|---|---|
| Total Purchases: | 80,750 |
| Total Sales: | (46,600) |
| Total Sales on Purchases: | (46,600) |
| Shares Held: | 34,150 |
| Price on Date of First Suit*: | $6.52 |
| | |
| Total Purchases Cost: | $ 1,695,750.00 |
| Total Sales Proceeds: | $ (637,413.29) |
| Total Retained Value: | $ (222,658.00) |
| | |
| **Total Loss:** | **$ 835,678.71** |

*The Date of First Suit/Filing Date used is 10/14/2021.