# Exhibit 3



# InnovAge Holding Corp.
# Common Stock (CUSIP 45784A104)
# Section 11 Losses

**InnovAge IPO Offering Price:** $21.00
**Close Price on Date of Suit (10/14/2021):** $6.52
**Shareholder:** Alameda County Employees' Retirement Association ("ACERA")

| Trade Date | Transaction | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| Beg. Balance | | | | 0 | | | |
| | | | | | | | |
| 06/09/21 | BUY [1] | 375 | | 375 | $20.3905 | ($7,646.44) | $0.00 |
| 06/10/21 | BUY [1] | 477 | | 852 | $20.5600 | ($9,807.12) | $0.00 |
| 06/10/21 | BUY [1] | 4,736 | | 5,588 | $20.6157 | ($97,635.96) | $0.00 |
| 06/10/21 | BUY [1] | 5,405 | | 10,993 | $20.4248 | ($110,396.04) | $0.00 |
| 06/11/21 | BUY [1] | 4,622 | | 15,615 | $20.9376 | ($96,773.59) | $0.00 |
| 06/14/21 | BUY [1] | 4,148 | | 19,763 | $21.0000 | ($87,108.00) | $0.00 |
| 06/15/21 | BUY [1] | 7,598 | | 27,361 | $21.0000 | ($159,558.00) | $0.00 |
| 06/15/21 | BUY [1] | 8,086 | | 35,447 | $21.0000 | ($169,806.00) | $0.00 |
| 06/15/21 | BUY [1] | 10,496 | | 45,943 | $21.0000 | ($220,416.00) | $0.00 |
| 06/16/21 | BUY [1] | 242 | | 46,185 | $21.0000 | ($5,082.00) | $0.00 |
| 06/16/21 | BUY [1] | 8,699 | | 54,884 | $21.0000 | ($182,679.00) | $0.00 |
| 06/18/21 | BUY [1] | 2,133 | | 57,017 | $21.0000 | ($44,793.00) | $0.00 |
| 06/21/21 | BUY [1] | 1,995 | | 59,012 | $21.0000 | ($41,895.00) | $0.00 |
| 06/22/21 | BUY [1] | 1,053 | | 60,065 | $21.0000 | ($22,113.00) | $0.00 |
| 06/22/21 | BUY [1] | 3,042 | | 63,107 | $21.0000 | ($63,882.00) | $0.00 |
| 06/23/21 | BUY [1] | 2,651 | | 65,758 | $21.0000 | ($55,671.00) | $0.00 |
| 06/24/21 | BUY [1] | 2,892 | | 68,650 | $21.0000 | ($60,732.00) | $0.00 |
| 06/25/21 | BUY [1] | 9,028 | | 77,678 | $21.0000 | ($189,588.00) | $0.00 |
| 07/02/21 | SELL | | (6,729) | 70,949 | $21.6654 | $0.00 | $145,786.48 |
| 07/27/21 | SELL | | (850) | 70,099 | $16.0452 | $0.00 | $13,638.42 |
| 09/13/21 | BUY [1] | 1,858 | | 71,957 | $14.9883 | ($27,848.26) | $0.00 |
| | | | | | | | |
| Totals: | | 79,536 | (7,579) | | | ($1,653,430) | $159,425 |
| Shares Held | | | | 71,957 | | | |
| Shares Held x $6.52: | | | | $469,160 | | | |
| Total (Cost) / Proceeds: | | | | ($1,494,006) | | | |
| Total (Loss)/Profit: | | | | ($1,024,846) | | | |

[1] The lower of the actual purchase price and the IPO offering price was used in the calculations.