# EXHIBIT B

**Oklahoma Municipal Retirement Fund — Section 11 Estimated Loss**
**InnovAge Holding Corp. (INNV)**
Relevant Period: March 3, 2021 through September 21, 2021
Price on file date: $6.5200 (October 14, 2021)

| Transaction | Date | Shares | Price* | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open | | 0 | | | Sale | | 0 | | $0 |
| | | | | | Applied to Relevant Period: | | 0 | | $0 |
| Purchase | 03/04/21 | 500 | $21.00 | $10,500 | | | | | |
| Purchase | 03/04/21 | 300 | $23.19 | $6,956 | | | | | |
| Purchase | 03/04/21 | 100 | $23.39 | $2,339 | | | | | |
| Purchase | 03/04/21 | 1,700 | $23.53 | $40,006 | | | | | |
| Purchase | 03/04/21 | 500 | $22.96 | $11,481 | | | | | |
| Purchase | 03/05/21 | 500 | $22.58 | $11,289 | | | | | |
| Purchase | 03/05/21 | 200 | $23.18 | $4,636 | | | | | |
| Purchase | 03/05/21 | 100 | $23.29 | $2,329 | | | | | |
| Purchase | 03/08/21 | 100 | $23.15 | $2,315 | | | | | |
| Purchase | 03/24/21 | 100 | $22.85 | $2,285 | | | | | |
| Purchase | 03/25/21 | 100 | $23.02 | $2,302 | | | | | |
| Purchase | 04/30/21 | 100 | $25.44 | $2,544 | | | | | |
| Purchase | 05/04/21 | 1,400 | $26.00 | $36,400 | | | | | |
| Purchase | 05/06/21 | 100 | $25.22 | $2,522 | | | | | |
| Purchase | 05/06/21 | 200 | $25.05 | $5,010 | | | | | |
| Purchase | 05/10/21 | 300 | $25.34 | $7,601 | | | | | |
| Purchase | 05/11/21 | 400 | $23.93 | $9,571 | | | | | |
| Purchase | 05/12/21 | 400 | $23.12 | $9,248 | | | | | |
| Purchase | 05/12/21 | 200 | $23.09 | $4,617 | | | | | |
| Purchase | 05/13/21 | 100 | $22.34 | $2,234 | | | | | |
| Purchase | 05/13/21 | 200 | $23.00 | $4,599 | | | | | |
| Purchase | 05/13/21 | 300 | $22.12 | $6,637 | Sale | | | | $0 |
| Purchase | 05/14/21 | 400 | $21.96 | $8,784 | Retained | | 8,300 | $6.52 | $54,116 |
| | | 8,300 | | $196,203 | | | 8,300 | | $54,116 |
| | | | | | | | **Estimated Loss** | | **($120,184)** |

*Purchase price capped by IPO price of $21 per share pursuant to 15 U.S.C § 77k(e)