IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02770-WJM

RANDY MCLEOD, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,

    Defendants.

## NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION
## BY MOVANT ALAMEDA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that after having reviewed the various submissions to the Court, it appears that proposed lead plaintiff movant Alameda County Employees' Retirement Association ("Movant") does not have the largest financial interest in the above-captioned action. As such, Movant hereby withdraws its motion for appointment as lead plaintiff and approval of lead counsel filed on December 13, 2021. See ECF Dkt. No. 7.

DATED: December 20, 2021          **BERMAN TABACCO**

By:   */s/ Nicole Lavallee*
         Nicole Lavallee

Jeffrey V. Rocha
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email:  nlavallee@bermantabacco.com
            jrocha@bermantabacco.com

*Counsel for Movant Alameda County Employees' Retirement Association and Proposed Lead Counsel for the Class*

1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 20, 2021, I authorized the electronic filing of the foregoing and all related documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing and all related documents via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Nicole Lavallee
Nicole Lavallee

BERMAN TABACCO
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com

# Mailing Information for a Case 1:21-cv-02770-WJM-SKC McLeod v. Innovage Holding Corp.. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com,kip@shumanlawfirm.com

- **Nicole C. Lavallee**
  nlavallee@bermantabacco.com,sfservice@bermantabacco.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Jason Bryce Robinson**
  jrobinson@fwlaw.com,dlawrence@fwlaw.com,paralegal@fwlaw.com,smeyer@fwlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)