Case 1:21-cv-02770-WJM-SKC  Document 14  Filed 12/20/21  USDC Colorado  Page 1 of 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02770-WJM-SKC

RANDY MCLEOD, Individually and
On Behalf of All Others Similarly Situated,

        Plaintiff,

  v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,

        Defendants.

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

Attached hereto as Exhibit A is an Affidavit of Service confirming service of (i) Summons; (ii) Class Action Complaint; and (iii) supporting documents for the above-captioned action. Service of said documents were effected on InnoVage Holding Corp. via its registered agent for the service of process on December 7, 2021.

DATED: December 20, 2021                **GLANCY PRONGAY & MURRAY LLP**

*s/ Robert V. Prongay*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Counsel for Plaintiff Randy McLeod*

1

# EXHIBIT A

Randy McLeod, et. al., Plaintiff(s)
vs.
Innovage Holding Corp., et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 161036-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--InnoVage Holding Corp., c/o Corporation Trust Company
Court Case No. 1:21-cv-02770

GLANCY, PRONGAY, ET AL
Mr. Paul Harrigan
1925 Century Park E., Ste. 2100
Los Angeles, CA 90067

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:** Adam Golden , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7 day of Dec , 20 21 , at 2:07 o'clock pM

**Place of Service:** at 1209 Orange Street , in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Civil Cover Sheet; Consent/Non-Consent to US Magistrate Judge

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
InnoVage Holding Corp., c/o Corporation Trust Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Phoebe Omolo

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color B ; Hair Color blk ; Facial Hair ___
Approx. Age 30 ; Approx. Height 5'10 ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of December , 2021

Notary Public      (Commission Expires)

APS International, Ltd.

*[Notary seal: THOMAS M. MARSHALL, MY COMMISSION EXPIRES September 28, 2022, NOTARY PUBLIC, STATE OF DELAWARE]*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document and accompanying Affidavit of Service were filed with this Court on December 20, 2021 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*s/ Robert V. Prongay*
Robert V. Prongay