**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-cv-02770-WJM-SKC

RANDY MCLEOD, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,

      Defendants.

---

### NOTICE OF ENTRY OF APPEARANCE – CECIL E. MORRIS

---

Cecil E. Morris of Fairfield and Woods, P.C., who certifies that he is a member in good standing of the bar of the United States District Court for the District of Colorado, hereby enters his appearance on behalf of Movants Texas and Indiana Pension Funds in the above-entitled action and hereby request that all notices, papers, and documents in connection with this matter be served upon him.

Respectfully submitted this 21st day of December, 2021.

> *s/ Cecil E. Morris*
> Cecil E. Morris
> Jason B. Robinson
> Scott T. Rodgers
> FAIRFIELD AND WOODS, P.C.
> 1801 California Street, Suite 2600
> Denver, CO 80202
> Telephone: (303) 830-2400
> Facsimile:  (303) 830-1033
> E-mail:  cmorris@fwlaw.com
> E-mail:  jrobinson@fwlaw.com
> E-mail:  srodgers@fwlaw.com
>
> Steven J. Toll (admission pending)
> Julie G. Reiser (admission pending)
> S. Douglas Bunch
> Jan E. Messerschmidt (admission pending)
> COHEN MILSTEIN SELLERS & TOLL PLLC
> 1100 New York Avenue, N.W. │ Fifth Floor
> Washington, D.C. 20005
> Telephone: (202) 408-4600
> Facsimile:  (202) 408-4699
> E-mail:  stoll@cohenmilstein.com
> E-mail:  jreiser@cohenmilstein.com
> E-mail:  dbunch@cohenmilstein.com
> E-mail:  jmesserschmidt@cohenmilstein.com
>
> Carol V. Gilden (admission pending)
> COHEN MILSTEIN SELLERS & TOLL PLLC
> 190 South LaSalle Street
> Suite 1705
> Chicago, IL 60603
> Telephone: (312) 357-0370
> Facsimile:  (312) 357-0369
> E-mail:  cgilden@cohenmilstein.com
>
> Manuel J. Dominguez (admission pending)
> COHEN MILSTEIN SELLERS & TOLL PLLC
> 2925 PGA Boulevard, Suite 200

Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile:  (561) 515-1401
E-mail:  jdominguez@cohenmilstein.com

*Counsel for the Texas and Indiana Pension Funds
and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2021, I electronically filed a true and correct copy of the foregoing **ENTRY OF APPEARANCE – CECIL E. MORRIS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties via the CM/ECF system.

*s/ Cecil E. Morris*
Cecil E. Morris

3