# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02770-WJM-SKC

RANDY MCLEOD, Individually and
On Behalf of All Others Similarly Situated,

        Plaintiff,

  v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,

        Defendants.

---

**NOTICE OF WITHDRAWAL OF THE MOTION OF RANDY MCLEOD AND SIDDHARTH RAISONI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

---

On December 13, 2021, Plaintiff Randy McLeod and Siddharth Raisoni ("McLeod and Raisoni") filed a motion for appointment as lead plaintiff and approval of lead counsel in connection with the above-captioned securities fraud class action (Dkt. No. 8, the "Motion"). Three similar motions were filed by other putative class members in this action (Dkt. Nos. 6, 7, 9).

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that McLeod and Raisoni do not have the largest financial interest in the relief sought by the class, as required by the PSLRA. As such, McLeod and Raisoni hereby withdraw their Motion.

By this withdrawal, McLeod and Raisoni do not waive their rights to participate and recover as class members in this litigation.

DATED: December 23, 2021                **GLANCY PRONGAY & MURRAY LLP**

                                                          *s/ Robert V. Prongay*
                                                          Robert V. Prongay
                                                          Charles H. Linehan
                                                          Pavithra Rajesh
                                                          1925 Century Park East, Suite 2100
                                                          Los Angeles, CA 90067
                                                          Telephone: (310) 201-9150
                                                          Facsimile: (310) 201-9160
                                                          Email: rprongay@glancylaw.com

2

**JOHNSON FISTEL, LLP**
Jeffrey A. Berens
2373 Central Park Boulevard, Suite 100
Denver, CO 80238-2300
Telephone: (303) 861-1764
Facsimile: (303) 861-1764
Email: jeffb@johnsonfistel.com

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, Georgia 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
Email: michaelf@johnsonfistel.com

*Counsel for Randy McLeod And Siddharth Raisoni*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and accompanying Proposed Order were filed with this Court on December 23, 2021 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*s/ Robert V. Prongay*
Robert V. Prongay
