IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02770-WJM

RANDY MCLEOD, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,

     Defendants.

---

**NOTICE OF WITHDRAWAL OF MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF
COUNSEL BY OKLAHOMA MUNICIPAL RETIREMENT FUND**

---

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that after having reviewed the various submissions to the Court, it appears that Oklahoma Municipal Retirement Fund ("Oklahoma Municipal") does not have the largest financial interest in the relief sought in the above-captioned action. Accordingly, Oklahoma Municipal hereby withdraws its motion for appointment as lead plaintiff and approval of selection of counsel filed on December 13, 2021. ECF No. 9.

1

In the event that the Court determines that any of the other movants for lead plaintiff are inadequate or incapable of representing the Class, Oklahoma Municipal continues to be ready, willing, and able to serve as lead plaintiff. Oklahoma Municipal remains a member of the class and reserves any and all rights to share in any recovery in this action.

Dated: December 29, 2021

Respectfully submitted,

s/ Rusty E. Glenn
Rusty E. Glenn (39183)
Kip B. Shuman (23593)
**SHUMAN, GLENN & STECKER**
600 17th Street, Ste. 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
kip@shumanlawfirm.com
rusty@shumanlawfirm.com

*Local Counsel for Oklahoma Municipal Retirement Fund*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

-and-

Steven B. Singer
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com

*Counsel for Oklahoma Municipal Retirement Fund*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of December, 2021, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ Rusty E. Glenn*
Rusty E. Glenn
