**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-cv-02770-WJM-SKC

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE PENSION FUND, AND INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WELSH, CARSON, ANDERSON & STOWE,
APAX PARTNERS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,

      Defendants.

---

**DECLARATION OF DIANE L. MCGIMSEY IN SUPPORT OF DEFENDANTS'
JOINT MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT
FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

---

I, Diane L. McGimsey, declare:

1.      I am a partner of Sullivan & Cromwell LLP, am an attorney duly admitted to practice in the United States District Court for the District of Colorado, and am counsel for InnovAge Holding Corp. ("InnovAge"), Maureen Hewitt, Barbara Gutierrez, John Ellis Bush, Andrew Cavanna, Caroline Dechert, Edward Kennedy, Jr., Pavithra Mahesh, Thomas Scully, Marilyn Tavenner, Sean Traynor, Richard Zoretic, Apax Partners, L.P., and Welsh, Carson, Anderson & Stowe in the above-captioned action.  I respectfully submit this declaration in support of Defendants' Joint Motion to Dismiss Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint" or "Compl."), and could testify to the following facts if called upon to do so.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts of InnovAge's Amended Registration Statement, filed with the Securities and Exchange Commission ("SEC") on March 3, 2021 and referenced in the Amended Complaint, including at paragraphs 26, 168, 241-42, 323, and 327-28.  The complete document is available at:  https://sec.report/ Document/0001104659-21-031154/#.YyDzlZ_sV_k.link.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts of InnovAge's Prospectus, filed with the SEC on March 5, 2021 and referenced in the Amended Complaint, including at paragraphs 26, 63, 241-42, 323, and 327-28.  The complete document is available at: https://sec.report/Document/0001104659-21-032415/#.YyDz1N1_TCw.link.

4.      Attached as Exhibit 3 is a true and correct copy of Chapter 15 of the Centers for Medicare & Medicaid Services ("CMS") Programs of All-Inclusive Care for the Elderly ("PACE") Manual.  The CMS PACE Manual is referenced in the Amended Complaint, including

at paragraphs 81, 94, and 126, and available at: https://www.cms.gov/Regulations-and-Guidance/Guidance/Manuals/Internet-Only-Manuals-IOMs-Items/CMS019036.

5.　　　Attached as <u>Exhibit 4</u> is a true and correct copy of the PACE Audit Results published by CMS, referenced in the Amended Complaint, including at paragraphs 150 and 151, and available at: https://www.cms.gov/Medicare/Compliance-and-Audits/Part-C-and-Part-D-Compliance-and-Audits/PACE-Audit-Results.

6.　　　Attached as <u>Exhibit 5</u> is a true and correct copy of the Colorado Department of Public Health & Environment's ("CDPHE") dashboard that populates the results of inspections conducted by CDPHE within the previous five years, available at: https://cdphe.colorado.gov/find-and-compare-facilities. The Exhibit includes the full text of the citations downloaded from the dashboard that are quoted in paragraphs 158, 160, and 161 of the Amended Complaint.

7.　　　Attached as <u>Exhibit 6</u> is a true and correct copy of excerpts of InnovAge's Form 10-Q, filed with the SEC on May 11, 2021 and referenced in the Amended Complaint, including at paragraphs 250 and 251. The complete document is available at: https://sec.report/Document/0001558370-21-006838/#.YyD0USgzI9g.link.

8.　　　Attached as <u>Exhibit 7</u> is a true and correct copy of excerpts of InnovAge's Form 10-K, filed with the SEC on September 23, 2021 and referenced in the Amended Complaint, including at paragraphs 211, 256, and 257. The complete document is available at: https://sec.report/Document/0001558370-21-012679/#.YyD01QTameA.link.

9.　　　Attached as <u>Exhibit 8</u> is a true and correct copy of InnovAge's Form 8-K and associated press release, filed with the SEC on December 23, 2021, and referenced in the

-2-

Amended Complaint, including at paragraphs 12, 226, 227, and 287.  The document is available

at:  https://sec.report/Document/0001104659-21-152879/#.YyC228I1cHw.link.

10.    Attached as <u>Exhibit 9</u> is a true and correct copy of the transcript of the May 10,

2022 InnovAge earnings conference call available through Seeking Alpha.  Statements made

during the call are referenced in the Amended Complaint, including at paragraphs 15-16, 235-39,

242, 251, 255, 260, 267, 268, and 328.  A web version of the transcript, as well as the audio from

the call, is available at:  https://seekingalpha.com/article/4511706-innovage-holding-corp-innv-

ceo-patrick-blair-on-q3-2022-results-earnings-call-transcript.

11.    Attached as <u>Exhibit 10</u> is a true and correct copy of the Order to Dismiss Action

and to Unseal Case (Dkt. No. 19) from *Karen Lapchewich ex rel. United States* v. *Total

Community Options, Inc.*, 19-cv-01370-DMG-SP (C.D. Cal. Apr. 2, 2020), the action in which

the "Whistleblower Complaint" referenced in the Amended Complaint at paragraphs 143,

145-46, and 148-49 arose.

12.    Attached as <u>Exhibit 11</u> is a true and correct copy of the transcript of the

November 9, 2021 InnovAge earnings conference call available through Seeking Alpha.

