# Exhibit 4

| PACE Organization Name | Contract Number | Audit Year | Audit Type | Number of CARs | Number of ICARs | Enforcement Actions Issued? |
|---|---|---|---|---|---|---|
| The Methodist Oaks | H0105 | 2019 | Routine | 5 | 4 | No |
| PACE of Southwest Michigan, Inc. | H0390 | 2019 | Routine | 2 | 7 | No |
| Serenity Care, Inc. | H0477 | 2019 | Routine | 3 | 0 | No |
| Total Community Options, Inc. | H0613 | 2019 | Routine | 11 | 3 | No |
| Trinity Health | H0809 | 2019 | Routine | 11 | 8 | No |
| Senior LIFE York, Inc. | H0819 | 2019 | Routine | 5 | 5 | Yes |
| Miami Jewish Health Systems, Inc. | H1043 | 2019 | Routine | 5 | 5 | No |
| United Church Homes and Services | H1357 | 2019 | Routine | 9 | 8 | No |
| Ascension Health Alliance | H1714 | 2019 | Routine | 6 | 0 | No |
| Geisinger Health | H2064 | 2019 | Routine | 7 | 2 | No |
| Harbor Health Services, Inc. | H2218 | 2019 | Routine | 11 | 7 | No |
| Uphams Corner Health Committee, Inc. | H2220 | 2019 | Routine | 9 | 1 | No |
| Cambridge Health Alliance | H2221 | 2019 | Routine | 4 | 1 | No |
| Henry Ford Health System | H2318 | 2019 | Routine | 8 | 16 | No |
| Appalachian Agency for Senior Citizens, Inc. | H2386 | 2019 | Routine | 3 | 4 | No |
| SpiritTrust Lutheran | H2537 | 2019 | Routine | 13 | 4 | No |
| United Methodist Retirement Communities, Inc. | H2835 | 2019 | Trial | 12 | 5 | No |
| SeniorLife Washington, Inc. | H2992 | 2019 | Routine | 4 | 3 | No |
| Senior Care Connection, Inc. | H3322 | 2019 | Routine | 7 | 1 | No |
| CenterLight Health System, Inc. | H3329 | 2019 | Routine | 14 | 6 | No |
| Rochester Regional Health | H3331 | 2019 | Routine | 8 | 7 | No |
| Humboldt Senior Resource Center, Inc. | H3517 | 2019 | Routine | 6 | 11 | No |
| McGregor at Overlook | H3613 | 2019 | Routine | 3 | 1 | No |
| UPMC Health System | H3917 | 2019 | Routine | 7 | 5 | No |
| Pennsylvania PACE, Inc. | H3925 | 2019 | Routine | 7 | 3 | No |
| Elderhaus Inc. | H3942 | 2019 | Routine | 8 | 3 | No |
| Prisma Health | H4053 | 2019 | Trial | 4 | 1 | No |
| Trinity Health | H4074 | 2019 | Routine | 13 | 4 | No |
| PACE Organization of Rhode Island | H4105 | 2019 | Routine | 8 | 7 | No |
| Utd Methodist Retirement Communities of SE MI | H4118 | 2019 | Routine | 13 | 12 | No |
| CaroMont Health, Inc. | H4235 | 2019 | Routine | 6 | 1 | No |
| PACE @ Home | H4326 | 2019 | Routine | 4 | 2 | No |
| Mountain Empire Older Citizens, Inc. | H5037 | 2019 | Routine | 5 | 4 | No |
| Community PACE at Home, Inc. | H5085 | 2019 | Trial | 7 | 4 | No |
| Rocky Mountain Health Care Services | H5167 | 2019 | Routine | 6 | 11 | No |

