# Exhibit 5

Case No. 1:21-cv-02770-WJM-SBP    Document 74-5    filed 09/13/22    USDC Colorado
pg 2 of 10
9/7/22, 6:45 PM                    Find and compare facilities | Department of Public Health & Environment

 _(/)_

Home (/)    Find and compare facilities

# Find and compare facilities

Health facilities (/health-facilities)

Health Facility COVID-19 Response

**Find and compare facilities**

Facility Vaccination Reporting (/find-and-compare-facilities/facility-vaccination-reporting)

QMAP

Facility and Provider Resources by Type (/facilities-and-providers-by-type)

File a complaint

Getting licensed and certified

Facility Guidelines Institute (FGI) (/facility-guidelines-institute-fgi)

Occurrences (/health-facility-reported-incidents)

Policies and publications (/health-facilities-policies-guidelines-and-publications)

Regulations (/health-facilities-regulations-and-statutes)

Emergency preparedness

Health care associated infections (/hai)

Engage with us (/engage-us)

Contact (/health-facilities-and-emergency-medical-services-division-contacts)

# Find and compare the facilities we regulate

The dashboard below will allow you to search for and view the results of any inspection conducted within the previous 5 years for any healthcare provider currently licensed by the Colorado Department of Public Health and Environment, state-certified by the Colorado Health Care Policy and Finance or federally certified by the Centers for Medicare and Medicaid Services. Inspection results will include any citations identified during those inspections, the regulation text outlining the requirements or practice(s) to be met, as well as the plan of correction submitted by the provider indicating how the citation was remedied.

You will also be able to view all occurrence reports submitted within the last 3 years. An occurrence can be a number of different events that are self-reported by healthcare providers. If you would like more information regarding what types of events qualify as an occurrence, please feel free to review the Occurrence Reporting Manual (https://drive.google.com/file/d/14h1U8zVP59HM9pusTeN08hjhRCGJsb63/view?usp=sharing).

If you need additional instruction on how to use the dashboard to find inspection results and/or occurrences, hover your cursor over the help (?) icon below.

Health facility vaccination reporting  (/staff-vaccination-reporting)

# Medicare comparison websites

These sites only contain data on Medicare facilities.

- Dialysis facility compare (http://www.medicare.gov/Dialysis/Include/DataSection/Questions/SearchCriteria.asp?version=default&browser=Firefox|12|Windows+7&language=English&defaultstatus=0&pagelist=Home).
- Home health compare (http://www.medicare.gov/HomeHealthCompare/search.aspx).
- Hospice compare (http://www.medicare.gov/hospicecompare/).
- Hospital compare (http://www.medicare.gov/hospitalcompare/search.html).

Exhibit 5 page 2 of 9

- Hospital report card
  (http://www.cohospitalquality.org/corda/dashboards/COLORADO_REPORT_CARD_BY_MEASURE/main.dash
- Nursing home compare
  (http://www.medicare.gov/NHCompare/Include/DataSection/Questions/SearchCriteriaNEW.asp?
  version=default&browser=Firefox|12|Windows+7&language=English&defaultstatus=0&pagelist=Home&Cook

# Medicare comparison site

- Find and compare (http://www.medicare.gov/).

 

How to read inspection/ occurrence results

**Printing Instructions**

Return to Health Facilities Main Page

# Welcome to Health Facility Search Site
*Please use links and tabs above to navigate this search tool. Do not use browser back button.*

**Facility Name & Address**

| Facility Type | Facility County | Facility City |
|---|---|---|
| All | All | All |

