# Exhibit 10

JS-6

I hereby attest and certify on  4 / 2 / 2 0 2 0
that the foregoing document is full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
KT
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* **[UNDER SEAL]**, | No. EDCV 19-1370 DMG (SPx) |
|---|---|
| Plaintiff[s], | **ORDER TO DISMISS ACTION AND TO UNSEAL CASE** |
| v. | **[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| **[UNDER SEAL]**, | |
| Defendant[s]. | [FILED CONCURRENTLY UNDER SEAL: RELATOR'S REQUEST FOR DISMISSAL OF ACTION, CONSENT BY THE UNITED STATES AND THE STATE OF CALIFORNIA, AND STIPULATION RE UNSEALING OF CASE] |

Exhibit 10 page 1 of 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATES OF CALIFORNIA, COLORADO, NEW MEXICO, and VIRGINIA *ex rel*. KAREN LAPCEWICH,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL COMMUNITY OPTIONS, INC.; TOTAL LONGTERM CARE, INC.; INNOVAGE GREATER COLORADO PACE-LOVELAND, LLC; INNOVAGE CALIFORNIA PACE-INLAND EMPIRE; TOTAL COMMUNITY CARE, LLC; and INNOVAGE VIRGINIA PACE-ROANOKE VALLEY, LLC,<br><br>Defendants. | No. EDCV 19-1370 DMG (SPx)<br><br>**ORDER TO DISMISS ACTION AND TO UNSEAL CASE**<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: RELATOR'S REQUEST FOR DISMISSAL OF ACTION, CONSENT BY THE UNITED STATES AND THE STATE OF CALIFORNIA, AND STIPULATION RE UNSEALING OF CASE] |

Exhibit 10 page 2 of 3

*Qui tam* plaintiff Karen Lapcewich ("Relator"), having requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action be dismissed without prejudice; the United States of America, the State of California, and the other named States having consented, in the interests of justice, to such dismissal without prejudice; and the Relator, the United States, the State of California, and the other named States having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS HEREBY ORDERED that:

(1)     This action is dismissed without prejudice.

(2)     The seal is lifted from this action in all respects, except as specified in Paragraph 4 below.

(3)     Of the documents filed and lodged to date in this action, the following documents only shall be unsealed:

a. The Relator's Complaint;

b. Relator's Request for Dismissal of Action, Consent by the United States and the State Of California, and Stipulation Re Unsealing of Case; and

c. This Order.

(4)     All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

DATED:  April 2, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE