# Exhibit 21

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**
**Date of Report (Date of earliest event reported): September 21, 2021**

# INNOVAGE HOLDING CORP.

**(Exact name of registrant as specified in its charter)**

| Delaware | 001-40159 | 81-0710819 |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

| 8950 E. Lowry Boulevard Denver, CO | 80230 |
|---|---|
| **(Address of principal executive offices)** | **(Zip Code)** |

**(844) 803-8745**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report.)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.001 par value** | **INNV** | **The Nasdaq Stock Market LLC (Nasdaq Global Select Market)** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

**Emerging growth company ☒**

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Exhibit 21 page 1 of 12

**Item 2.02.**      **Results of Operations and Financial Condition.**

On September 21, 2021, InnovAge Holding Corp. issued a press release announcing financial results for the fiscal quarter ended June 30, 2021 and related matters. A copy of this press release is furnished as Exhibit 99.1 hereto and is incorporated in this Item 2.02 by reference.

The information in this Item 2.02, including the exhibit attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section. This information shall not be deemed to be incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference to such disclosure in this Form 8-K in such a filing.

**Item 9.01.**      **Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit | Description |
|---|---|
| 99.1 | Press Release of InnovAge Holding Corp., dated September 21, 2021 |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL) |

Exhibit 21 page 2 of 12

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

INNOVAGE HOLDING CORP.

Date: September 21, 2021

By:    /s/ Barbara Gutierrez

Name: Barbara Gutierrez

Title:  Chief Financial Officer

Exhibit 21 page 3 of 12

**Exhibit 99.1**



INNOVAGE ANNOUNCES FINANCIAL RESULTS FOR THE FISCAL YEAR AND FOURTH QUARTER
ENDED JUNE 30, 2021

**DENVER, CO., September 21, 2021** - InnovAge Holding Corp. (the "Company" or "InnovAge") (Nasdaq: INNV), a market leading healthcare delivery platform for high-cost, dual-eligible seniors, announced financial results for its fiscal fourth quarter and full year ended June 30, 2021.

"The InnovAge team is excited to deliver strong fourth quarter financial results to end the year with approximately 6,850 participants, an increase of 7.4% year-over-year," said Maureen Hewitt, President and Chief Executive Officer, of InnovAge.  "We produced $637.8 million of total revenues, an increase of approximately 12.5% compared to fiscal year 2020.  During the pandemic, we opened two new centers and we remain on track to open de novo centers in two new states in fiscal year 2023.  We also expanded our leadership team with the additions of Nicole D'Amato as Chief Legal Officer and Corporate Secretary, Eimile Tansey, Chief People Officer, and Olivia Patton, Chief Compliance Officer."

Ms. Hewitt continued, "While COVID-19 impacted our business during fiscal year 2021, our team has done an outstanding job providing high quality, value-based care to our participants. We remain committed to ensuring our participants and employees are vaccinated against COVID-19 with a vaccination rate of 86% of participants and 90% of our employees to date.  Our top priority is the health of our participants and our goal is to enable our participants to have a richer, social experience through our centers, which we are enabling in the safest way possible.  We believe the landscape for future growth remains robust and we are pleased with the amount of federal and state legislative activity that we have seen in 2021. This is an exciting time to be a PACE provider and we continue to execute on our multi-faceted strategy of organic growth, de novo locations in existing and new states, and acquisitions."

## Financial Results

| | Three Months Ended | | Year Ended | |
|---|---|---|---|---|
| | June 30, 2021 | June 30, 2020 | June 30, 2021 | June 30, 2020 |
| | *in thousands, except percentages and per share amounts* | | | |
| Total revenues | $ 171,616 | $ 152,492 | $ 637,800 | $ 567,192 |
| Center-level Contribution Margin | 48,033 | 45,456 | 174,080 | 141,304 |
| Net Income (Loss) | 6,315 | 11,978 | (44,740) | 25,765 |
| | | | | |
| Net Income (Loss) Attributable to InnovAge Holding Corp. | 6,474 | 12,097 | (43,986) | 26,278 |
| Net income (loss) per share - diluted | $ 0.05 | $ 0.09 | $ (0.36) | $ 0.19 |
| | | | | |
| Adjusted EBITDA[1] | $ 19,348 | $ 22,932 | $ 85,333 | $ 65,909 |
| Adjusted EBITDA margin[1] | 11.3 % | 15.4 % | 13.4 % | 11.7 % |

