# Exhibit 1



# Historical Price Lookup

| Lookup Month: | Lookup Day: | Lookup Year: |
|---|---|---|
| March | 4 | 2021 |

## Week of March 4, 2021

| Date Requested | Closing Price | Volume | Split Adjustment Factor | Open Price | Day High | Day Low |
|---|---|---|---|---|---|---|
| **March 4, 2021** | **$24.20** | **8,916,127** | **1:1** | **$24.00** | **$24.54** | **$21.15** |
| March 5, 2021 | $24.08 | 1,334,392 | 1:1 | $24.10 | $25.76 | $20.86 |

NOTE: The Closing Price, Day's High, Day's Low, and Day's Volume have been adjusted to account for any stock splits and/or dividends which may have occurred for this security since the date shown above. The Split Adjustment Factor is a cumulative factor which encapsulates all splits since the date shown above. The closing price above is not necessarily indicative of future price performance.

Data Provided by Refinitiv. Minimum 15 minutes delayed.