# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-2770-WJM-SKC

EL PASO FIREMEN & POLICEMEN'S PENSION FUND,
SAN ANTONIO FIRE & POLICE PENSION
FUND, and INDIANA PUBLIC RETIREMENT SYSTEM,
individually and on behalf of all others
similarly situated,

   Plaintiff,

  v.

 INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WELSH, CARSON, ANDERSON & STOWE,
APAX PARTNERS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY LLC,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO. LLC,
ROBERTS & RYAN INVESTMENTS, INC,

   Defendants.

(Caption continues on following page)

---

**LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT
OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

---

Plaintiffs El Paso Firemen & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund, and Indiana Public Retirement System, respectfully bring to the Court's attention a recent decision by Judge Matthew Kennelly in *Allison v. Oak Street Health, Inc. et. al.*, Case No. 1:22-cv-00149, (N.D. Ill. Feb. 10, 2023), ECF No. 74, attached as Exhibit A. Judge Kennelly's decision in *Oak Street Health* largely denied a motion to dismiss a securities fraud case, only dismissing certain claims in part for reasons not applicable here.  The decision is relevant to many of Plaintiffs' arguments in their opposition to Defendants' motions to dismiss (ECF No. 79), including on the following issues: (1) Defendants' statements about InnovAge's business practices were misleading by omission and Defendants' risk warnings were insufficient (ECF No. 79, at 5-16); (2) Defendants' failure to disclose known trends, uncertainties, and risks violated their duty to disclose under Items 303 and 105 of Regulation S-K (*id.* at 24-26); (3) Defendants Hewitt's and Gutierrez's eligibility to receive incentive awards supports an inference of scienter (*id.* at 44-45); and (4) the private equity defendants exercised control over InnovAge (*id.* at 45-47).

Date: February 21, 2023

Respectfully submitted,

*/s/ Cecil E. Morris*

FAIRFIELD AND WOODS, P.C.
Jason B. Robinson
Cecil E. Morris
1801 California Street, Suite 2600
Denver, CO 80202
Tel.: (303) 830-2400
Fax: (303) 830-1033
jrobinson@fwlaw.com
cmorris@fwlaw.com

*Liaison Counsel for Lead Plaintiffs*

COHEN MILSTEIN SELLERS & TOLL

1

PLLC
Julie G. Reiser
S. Douglas Bunch
Jan E. Messerschmidt
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel.: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com

Manuel J. Dominguez
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Tel.: (561) 515-1400
Fax.: (561) 515-1401
jdominguez@cohenmilstein.com

*Lead Counsel for Lead Plaintiffs*