Statements made during the call are referenced in the Amended Complaint, including at

paragraphs 216, 259, and 260.  A web version of the transcript, as well as the audio from the call,

is available at:  https://seekingalpha.com/article/4469233-innovage-holding-corp-innv-ceo-

maureen-hewitt-on-q1-2022-results-earnings-call-transcript.

13.    Attached as <u>Exhibit 12</u> is a true and correct copy of an article titled "InnovAge:

Regulators, Former Employees Raise Quality of Care Concerns at Company's PACE Facilities,"

published by *The Capitol Forum* on March 29, 2021, and referenced in the Amended Complaint,

including at paragraphs 117-18, and 129-131.  The document is available at:  https://
thecapitolforum.com/innovage-quality-of-care-concerns/.

14.    Attached as Exhibit 13 is a true and correct copy of an article titled "InnovAge:
Current and Former Employees Say Company's Understaffing of Facilities and Lack of
Providers is Resulting in Months and Years of Delayed Care for Elderly Patients," published by
The Capitol Forum on May 10, 2021, and referenced in the Amended Complaint, including at
paragraphs 120, 127, 129-130, 132-34, and 191-92.  The document is available at:  https://
thecapitolforum.com/innovage-current-and-former-employees/.

15.    Attached as Exhibit 14 is a true and correct copy of an article titled "InnovAge:
Colorado Regulators Conduct Surprise Audit of PACE Facilities in Coordination with CMS;
Sacramento Facility Also Under Scrutiny," published by The Capitol Forum on May 27, 2021,
and referenced in the Amended Complaint, including at paragraph 201.  The document is
available at:  https://thecapitolforum.com/innovage-colorado-regulators-conduct-surprise-audit-
of-pace-facilities-in-coordination-with-cms-sacramento-facility-also-under-scrutiny/.

16.    Attached as Exhibit 15 is a true and correct copy of an article titled "InnovAge:
Company to Undergo Rare Focused Audit; Penalties Can Vary Depending on the Severity of the
Findings," published by The Capitol Forum on June 10, 2021.  The document is available at:
https://thecapitolforum.com/innovage-company-to-undergo-rare-focused-audit-penalties-can-
vary-depending-on-the-severity-of-the-findings/.

17.    Attached as Exhibit 16 is a true and correct copy of an article titled "InnovAge:
Citing CMS Audit, Company Management Notifies Staff of At Least a Dozen Areas in Need of
Improvement," published by The Capitol Forum on September 10, 2021, and referenced in the

-4-

Amended Complaint, including at paragraphs 208 and 209. The document is available at:

https://thecapitolforum.com/innovage-citing-cms-audit-company-management-notifies-staff-of-

at-least-a-dozen-areas-in-need-of-improvement/.

18.     Attached as Exhibit 17 is a true and correct copy of an article titled "InnovAge:

CMS Currently Auditing Albuquerque Center; California Suspends Medicaid Enrollments at

Troubled Sacramento Center," published by *The Capitol Forum* on November 11, 2021, and

referenced in the Amended Complaint, including at paragraphs 221 and 260(b). The document is

available at: https://thecapitolforum.com/innovage-cms-currently-auditing-albuquerque-center-

california-suspends-medicaid-enrollments-at-troubled-sacramento-center/.

19.     Attached as Exhibit 18 is a true and correct copy of the transcript of the May 10,

2021 InnovAge earnings conference call available through Seeking Alpha. Statements made

during the call are referenced in the Amended Complaint, including at paragraphs 196-98 and

248-49. A web version of the transcript, as well as the audio from the call, is available at:

https://seekingalpha.com/article/4427199-innovages-innv-ceo-maureen-hewitt-on-q3-2021-

results-earnings-call-transcript.

20.     Attached as Exhibit 19 is a true and correct copy of the transcript of the

September 21, 2021 InnovAge earnings conference call available through Seeking Alpha.

Statements made during the call are referenced in the Amended Complaint, including at

paragraphs 211-213, 254, 255, and 284. A web version of the transcript, as well as the audio

from the call, is available at: https://seekingalpha.com/article/4456477-innovage-holding-corp-

innv-ceo-maureen-hewitt-on-q4-2021-results-earnings-call-transcript.

-6-

21.    Attached as Exhibit 20 is a true and correct copy of InnovAge's Form 8-K and associated press release, filed with the SEC on May 10, 2021, and referenced in the Amended Complaint, including at paragraphs 246 and 247.  The document is available at: https://sec.report/Document/0001104659-21-063847/#.YyD38p1j2pA.link.

22.    Attached as Exhibit 21 is a true and correct copy of InnovAge's Form 8-K and associated press release, filed with the SEC on September 21, 2021, and referenced in the Amended Complaint, including at paragraphs 252 and 253.  The document is available at: https://sec.report/Document/0001558370-21-012649/#.YyD4Mg37U5Y.link.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 13th day of September, 2022 at Los Angeles, California.

/s/ Diane L. McGimsey
Diane L. McGimsey

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2022, I electronically filed a true and correct copy of the foregoing **DECLARATION OF DIANE L. MCGIMSEY IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties via the CM/ECF system.

*/s/ Ryan J. Nielsen*
Ryan J. Nielsen