Exhibit 4 page 1 of 6

| PACE Organization Name | Contract Number | Audit Year | Audit Type | Number of CARs | Number of ICARs | Enforcement Actions Issued? |
|---|---|---|---|---|---|---|
| Community Care, Inc. | H5212 | 2019 | Routine | 9 | 3 | No |
| Center For Elders Independence | H5405 | 2019 | Routine | 15 | 4 | No |
| Midland Care Connection, Inc. | H5822 | 2019 | Routine | 8 | 3 | No |
| Hope Hospice and Community Services, Inc. | H5934 | 2019 | Routine | 4 | 4 | No |
| Total Community Options, Inc. | H6079 | 2019 | Routine | 6 | 4 | No |
| Franciscan Missionaries of Our Lady Health System | H6231 | 2019 | Routine | 8 | 2 | No |
| Baptist Health (Arkansas) | H6342 | 2019 | Trial | 5 | 5 | No |
| Lutheran Social Ministries of New Jersey | H6371 | 2019 | Routine | 11 | 8 | No |
| Trinity Health | H6551 | 2019 | Routine | 1 | 1 | No |
| LIFE Senior Services, Inc. | H6941 | 2019 | Routine | 8 | 20 | No |
| Northland Healthcare Alliance | H7195 | 2019 | Routine | 8 | 2 | No |
| TRU Community Care | H7262 | 2019 | Trial | 6 | 3 | No |
| Geisinger Health | H7619 | 2019 | Routine | 7 | 2 | No |
| Total Community Options, Inc. | H8655 | 2019 | Routine | 8 | 2 | No |
| Community Care of Western New York, Inc. | H8800 | 2019 | Routine | 8 | 2 | No |
| PIEDMONT HEALTH SERVICES, INC. | H9266 | 2019 | Routine | 4 | 5 | No |
| Bluestem Communities, Inc. | H9438 | 2019 | Trial | 3 | 0 | No |
| Innovative Integrated Health, Inc. | H9592 | 2019 | Routine | 3 | 8 | No |
| Trinity Health | H9842 | 2019 | Trial | 0 | 5 | No |
| A&D Charitable Foundation, Inc. | H9185 | 2018 | Trial | 0 | 0 | No |
| Acute Care Health System, LLC | H9323 | 2018 | Trial | 2 | 2 | No |
| Albright Care Services | H9068 | 2018 | Routine | 5 | 12 | No |
| Altamed Health Services Corporation | H0542 | 2018 | Routine | 2 | 8 | No |
| Amarillo Multisvc Ctr Fr the Aging Inc. | H4517 | 2018 | Routine | 4 | 2 | No |
| Ascension Health Alliance | H8769 | 2018 | Trial | 10 | 9 | No |
| Ascension Health Senior Care | H4402 | 2018 | Routine | 6 | 2 | No |
| AtlantiCare Health Services, Inc. | H7619 | 2018 | Trial | 12 | 1 | No |
| Baptist Health (Arkansas) | H6342 | 2018 | Trial | 6 | 3 | No |
| Bluestem Communities, Inc. | H9438 | 2018 | Trial | 4 | 4 | No |
| Care Resources | H5610 | 2018 | Routine | 5 | 4 | No |
| Catholic Charities Archdiocese of New Orleans | H1904 | 2018 | Routine | 7 | 8 | No |
| Catholic Health Care System | H4393 | 2018 | Routine | 5 | 3 | No |
| Catholic Health System, Inc. | H1518 | 2018 | Routine | 12 | 5 | No |
| CenterLight Health System, Inc. | H3329 | 2018 | Routine | 4 | 8 | Yes |
| Centra Health, Inc. | H8096 | 2018 | Routine | 5 | 4 | No |