**Type of Care/Service**
All

**Type of Service Delivery**
All

| Facility Name | Facility ID | Facility Type | Facility Phone | Facility Address | Operating Status |
|---|---|---|---|---|---|
| 1 FOR ALL HOME HEALTHCARE LLC | 04C4K7 | HOME CARE AGENCY | 719-619-3600 | 6208 LEHMAN DR, STE 210 COLORADO SPRINGS, CO 80918 | ACTIVE |
| | 04UMNL | HOME CARE AGENCY - IN-HOME SUPPORT SERVICES | 719-619-3600 | 6208 LEHMAN DR STE 210 COLORADO SPRINGS, CO 80918 | ACTIVE |
| 1 HOME CARE AGENCY CORPORATION | 04K461 | HOME CARE AGENCY - IN-HOME SUPPORT SERVICES | 303-306-0404 | 10200 E GIRARD AVE BLDG A STE 105 DENVER, CO 80231 | ACTIVE |
| | 10C962 | HOME CARE AGENCY | 303-306-0404 | 10200 E GIRARD AVE BLDG A STE 105 DENVER, CO 80231 | ACTIVE |
| 1 PLUS HOME CARE LLC | 04F7H9 | HOME CARE AGENCY | 720-213-6318 | 6990 W 38TH AVE, #100-E LAKEWOOD, CO 80033 | PENDING |
| 1+ HOME CARE LLC | 04K568 | HOME CARE AGENCY - IN-HOME SUPPORT SERVICES | 720-213-6318 | 6990 W 38TH AVE #100E WHEAT RIDGE, CO 80033 | PENDING |
| | 04Y638 | HOME CARE AGENCY | 720-213-6318 | 6990 W 38TH AVE #100-E WHEAT RIDGE , CO 80033 | ACTIVE |
| 1ST CALL TO CARE LLC | 04YUV2 | HOME CARE AGENCY | 720-607-5608 | 3138 S PARKER RD AURORA, CO 80014 | ACTIVE |
| | 041M93 | HOME CARE AGENCY - IN-HOME SUPPORT SERVICES | 720-607-5608 | 3138 S PARKER RD AURORA, CO 80014 | ACTIVE |
| 1ST CHOICE LIFE SKILLS ACADEMY LLC | 10G511 | IDD - PROGRAM APPROVED SERVICES | 615-635-3492 | 10770 EAST ILIFF AVE AURORA, CO 80014 | ACTIVE |
| | 10Y117 | ADULT DAY | 303-999-7763 | 10770 EAST ILIFF AVE AURORA, CO 80014 | ACTIVE |
| 1ST PREMIER HOME CARE INC | 04G415 | HOME CARE AGENCY - IN-HOME SUPPORT SERVICES | 303-968-1715 | 7609 S WAVERLY MTN LITTLETON, CO 80127 | ACTIVE |
| | 04V729 | HOME CARE AGENCY | 303-968-1715 | 7609 S WAVERLY MTN LITTLETON, CO 80127 | ACTIVE |

Exhibit 5 page 4 of 9



[4300 Cherry Creek Drive South Denver, CO 80246 (https://www.google.com/maps?](https://www.google.com/maps?q=4300+Cherry+Creek+Drive+South+Denver%2C+CO+80246&hl=en&t=m&z=14)
q=4300+Cherry+Creek+Drive+South+Denver%2C+CO+80246&hl=en&t=m&z=14)

# Information

About CDPHE (/about)

Get in touch (/about-cdphe/contact-us)

Locations (/locations)

Press releases (/category/press-release)

Careers (/careers)

CDPHE privacy notice (/contact-us/privacy-notice)

Payment portal (/payinvoice)

What's wrong with this page? (https://docs.google.com/forms/d/e/1FAIpQLScpYiGN62-
7ohvz3bjk7YmB6iefeK-60m4kbW7Niy0nYLSXBA/viewform)

Nondiscrimination (/nondiscrimination-policy-and-procedures)

Funding opportunities (/funding-opportunities)

# Connect with us

𝐟 (https://www.facebook.com/CDPHE)        🐦 (https://twitter.com/CDPHE)

▶ (https://www.youtube.com/c/CDPHE)

📷 (https://www.instagram.com/cdphe/?hl=en)

## Resources

Find your local public health agency (https://cdphe.colorado.gov/public-information/find-your-local-public-health-agency)

Marijuana Health Info (https://marijuanahealthinfo.colorado.gov/)

Colorado Health Information Data Set (CoHID) (https://cohealthviz.dphe.state.co.us/t/HealthInformaticsPublic/views/CoHIDLandingPage/LandingPage?iframeSizedToWindow=true&:embed=y&:showAppBanner=false&:display_count=no&:showVizHome=no)