Exhibit 21 page 4 of 12

## Fiscal Year 2021 Financial Highlights

- Total revenue of $637.8 million in fiscal year 2021, up 12.4% compared to $567.2 million in fiscal year 2020
- Center-level Contribution Margin of $174.1 million, up 23.2% year-over-year, and Center-level Contribution Margin as a percent of revenue of 27.3%, an increase of approximately 240 basis points year-over-year
- Net loss attributable to InnovAge Holding Corp. of $44.0 million, or a loss of $0.36 per share, primarily due to the Apax transaction and the Company's initial public offering on March 8, 2021
- Net loss of $44.7 million, a decrease from net income of $25.8 million compared to fiscal year 2020
- Adjusted EBITDA[1] of $85.3 million, an increase of 29.5% year-over-year compared to $65.9 million in fiscal year 2020
- Census of approximately 6,850, an increase of 7.4% year-over-year; member months of approximately 79,430, an increase of 6.1% year-over-year; and ended the fiscal year with 18 centers in five states
- Ended the fiscal year with $201.5 million in cash and cash equivalents and $84.6 million in debt on the balance sheet, representing debt under the Company's senior secured term loan, convertible term loan and capital leases

## Fiscal Fourth Quarter 2021 Financial Highlights

- Total revenue of $171.6 million for the fiscal fourth quarter of 2021, up 12.5% compared to $152.5 million compared to the fourth quarter of 2020
- Center-level Contribution Margin of $48.0 million, an increase of 5.7% year-over-year, and Center-level Contribution Margin as a percent of revenue of 28.0%
- Net income attributable to InnovAge Holding Corp. of $6.5 million, or $0.05 per share compared to $12.1 million, or $0.09 per share in the fourth quarter of 2020
- Net income of $6.3 million compared to net income of $12.0 million for the fourth quarter of 2020. The decrease was primarily the result of increased general and administrative expense and sales and marketing expenses, partially offset by lower interest expense.
- Adjusted EBITDA[1] of $19.3 million, compared to $22.9 million in the fourth quarter of 2020

## Additional Highlights

- On track to open three de novo centers in two new states in fiscal year 2023 and two additional de novo centers within the next 24 months
- Re-opened centers in Pennsylvania and Virginia based on loosening state restrictions and COVID-19 infection and vaccination rates resulting in all 18 centers receiving participants in the fourth quarter
- Made an equity investment in telehealth platform Jetdoc for the development of a purpose-built virtual care and remote patient monitoring platform for our participants and caregivers
- Achieved goal of having 90% of employees vaccinated for COVID-19, 96% of employees have received at least one dose, and 86% of participants are currently vaccinated
- Performed more than 110,000 telehealth visits from the start of the pandemic in March 2020 through quarter end
- Recently, three centers in Pennsylvania, four centers in Virginia and the New Mexico PACE center were recognized as Patient-Centered Medical Homes by the National Committee for Quality Assurance
- InnovAge is a Great Place to Work-Certified™ company for the fourth consecutive year and the Company has continued to expand its strong leadership team with the addition of Nicole D'Amato as Chief Legal Officer and Corporate Secretary, Eimile Tansey, Chief People Officer, and Olivia Patton, Chief Compliance Officer

Exhibit 21 page 5 of 12

| | Low | High |
|---|---|---|
| | *dollars in thousands* | |
| Census | 7,500 | 7,750 |
| Member Months | 86,500 | 87,800 |
| | | |
| Total revenues | $ 712 | $ 725 |
| Adjusted EBITDA[1] | $ 60 | $ 72 |