Exhibit 4 page 2 of 6

| PACE Organization Name | Contract Number | Audit Year | Audit Type | Number of CARs | Number of ICARs | Enforcement Actions Issued? |
|---|---|---|---|---|---|---|
| Centro de Salud de la Comunidad de San Ysidro | H9616 | 2018 | Trial | 6 | 2 | No |
| Cherokee Nation Comprehensive Care Agency | H4142 | 2018 | Routine | 15 | 5 | No |
| Community PACE at Home, Inc. | H5085 | 2018 | Trial | 11 | 17 | Yes |
| Comprehensive Senior Care Corporation | H1310 | 2018 | Routine | 2 | 6 | No |
| Elder Svc Plan/E Boston Health Center | H2223 | 2018 | Routine | 4 | 5 | No |
| Element Care, Inc. | H2222 | 2018 | Routine | 2 | 4 | No |
| Empath Health, Inc. | H3430 | 2018 | Routine | 5 | 2 | No |
| Fallon Community Health Plan | H6596 | 2018 | Trial | 4 | 4 | No |
| Fallon Community Health Plan | H2219 | 2018 | Routine | 5 | 1 | No |
| Franciscan Alliance, Inc. | H5124 | 2018 | Trial | 11 | 5 | Yes |
| Greenville Health System | H4053 | 2018 | Trial | 7 | 7 | No |
| Health Association of Niagara County, Incorp. | H8777 | 2018 | Routine | 8 | 8 | No |
| Inspira Health Network, Inc. | H6887 | 2018 | Routine | 4 | 5 | No |
| LifeCircles | H2936 | 2018 | Routine | 1 | 5 | No |
| Living Independence for the Elderly | H3918 | 2018 | Routine | 3 | 1 | No |
| Loretto Rest Realty Corporation | H3321 | 2018 | Routine | 9 | 0 | No |
| Los Angeles Jewish Home for the Aging | H7855 | 2018 | Routine | 4 | 0 | No |
| Lutheran SeniorLife | H6188 | 2018 | Trial | 5 | 2 | No |
| Lutheran SeniorLife | H3060 | 2018 | Routine | 6 | 2 | No |
| Memorial Hospital of Laramie County | H4000 | 2018 | Routine | 0 | 1 | No |
| Mission Health | H6846 | 2018 | Trial | 2 | 1 | No |
| Morse Life Home Care, Inc. | H0112 | 2018 | Routine | 7 | 6 | No |
| On Lok, Inc. | H5403 | 2018 | Routine | 6 | 3 | No |
| Orange County Health Authority | H7501 | 2018 | Routine | 7 | 2 | No |
| Palmetto Health Alliance | H4203 | 2018 | Routine | 9 | 3 | No |
| Providence Health & Services | H3809 | 2018 | Routine | 7 | 6 | No |
| Providence Health & Services | H5007 | 2018 | Routine | 14 | 8 | No |
| Randolph Hospital, Inc. | H1533 | 2018 | Trial | 0 | 1 | No |
| Riverside Healthcare Association | H3473 | 2018 | Routine | 3 | 3 | No |
| Senior LIFE Altoona, Inc. | H5902 | 2018 | Routine | 4 | 0 | No |
| Senior LIFE Greensburg, Inc. | H2937 | 2018 | Routine | 7 | 2 | No |
| Senior LIFE Lehigh Valley, Inc. | H5978 | 2018 | Routine | 5 | 4 | No |
| Sentara Health Care (SHC) | H2941 | 2018 | Routine | 10 | 2 | No |
| TCO Eastern Holdings, LLC | H1239 | 2018 | Routine | 4 | 2 | No |
| TRU Community Care | H7262 | 2018 | Trial | 10 | 3 | No |