Environmental Public Health Tracking (https://coepht.colorado.gov/)

Office of Public Health Practice, Planning, and Local Partnerships (OPHP) (https://www.colorado.gov/cdphe-lpha)

Air Quality - Monitoring, Modeling and Data (https://www.colorado.gov/airquality/)

Google translate (https://cdphe.colorado.gov/translation-disclaimer)

CDPHE accessibility statement (https://cdphe.colorado.gov/accessibility)

© 2022 State of Colorado  |

Transparency Online (https://data.colorado.gov/Government/Transparency-Online-Project-TOPS-State-Government-/rifs-n6ib)

| Support (https://www.colorado.gov/support)

## Citation's Text
*Please use links and tabs above to navigate this search tool. Do not use browser back button.*

**Facility ID:** 04J693
**Facility Name:** INNOVAGE HOME CARE NORTH
**Inspection ID:** 00KJ11
**Inspection Exit Date:** 2/21/2019
**Citation Code:** 0365
**Citation Title:** M-POC-Contents
**Scope and Severity (S/S):** N/A

*Notes: Citation code "0000" and "9999" are initial and final Comments of an inspection.*

### Citation Text
Based on interview and record review, the agency failed to create individualized Plans of Care which covered all pertinent medication and treatments for 3 of 3 consumer records reviewed (Consumer #3, #4, #5).

Findings include:

1. The clinical record for Consumer #3 was reviewed on 2/19/19. The Home Health Aide Care Plan, revised on 2/13/19, revealed a start of care date of 11/1/18. Consumer #3's diagnoses and frequency of certified nursing aide (CNA) visits were not documented on the Care Plan.

a) The agency failed to create an individualized Plan of Care which covered all pertinent medication and treatments.

Review of Consumer #3's Home Health Aide Care Plan, revised on 2/13/19, failed to reveal all pertinent diagnoses; including mental status, identification of any services furnished by other providers and how those services were coordinated, equipment required, frequency and duration of visits, prognosis, rehabilitation potential, functional limitations, activities permitted, instructions for timely discharge or referral and any other appropriate items.

Additional review revealed the care plan did not identify the consumer's continuing need for home care and meet the consumer's medical, nursing, rehabilitative, social and discharge planning needs.

Review of the In-Home Services Participant Referral, dated 11/1/18, did not differentiate between the agency, consumer, and the PACE program's responsibilities, medications, and treatments.

During interview on 2/20/19 at approximately 7:50 a.m., CNA #3 stated she followed the care plan, and had never seen the In-Home Services Participant Referral or an individualized Plan of Care for Consumer #3.

2. The clinical record for Consumer #4 was reviewed on 2/19/19. The Home Health Aide Care Plan, revised on 1/14/19, revealed a start of care date of 9/5/18. Consumer #4's diagnoses and frequency of CNA visits were not documented on the Care Plan.

a) The agency failed to create an individualized Plan of Care which covered all pertinent medication and treatments.

Review of Consumer #4's Home Health Aide Care Plan, revised on 1/14/19, failed to reveal all pertinent diagnoses; including mental status, identification of any services furnished by other providers and how those services are coordinated, equipment required, frequency and duration of visits, prognosis, rehabilitation potential, functional limitations, activities permitted, instructions for timely discharge or referral and any other appropriate items.

Additional review revealed the care plan did not identify the consumer's continuing need for home care and meet the consumer's medical, nursing, rehabilitative, social and discharge planning needs.

Review of the In-Home Services Participant Referral, dated 9/5/18, did not differentiate between the agency, consumer, and the PACE program's responsibilities, medications, and treatments.

3. The clinical record for Consumer #5 was reviewed on 2/19/19. The Home Health Aide Care Plan, revised on 2/11/19, revealed a start of care date of 10/3/17. Consumer #5's diagnoses and frequency of CNA visits were not documented on the Care Plan.

a) The agency failed to create an individualized Plan of Care which covered all pertinent medication and treatments.