[1] Adjusted EBITDA is a non-GAAP measure. See "Note Regarding Use of Non-GAAP Financial Measures" and "Reconciliation of GAAP and Non-GAAP Measures" for a definition of Adjusted EBITDA and a reconciliation to net income (loss), the most closely comparable GAAP measure. The Company is unable to provide guidance for net income (loss) or a reconciliation of the Company's Adjusted EBITDA guidance because it cannot provide a meaningful or accurate calculation or estimation of certain reconciling items without unreasonable effort. The Company's inability to do so is due to the inherent difficulty in forecasting and quantifying certain amounts that are necessary for such reconciliation, including variations in effective tax rate, expenses to be incurred for acquisition activities and other one-time or exceptional items.

**Conference Call**

The Company will host a conference call this afternoon at 5:00 PM Eastern Time, which can be accessed by dialing +1 (833) 398-1024 for U.S. participants, or +1 (914) 987-7722 for international participants and referencing conference ID 3506946; or via a live audio webcast that will be available online at https://investor.innovage.com/investor-relations. A replay of the call will be available via webcast for on-demand listening shortly after the completion of the call, at the same web link, and will remain available for approximately 12 months.

**About InnovAge**

InnovAge is a market leader in managing the care of high-cost, dual-eligible seniors. Our mission is to enable seniors to age independently in their own homes for as long as possible. Our patient-centered care model meaningfully improves the quality of care our participants receive, while reducing over-utilization of high-cost care settings. InnovAge is at the forefront of value based senior healthcare and directly contracts with government payors, such as Medicare and Medicaid, to manage the totality of a participant's medical care. InnovAge believes its healthcare model is one in which all constituencies — participants, their families, providers and government payors— "win." As of June 30, 2021, InnovAge serves approximately 6,850 participants across 18 centers in five states. https://www.innovage.com/.

**Investor Contact:**

Exhibit 21 page 6 of 12

**<u>Forward-Looking Statements - Safe Harbor</u>**

This press release may contain "forward-looking statements" within the meaning of the safe harbor provisions of the U.S. Private Securities Litigation Reform Act of 1995. Forward-looking statements can be identified by words such as: "anticipate," "intend," "plan," "believe," "project," "estimate," "expect," "may," "should," "will" and similar references to future periods. Forward-looking statements may be identified by the fact that they do not relate strictly to historical or current facts. Examples of forward-looking statements include, among others, statements we may make regarding our expectations to increase the number of participants we serve, to grow enrollment and capacity within existing centers, to build de novo centers, to expand into new geographies, to execute on tuck-in acquisitions, to recruit new participants and directly contract with government payors, quarterly or annual guidance, financial outlook, including future revenues and future earnings, expectation regarding legal proceedings or ongoing audits, reimbursement and regulatory developments, market developments, new products and growth strategies, integration activities and the effects of any of the foregoing on our future results of operations or financial conditions.

Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based only on currently available information and our current beliefs, expectations and assumptions regarding the future of our business, future plans and strategies, projections, anticipated events and trends, the economy and other future conditions. You should not place undue reliance on our forward-looking statements. Because forward-looking statements relate to the future, they are subject to inherent uncertainties, risks and changes in circumstances that are difficult to predict and many of which are outside of our control. Our actual results and financial condition may differ materially from those indicated in the forward-looking statements. Important factors that could cause our actual results and financial condition to differ materially from those indicated in the forward-looking statements include, among others, the following: (i) the risk that the cost of providing services will exceed our compensation under PACE; (ii) the dependence of our revenues upon a limited number of government payors, particularly Medicare and Medicaid; (iii) the effects of rules governing the Medicare, Medicaid or PACE programs; (iv) reductions in PACE reimbursement rates or changes in the rules governing PACE programs; (v) the risk that our submissions to government payors may contain inaccurate or unsupportable information regarding risk adjustment scores of participants, which could cause us to overstate or understate our revenue and subjecting us to payment obligations and penalties; (vi) the impact on our business of non-renewal or termination of capitation agreements with government payors; (vii) the potential adverse impact of inspections, reviews, audits, investigations, legal proceedings, enforcement actions and litigation; (viii) the impact of state and federal efforts to reduce healthcare spending; (ix) the effects of a pandemic, epidemic or outbreak of an infectious disease, including the ongoing outbreak of the COVID-19 pandemic; (x) the effect of our relatively limited operating history as a for-profit company on investors' ability to evaluate our current business and future prospects; (xi) the viability of our growth strategy and our ability to realize expected results; and (xii) our existing indebtedness and access to capital markets. For a detailed discussion of the risks and uncertainties that could affect our actual results, please refer to the risk factors identified in our SEC reports, including, but not limited to our Prospectus, dated March 3, 2021 in connection with our IPO, our most recent Quarterly Report on Form 10-Q and our upcoming Annual Report on Form 10-K, as filed with the SEC.