Exhibit 4 page 3 of 6

| PACE Organization Name | Contract Number | Audit Year | Audit Type | Number of CARs | Number of ICARs | Enforcement Actions Issued? |
|---|---|---|---|---|---|---|
| The Johns Hopkins Health System Corporation | H2109 | 2018 | Routine | 8 | 8 | No |
| The Lutheran Home for The Aged | H4999 | 2018 | Routine | 6 | 1 | No |
| PACE of the Southern Piedmont, Inc. | H4714 | 2018 | Routine | 6 | 4 | No |
| Total Community Options, Inc. | H5213 | 2018 | Routine | 9 | 3 | No |
| Trinity Health | H1234 | 2018 | Routine | 8 | 2 | No |
| Trinity Health | H1500 | 2018 | Routine | 11 | 4 | No |
| Trinity Health | H3919 | 2018 | Routine | 10 | 3 | No |
| Trinity Health | H9842 | 2018 | Trial | 2 | 0 | No |
| Trinity Health | H3493 | 2018 | Routine | 7 | 1 | No |
| United Methodist Retirement Communities, Inc. | H2835 | 2018 | Trial | 11 | 1 | No |
| Valir Health LLC | H7114 | 2018 | Trial | 7 | 9 | No |
| Volunteers of America National Services | H0839 | 2018 | Routine | 11 | 4 | No |
| Volunteers of America National Services | H6787 | 2018 | Trial | 11 | 3 | No |
| Well-Spring Services, Inc. | H6059 | 2018 | Routine | 4 | 1 | No |
| A&D Charitable Foundation, Inc. | H9185 | 2017 | Trial | 5 | 0 | No |
| Acute Care Health System, LLC | H9323 | 2017 | Trial | 3 | 0 | No |
| Appalachian Agency for Senior Citizens, Inc. | H2386 | 2017 | Routine | 5 | 3 | No |
| Bienvivir Senior Health Services | H4518 | 2017 | Routine | 3 | 3 | No |
| Bluestem PACE, Inc. | H9438 | 2017 | Trial | 8 | 2 | No |
| Cambridge Public Health Commission | H2221 | 2017 | Routine | 4 | 2 | No |
| Carolina SeniorCare | H1357 | 2017 | Routine | 10 | 5 | No |
| Center for Elders Independence | H5405 | 2017 | Routine | 5 | 4 | No |
| Central Valley Medical Services Corporation | H9592 | 2017 | Trial | 2 | 4 | No |
| Centro de Salud de la Comunidad de San Ysidro | H9616 | 2017 | Trial | 3 | 2 | No |
| Community Care, Inc. | H5212 | 2017 | Routine | 4 | 1 | No |
| Community CarePartners, Inc. | H6846 | 2017 | Trial | 4 | 1 | No |
| Community Eldercare of San Diego | H5629 | 2017 | Routine | 9 | 2 | No |
| Complete Health with PACE | H6342 | 2017 | Trial | 9 | 10 | No |
| Elderhaus, Inc. | H3942 | 2017 | Routine | 6 | 1 | No |
| Fallon Health Weinberg, Inc. | H6596 | 2017 | Trial | 2 | 2 | No |
| Florida PACE Centers, Inc. | H1043 | 2017 | Routine | 3 | 4 | No |
| Franciscan Aco, Inc. | H5124 | 2017 | Trial | 4 | 5 | No |
| Franciscan PACE, Inc. | H6231 | 2017 | Routine | 4 | 1 | No |
| Geisinger Community Health | H2064 | 2017 | Routine | 5 | 0 | No |
| Genesys Regional Medical Center, Inc. | H8769 | 2017 | Trial | 3 | 6 | No |