Review of Consumer #5's Home Health Aide Care Plan, revised on 2/11/19, failed to reveal all pertinent diagnoses; including mental status, identification of any services furnished by other providers and how those services are coordinated, equipment required, frequency and duration of visits, prognosis, rehabilitation potential, functional limitations, activities permitted, instructions for timely discharge or referral and any other appropriate items.

Additional review revealed the care plan failed to identify the consumer's continuing need for home care and meet the consumer's medical, nursing, rehabilitative, social and discharge planning needs.

Review of the In-Home Services Participant Referral, dated 1/8/18, did not differentiate between the agency, consumer, and the PACE program's responsibilities, medications, and treatments.

4. During interview on 2/21/19 at 9:51 a.m., the nurse administrator stated the development and review of the care plans was the responsibility of herself, or a registered nurse (RN) and not PACE.

However, at 10:05 a.m., the nurse administrator stated PACE was responsible for completing the Plan of Care, which was the same as the In-Home Services Participant Referral completed at admission only, but different from the care plan she developed for the CNAs. She reviewed the Home Health Aide Care Plans for Consumer #3, #4, and #5 and confirmed the care plans did not include medications, coordination between services, and treatments. She stated when reviewing the consumer's records, unless you were part of the meetings or receiving the emails, you were unable to determine what part of the In-Home Services Participant Referral was the responsibility of the agency, consumer or the PACE program.

Exhibit 5 page 7 of 9



| | Go to Citation's Regulation | Go to Facility Plan of Correction | How to read inspection/ occurrence results | Printing Instructions | Go to Facility's List of Inspections and Occurrences |

## Citation's Text
*Please use links and tabs above to navigate this search tool. Do not use browser back button.*

**Facility ID:** 04J693
**Facility Name:** INNOVAGE HOME CARE NORTH
**Inspection ID:** 00KJ11
**Inspection Exit Date:** 2/21/2019
**Citation Code:** 0238
**Citation Title:** Gen Req-Complaint-QA Incorporation
**Scope and Severity (S/S):** N/A

*Notes: Citation code "0000" and "9999" are initial and final Comments of an inspection.*

**Citation Text**
Based on interview and record review, the agency failed to ensure incorporation of complaint substantiated findings into its quality assurance program (QMP) in order to evaluate and implement systemic changes where needed. (Cross reference L236 and L251).

Findings include:

AGENCY POLICY

According to the policy, Complaint Processing:

"The Administrator, Agency Manager and/or Clinical Director or designee will incorporate pertinent findings into the quality management program in order to evaluate and implement system changes were needed."

According to the policy, Conducting the Quality Management Program:

"Client Complaints and/or Incidents/Occurrence. Quarterly the logs will be reviewed and, based on the results, action items may be written on the Quarterly Audit Performance Plan."

1. Review of the complaint binder provided by the nurse administrator on 2/19/19 at approximately 10:40 a.m., revealed the complaint log was blank. The log would have included the following information: complaint date, manager receiving complaint, complaint name/identification number, nature of the complaint, date investigation was completed, resolution date, date complainant notified, and the initial of the reviewing individual.

Additional review of a sample timeframe, August 2018-January 2019, revealed the following complaints:

On 8/17/18, a consumer reported the personal care worker (PCW) was inconsistent with visits, and requested a new PCW.

On 8/23/18, a consumer reported home care services had not seen him in three weeks.

On 8/30/18, a consumer's family member reported the PCW's cleaning was insufficient, and requested a new PCW.

On 9/12/18, a consumer reported the PCW was inconsistent and often late. The PCW did not do a very good job with cleaning.

On 9/27/18, a consumer reported a family member had an interaction with the PCW and the consumer did not trust the PCW in the home.

On 11/5/18, a consumer reported the PCW did not know how to clean.

On 11/8/18, a consumer reported he did not feel comfortable with the PCW due to their phone usage during work.

On 11/21/18, a consumer reported she wanted a new PCW because she thought she was stealing from her.