Any forward-looking statement made by the Company in this press release is based only on information currently available to us and speaks only as of the date on which it is made. Except as required by law, we undertake no obligation to publicly update any forward-looking statement, whether written or oral, that may be made from time to time, whether as a result of new information, future developments or otherwise.

Exhibit 21 page 7 of 12

**Note Regarding Use of Non-GAAP Financial Measures**

In addition to reporting financial information in accordance with generally accepted accounting principles ("GAAP"), the Company is also reporting Adjusted EBITDA and Adjusted EBITDA margin, which are non-GAAP financial measures. Adjusted EBITDA and Adjusted EBITDA margin are supplemental measures of operating performance monitored by management that are not defined under GAAP and that do not represent, and should not be considered as, an alternative to net income (loss) and net income (loss) margin, respectively, as determined by GAAP. We believe that Adjusted EBITDA and Adjusted EBITDA margin are appropriate measures of operating performance because the metrics eliminate the impact of revenue and expenses that do not relate to our ongoing business performance, allowing us to more effectively evaluate our core operating performance and trends from period to period. We believe that Adjusted EBITDA and Adjusted EBITDA margin help investors and analysts in comparing our results across reporting periods on a consistent basis by excluding items that we do not believe are indicative of our core operating performance. These non-GAAP financial measures have limitations as analytical tools and should not be considered in isolation from, or as a substitute for, the analysis of other GAAP financial measures, including net income (loss) and net income (loss) margin. In evaluating Adjusted EBITDA, you should be aware that in the future we may incur expenses that are the same as or similar to some of the adjustments in this presentation. Our presentation of Adjusted EBITDA should not be construed to imply that our future results will be unaffected by the types of items excluded from the calculation of Adjusted EBITDA. Our use of the term Adjusted EBITDA varies from others in our industry. We define Adjusted EBITDA as net income (loss) adjusted for interest expense, depreciation and amortization, and provision for income tax as well as addbacks for non-recurring expenses or exceptional items, including charges relating to management equity compensation, final determination of rates, M&A transaction and integration, business optimization, electronic medical record (EMR) transition, special employee bonuses, gain on consolidation of equity investee, financing-related fees and contingent consideration. Adjusted EBITDA margin is Adjusted EBITDA expressed as a percentage of our total revenue less any exceptional, one-time revenue items. For a full reconciliation of Adjusted EBITDA to the most closely comparable GAAP financial measure, please see the attachment to this earnings release.