Exhibit 4 page 4 of 6

| PACE Organization Name | Contract Number | Audit Year | Audit Type | Number of CARs | Number of ICARs | Enforcement Actions Issued? |
|---|---|---|---|---|---|---|
| Harbor Health Services, Inc. | H5978 | 2017 | Routine | 5 | 4 | No |
| Hope Hospice and Community Services, Inc. | H5934 | 2017 | Routine | 6 | 6 | No |
| Humboldt Senior Resource Center, Inc. | H3517 | 2017 | Trial | 5 | 5 | No |
| Independent Living for Seniors, Inc. | H3331 | 2017 | Routine | 7 | 6 | No |
| Inovacares | H6310 | 2017 | Routine | 5 | 0 | No |
| Life at St. Francis Healthcare, Inc. | H5493 | 2017 | Routine | 6 | 5 | No |
| Life PACE | H6941 | 2017 | Trial | 7 | 6 | No |
| Life St. Mary | H6551 | 2017 | Routine | 1 | 5 | No |
| Lubbock Regional Mental Health Mental Retardation | H9998 | 2017 | Routine | 2 | 6 | No |
| Lutheran Senior Healthcare, Inc. | H6371 | 2017 | Routine | 9 | 3 | No |
| Mcgregor PACE | H3613 | 2017 | Routine | 2 | 1 | No |
| Mercy Life of Alabama | H4074 | 2017 | Routine | 6 | 2 | No |
| Mercy Life, Inc. | H0809 | 2017 | Trial | 3 | 4 | No |
| Midland Care Connection | H5822 | 2017 | Routine | 4 | 4 | No |
| Mountain Empire Older Citizens, Inc. | H5037 | 2017 | Routine | 3 | 2 | No |
| Newcourtland Life Program | H9830 | 2017 | Routine | 9 | 1 | No |
| Northland PACE Program | H7195 | 2017 | Routine | 8 | 7 | No |
| PACE @ Home, Inc. | H4326 | 2017 | Routine | 1 | 1 | No |
| PACE Iowa | H0216 | 2017 | Routine | 5 | 4 | No |
| PACE Nebraska | H7003 | 2017 | Routine | 5 | 4 | No |
| PACE of Southwest Michigan, Inc. | H0390 | 2017 | Routine | 2 | 4 | No |
| PACE Organization of Rhode Island | H4105 | 2017 | Routine | 4 | 0 | No |
| PACE Southeast Michigan, Inc. | H2318 | 2017 | Routine | 7 | 4 | No |
| Pennsylvania PACE Inc. | H3925 | 2017 | Routine | 4 | 3 | No |
| Piedmont Health Services Inc. | H9266 | 2017 | Routine | 4 | 1 | No |
| Pittsburgh Care Partnership, Inc. | H3917 | 2017 | Routine | 4 | 1 | No |
| Riverside Retirement Services, Inc. | H8655 | 2017 | Routine | 14 | 14 | Yes |
| Rocky Mountain Health Care Services | H5167 | 2017 | Routine | 5 | 9 | No |
| Saint Joseph PACE | H9842 | 2017 | Trial | 3 | 3 | No |
| Senior Care Connection, Inc. | H3322 | 2017 | Routine | 3 | 4 | No |
| Senior Life York, Inc. | H0819 | 2017 | Routine | 1 | 4 | Yes |
| Senior Total Life Care, Inc. | H4235 | 2017 | Trial | 3 | 1 | No |
| Senior Life Washington, Inc. | H2992 | 2017 | Routine | 4 | 2 | No |
| Serenity Care, Inc. | H0477 | 2017 | Trial | 4 | 1 | No |
| Siouxland PACE, Inc. | H8424 | 2017 | Routine | 10 | 2 | No |

Exhibit 4 page 5 of 6

| PACE Organization Name | Contract Number | Audit Year | Audit Type | Number of CARs | Number of ICARs | Enforcement Actions Issued? |
|---|---|---|---|---|---|---|
| SpiritTrust Lutheran Life | H2537 | 2017 | Routine | 4 | 1 | No |
| Staywell Senior Care, Inc. | H1533 | 2017 | Trial | 5 | 0 | No |
| Sutter Health Sacramento Sierra Region | H5406 | 2017 | Routine | 4 | 4 | No |
| The Cascade PACE, Inc. | H2835 | 2017 | Trial | 9 | 0 | No |
| The Methodist Oaks | H0105 | 2017 | Routine | 6 | 3 | No |
| The Washtenaw PACE | H4118 | 2017 | Trial | 4 | 8 | No |
| Total Life Healthcare | H4305 | 2017 | Routine | 4 | 5 | No |
| Total Longterm Care, Inc. (CA) | H6079 | 2017 | Trial | 6 | 7 | No |
| Total Longterm Care, Inc. (CO) | H0613 | 2017 | Routine | 8 | 9 | No |
| Total Senior Care, Inc. | H8800 | 2017 | Routine | 2 | 4 | No |
| Trinity Health Life Pennsylvania, Inc. | H3908 | 2017 | Routine | 4 | 0 | No |
| Uphams Corner Health Committee, Inc. | H2220 | 2017 | Routine | 4 | 0 | No |
| Valir PACE Foundation | H7114 | 2017 | Trial | 2 | 6 | No |
| Via Christi Healthcare Outreach for Elders, Inc. | H1714 | 2017 | Focused | 13 | 16 | Yes |
| VieCare Armstrong, LLC | H6188 | 2017 | Trial | 2 | 1 | No |
| VieCare Beaver, LLC | H7660 | 2017 | Routine | 6 | 4 | No |
| Voans Senior Community Care of Colorado, Inc. | H2815 | 2017 | Routine | 4 | 0 | No |
| Voans Senior Community Care of Michigan, Inc. | H6787 | 2017 | Trial | 6 | 8 | No |

Exhibit 4 page 6 of 6