2. Review of the incident binder provided by the nurse administrator on 2/19/19 at approximately 10:40 a.m., revealed the incident/occurrence log was blank. The log would have included the following information: incident/occurrence date, manager receiving notification, patient or employee name, nature of incident/occurrence, medical doctor (MD) notified, reportable to the Colorado Department of Public Health and Environment (CDPHE), dated reported to CDPHE, and the initials of the reviewing individual.

Additional review of a sample timeframe, September 2018-January 2019, revealed the following incidents:

On 10/22/18, a consumer fell outside on the rocks located at her home. She was transported to the emergency room.

On 11/21/18, a consumer was observed with three skin tears on the top of their right hand.

On 1/14/19, a consumer fell from the top of the stairs inside of her home to the bottom. emergency medical services (EMS) was contacted, and family member took the consumer to urgent care.

3. Review of the QMP binder, dated December 2017 to February 2019, revealed no evidence the consumer, family, or staff complaints or incidents were incorporated into the program in order to evaluate and implement systemic changes.

4. During interview on 2/19/19 at approximately 10:50 a.m., the nurse administrator stated the QMP was incomplete, and none of the complaints and incidents were reviewed or incorporated into the QMP.

Exhibit 5 page 8 of 9



| COLORADO<br>Department of Public<br>Health & Environment | Go to Citation's<br>Regulation | Go to Facility<br>Plan of<br>Correction | How to read<br>inspection/<br>occurrence<br>results | Printing<br>Instructions | Go to Facility's List<br>of Inspections and<br>Occurrences |
| --- | --- | --- | --- | --- | --- |

## Citation's Text
*Please use links and tabs above to navigate this search tool. Do not use browser back button.*

**Facility ID:** 04N711
**Facility Name:** INNOVAGE PACE HOME CARE
**Inspection ID:** S32R11
**Inspection Exit Date:** 7/21/2020
**Citation Code:** 0364
**Citation Title:** M-POC-Medical Orders
**Scope and Severity (S/S):** N/A

*Notes: Citation code "0000" and "9999" are initial and final Comments of an inspection.*

### Citation Text
;Based on interview and record review the agency failed to ensure services were provided according to each consumer's interdisciplinary team plan of care and were in conformance with physician orders for 1 of 7 consumers reviewed, who received skilled services in her place of residence (Consumer #7).

Findings include:

1. The clinical record for Consumer #7 was reviewed on 1/8/20. The Plan of Care for the six month period beginning 7/18/19 revealed an enrollment date of 1/1/12; diagnoses included Alzheimer's disease, diabetes mellitus, peripheral vascular disease, hypertension, chronic kidney disease and wound of the right second toe. Plan of Care orders included in home skilled care services (disciplines not specified) seven days per week to provide daily insulin injections and blood sugar monitoring, wound assessment and wound care.

a) Record review revealed the agency failed to ensure nursing care and services were provided as ordered by the physician on the plan of care. Specifically, nursing visits for the provision of daily insulin did not occur as ordered.

Review of the plan of care for Consumer #7 dated 7/18/19 revealed skilled services were ordered seven days per week to provide daily insulin injections and blood sugar monitoring, wound assessment and wound care.

During interview on 1/8/20 at 2:25 p.m., the Vice President (VP) of Clinical Services stated the clinician's wound care documentation was located in the Procedure Notes. The VP of Clinical Services stated the daily nursing visit documentation for blood sugar checks and insulin administration was located in the Quick Notes, all within the consumer's electronic clinical record.

Review of the in-home services nursing documentation, including Procedure Notes and Quick Notes, for the month of October 2019 failed to provide evidence of documentation of daily nursing visits. Record review revealed no nursing visit documentation for a total of four dates: 10/3/19, 10/14/19, 10/28/19 and 10/29/19. Further, there was no explanation to address how Consumer #7 received her blood sugar monitoring and insulin injection on the above dates and why the consumer had not received nursing services on those dates. Further clinical record review failed to show the agency had obtained a physician's order to change the visit frequency from daily as listed in the plan of care.