Exhibit 21 page 8 of 12

Schedule 1

**InnovAge**
**CONDENSED CONSOLIDATED BALANCE SHEETS**

| | June 30, 2021 | June 30, 2020 |
|---|---|---|
| | *in thousands* | |
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 201,466 | $ 112,904 |
| Restricted cash | 2,234 | 1,661 |
| Accounts receivable, net of allowance ($4,350 – June 30, 2021 and $6,384 – June 30, 2020) | 32,582 | 46,312 |
| Prepaid expenses | 9,249 | 4,311 |
| Income tax receivable | 5,401 | 1,743 |
| Total current assets | 250,932 | 166,931 |
| **Noncurrent Assets** | | |
| Property and equipment, net | 142,715 | 102,494 |
| Investments | 2,645 | 2,645 |
| Deposits and other | 3,877 | 3,003 |
| Equity method investments | 848 | 13,245 |
| Goodwill | 124,217 | 116,139 |
| Other intangible assets, net | 6,518 | 5,177 |
| Total noncurrent assets | 280,820 | 242,703 |
| Total assets | $ 531,752 | $ 409,634 |
| **Liabilities and Stockholders' Equity** | | |
| **Current Liabilities** | | |
| Accounts payable and accrued expenses | $ 32,361 | $ 28,875 |
| Reported and estimated claims | 33,234 | 30,291 |
| Due to Medicaid and Medicare | 7,101 | 12,244 |
| Current portion of long-term debt | 3,790 | 1,938 |
| Current portion of capital lease obligations | 2,079 | 1,496 |
| Contingent consideration | — | 1,789 |
| Total current liabilities | 78,565 | 76,633 |
| **Noncurrent Liabilities** | | |
| Deferred tax liability, net | 15,700 | 9,282 |
| Capital lease obligations | 5,190 | 4,091 |
| Other noncurrent liabilities | 2,758 | 1,446 |
| Long-term debt, net of debt issuance costs | 71,574 | 210,432 |
| Total liabilities | 173,787 | 301,884 |
| **Commitments and Contingencies (See Note 12)** | | |
| **Stockholders' Equity** | | |
| Common stock, $0.001 par value; 500,000,000 authorized as of June 30, 2021 and 2020; 135,516,513 and 132,718,461 issued shares as of June 30, 2021 and June 30, 2020, respectively | 136 | 133 |
| Additional paid-in capital | 323,760 | 36,338 |
| Retained earnings | 11,250 | 64,737 |
| Less: Treasury stock; 0 and 102,030 shares of common stock at $0.0 and $1.89 per share as of June 30, 2021 and June 30, 2020, respectively | — | (193) |
| Total InnovAge Holding Corp. | 335,146 | 101,015 |
| Noncontrolling interests | 22,819 | 6,735 |
| Total stockholders' equity | 357,965 | 107,750 |
| Total liabilities and stockholders' equity | $ 531,752 | $ 409,634 |

Exhibit 21 page 9 of 12

Schedule 2

**InnovAge**
**CONDENSED CONSOLIDATED STATEMENTS OF EARNINGS**

| | Three Months Ended | | Year Ended | |
|---|---|---|---|---|
| | June 30, 2021 | June 30, 2020 | June 30, 2021 | June 30, 2020 |
| | *in thousands, except per share amounts* | | | |
| **Revenues** | | | | |
| Capitation revenue | $ 171,028 | $ 152,110 | $ 635,322 | $ 564,834 |
| Other service revenue | 588 | 382 | 2,478 | 2,358 |
| **Total revenues** | 171,616 | 152,492 | 637,800 | 567,192 |
| **Expenses** | | | | |
| External provider costs | 85,102 | 68,445 | 309,317 | 272,832 |
| Cost of care, excluding depreciation and amortization | 38,481 | 38,591 | 154,403 | 153,056 |
| **Center-level Contribution Margin** | 48,033 | 45,456 | 174,080 | 141,304 |
| Sales and marketing | 7,901 | 4,596 | 22,236 | 19,001 |
| Corporate, general and administrative | 26,432 | 16,064 | 132,333 | 58,481 |
| Depreciation and amortization | 3,032 | 2,981 | 12,294 | 11,291 |
| Equity loss | — | 475 | 1,343 | 678 |
| Other operating expense | — | 1,170 | 18,211 | 920 |
| Total expenses | 160,948 | 132,322 | 650,137 | 516,259 |
| **Operating Income (Loss)** | 10,668 | 20,170 | (12,337) | 50,933 |
| | | | | |
| **Other Income (Expense)** | | | | |
| Interest expense, net | 274 | (3,332) | (16,787) | (14,619) |
| Loss on extinguishment of debt | — | — | (14,479) | — |
| Gain on equity method investment | — | — | 10,871 | — |
| Other expense | (15) | 54 | (2,237) | (681) |
| Total other expense | 259 | (3,278) | (22,632) | (15,300) |
| **Income (Loss) Before Income Taxes** | 10,927 | 16,892 | (34,969) | 35,633 |
| **Provision for Income Taxes** | 4,612 | 4,914 | 9,771 | 9,868 |
| **Net Income (Loss)** | 6,315 | 11,978 | (44,740) | 25,765 |
| Less: net loss attributable to noncontrolling interests | (159) | (119) | (754) | (513) |
| **Net Income (Loss) Attributable to InnovAge Holding Corp.** | $ 6,474 | $ 12,097 | $ (43,986) | $ 26,278 |
| | | | | |
| **Weighted-average number of common shares outstanding - basic** | 135,516,513 | 132,616,431 | 123,618,702 | 132,616,431 |
| **Weighted-average number of common shares outstanding - diluted** | 135,517,753 | 135,233,630 | 123,618,702 | 135,233,630 |
| | | | | |
| **Net income (loss) per share - basic** | $ 0.05 | $ 0.09 | $ (0.36) | $ 0.20 |
| **Net income (loss) per share - diluted** | $ 0.05 | $ 0.09 | $ (0.36) | $ 0.19 |