Review of the in-home services nursing documentation, including Procedure Notes and Quick Notes, for the month of November 2019 failed to provide evidence of documentation of daily nursing visits. Record review revealed no nursing visit documentation for a total of four dates: 11/7/19, 11/8/19, 11/22/19 and 11/26/19. Further, there was no explanation to address how Consumer #7 received her blood sugar monitoring and insulin injection on the above dates and why the consumer had not received nursing services on those dates. Further clinical record review failed to show the agency had obtained a physician's order to change the visit frequency from daily as listed in the plan of care.

Review of the in-home services nursing documentation, including Procedure Notes and Quick Notes, for the month of December 2019 failed to provide evidence of documentation of daily nursing visits. Record review revealed no nursing visit documentation for a total of six dates: 12/11/19, 12/16/19, 12/19/19, 12/20/19, 12/24/19 and 12/27/19. Further, there was no explanation to address how Consumer #7 received her blood sugar monitoring and insulin injection for the six days listed above or why the consumer had not received nursing services on those dates.

Further clinical record review failed to show the agency had obtained a physician's order to change the visit frequency from daily as listed in the plan of care.

Further record review revealed one Missed Visit report for a missed visit on 12/13/19; which stated the consumer was not home when the nurse attempted to conduct her visit. There was no additional documentation relating to the other missed visits in October, November and December, 2019.

b) Record review revealed the agency failed to ensure nursing services were provided as ordered by the physician for the provision of wound care.

Review of a physician order dated 10/21/19 showed wound care orders to the right second toe that included the application of Lanacane spray as needed for pain, Puracyn moistened gauze to dwell in the wound bed for two minutes, application of nickel thick Iodosorb gel, cover with calcium alginate and then surround with a callus pad and cover with gauze, wrap every other day and as needed by in home services and as needed by clinic visits.

Review of the in-home service Procedure Notes for the time period dated 10/21/19 through 12/4/19 (a subsequent physician order for wound care had been received by the agency on 12/4/19) revealed Consumer #7 had not received wound care every other day, in accordance with physician orders. Specifically;

Review of the documentation for the above dates revealed Consumer #7 received wound care on 10/21/19; two days later on 10/24/19 and again on 10/25/19; then four days later on 10/30/19. Further review revealed the consumer had not received wound care from 10/30/19 until 11/16/19; a period of 17 days without evidence of the provision of wound care. Additional review of the documentation showed the next wound care visit occurred on 11/30/19; a period of 14 days without evidence of the provision of wound care; in contrast to the physician order on 10/21/19 that ordered wound care to be provided every other day by in-home services.

Review of a subsequent physician order dated 12/4/19 showed wound care orders to the right second toe that included the application of Lanacane as needed for pain, Puracyn moistened gauze to dwell in the wound bed for two minutes, application of Prisma cut to the size of the wound bed, cover with hydrogel sheet cut to fit, surround with a callus pad and wrap toes to ankle with cast padding three times a week and as needed by in-home services and as needed by clinic visits.

Review of the in-home service Procedure Notes for the time period dated 12/4/19 through 1/4/20 revealed Consumer #7 had not received wound care three times a week, in accordance with physician orders. Review of the documentation for the above dates revealed Consumer #7 received wound care on 12/6/19. Further review revealed the consumer had not received wound care from 12/6/19 until 1/3/20 a period of 28 days without evidence of the provision of wound care; in contrast to the physician order on 12/4/19 that ordered wound care to be provided three times a week by in-home services.

c) On 1/9/20 at 10:44 a.m., the VP of Clinical Services stated she would obtain and email the information regarding the missing documentation to the department as soon as possible. Review of the documentation for Consumer #7 sent to the department by the VP of Clinical Services revealed one additional nursing note for the provision of wound care conducted by the registered nurse (RN #6) on 1/8/20. Further review of the documentation, showed a Missed Visit report for a missed visit on 12/13/19; which stated the consumer was not home when the nurse attempted to conduct her visit.

Further review of the documentation sent to the department by the VP of Clinical Services, revealed duplicate documentation (other than the two notes noted above) of that which had been previously printed for the surveyor while on site at the agency. There was no additional information received from the VP of Clinical Services to show the agency had ensured nursing services were provided as ordered by the physician and in accordance with Consumer #7's plan of care.

Exhibit 5 page 9 of 9