Exhibit 21 page 10 of 12

Schedule 3

**InnovAge**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

| | | Year Ended June 30, | | |
|---|---:|---:|---:|---:|
| | | 2021 | | 2020 |
| | | *in thousands* | | |
| **Operating Activities** | | | | |
| Net income (loss) | $ | (44,740) | $ | 25,765 |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities | | | | |
| Loss on disposal of assets | | 18 | | 1,039 |
| Provision for uncollectible accounts | | 8,637 | | 6,204 |
| Depreciation and amortization | | 12,294 | | 11,291 |
| Gain on equity method investment | | (10,871) | | — |
| Loss on extinguishment of long-term debt | | 14,479 | | — |
| Amortization of deferred financing costs | | 1,056 | | 550 |
| Stock-based compensation | | 1,664 | | 543 |
| Deferred income taxes | | 6,418 | | 3,173 |
| Loss in equity of nonconsolidated entities | | 1,343 | | 678 |
| Change in fair value of warrants | | 2,264 | | — |
| Change in fair value of contingent consideration | | — | | 920 |
| Changes in operating assets and liabilities, net of acquisitions | | | | |
| Accounts receivable, net | | 5,879 | | (1,202) |
| Prepaid expenses | | (4,987) | | (1,062) |
| Income tax receivable | | (3,658) | | 1,952 |
| Deposits and other | | (874) | | 1,063 |
| Accounts payable and accrued expenses | | 6,137 | | (1,013) |
| Reported and estimated claims | | 2,613 | | 2,045 |
| Due to Medicaid and Medicare | | (5,220) | | (8,120) |
| Deferred revenue | | — | | 2 |
| Net cash provided by (used in) operating activities | | (7,548) | | 43,828 |
| **Investing Activities** | | | | |
| Purchases of property and equipment | | (17,541) | | (11,844) |
| Proceeds from sales of property and equipment | | — | | 169 |
| Proceeds from net working capital settlements | | — | | 1,129 |
| Purchase of long term investment | | — | | (1,145) |
| Purchase of intangible assets | | (2,000) | | — |
| Net cash used in investing activities | $ | (19,541) | $ | (11,691) |
| **Financing Activities** | | | | |
| Distributions to owners | $ | (9,500) | $ | — |
| Capital contributions | | 20,000 | | — |
| Payments on capital lease obligations | | (1,788) | | (1,834) |
| Proceeds from long-term debt | | 375,000 | | 25,000 |
| Principal payments on long-term debt | | (512,660) | | (1,934) |
| Payment of financing costs and debt premiums | | (14,896) | | — |
| Proceeds from initial public offering of common stock | | 370,468 | | — |
| Treasury stock purchases | | (77,603) | | — |
| Payments under acquisition agreements | | (3,622) | | — |
| Payments related to option cancellation | | (29,175) | | — |
| Net cash provided by financing activities | | 116,224 | | 21,232 |
| | | | | |
| **INCREASE IN CASH, CASH EQUIVALENTS, & RESTRICTED CASH** | | 89,135 | | 53,369 |
| **CASH, CASH EQUIVALENTS & RESTRICTED CASH, BEGINNING OF PERIOD** | | 114,565 | | 61,196 |
| **CASH, CASH EQUIVALENTS & RESTRICTED CASH, END OF PERIOD** | $ | 203,700 | $ | 114,565 |
| | | | | |
| **Supplemental Cash Flows Information** | | | | |
| Interest paid | $ | 18,030 | $ | 11,551 |
| Income taxes paid | $ | 7,048 | $ | 4,745 |
| Property and equipment included in accounts payable | $ | 1,327 | $ | 1,348 |
| Property and equipment purchased under capital leases | $ | 3,493 | $ | 1,399 |

Exhibit 21 page 11 of 12

**InnovAge**
**RECONCILIATION OF GAAP AND NON-GAAP MEASURES**
**(UNAUDITED)**

| | Three Months Ended | | Year Ended | |
|---|---|---|---|---|
| | June 30, 2021 | June 30, 2020 | June 30, 2021 | June 30, 2020 |
| | *in thousands* | | | |
| Net income (loss) | $ 6,315 | $ 11,978 | $ (44,740) | $ 25,765 |
| Interest expense, net | (274) | 3,332 | 16,787 | 14,619 |
| Depreciation and amortization | 3,032 | 2,981 | 12,294 | 11,291 |
| Provision for income tax | 4,612 | 4,914 | 9,771 | 9,868 |
| Stock-based compensation | 562 | 136 | 1,664 | 543 |
| Rate determination[a] | — | (3,173) | (2,158) | (3,372) |
| M&A diligence, transaction and integration[b] | 4,273 | 177 | 67,606 | 2,718 |
| Business optimization[c] | 702 | 549 | 1,829 | 1,171 |
| EMR implementation[d] | 126 | 317 | 461 | 1,078 |
| Special employee bonus[e] | — | 551 | — | 1,278 |
| Gain on consolidation of equity investee[f] | — | — | (10,871) | — |
| Financing-related[g] | — | — | 14,479 | 30 |
| Contingent consideration[h] | — | 1,170 | 18,211 | 920 |
| Adjusted EBITDA | $ 19,348 | $ 22,932 | $ 85,333 | $ 65,909 |

(a)  For the year ended June 30, 2021, this reflects the CMS settlement payment of approximately $2.2 million related to end-stage renal disease beneficiaries for calendar years 2010 through 2020. For the three and twelve months ended June 30, 2020, this reflects the final determination of certain rates for capitation payments from the State of California, all of which we consider non-recurring.
(b)  For the year ended June 30, 2021, this primarily represents (i) $45.4 million related to the cancellation of options and the redemption of shares, including $3.2 million recognized during the fourth quarter of fiscal year 2021, and (ii) $13.1 million of transaction fees and expenses recognized in connection with the July 27, 2020 transaction between us, an affiliate of Apax Partners and our existing equity holders entering into a Securities Purchase Agreement.
(c)  Reflects charges related to business optimization initiatives. Such charges relate to one-time investments in projects designed to enhance our technology systems and improve the efficiency and effectiveness of our operations.
(d)  Reflects non-recurring expenses relating to the transition to a new electronic medical record vendor.
(e)  Reflects non-recurring special bonuses paid to certain of our employees of the Company relating to shareholder dividend transactions that occurred in fiscal years 2018 and 2019.
(f)  Reflects non-recurring expense related to the gain on consolidation of InnovAge California PACE-Sacramento, LLC.
(g)  Reflects fees and expenses incurred in connection with amendments to our credit agreements.
(h)  Reflects the contingent consideration fair value adjustment made during the reporting period associated with our acquisition of NewCourtland LIFE Program which closed during our fiscal year ended June 30, 2019.

Exhibit 21 page 12 of 12