# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-2770-WJM-SKC

EL PASO FIREMEN & POLICEMEN'S PENSION
FUND, SAN ANTONIO FIRE & POLICE
PENSION
FUND, and INDIANA PUBLIC RETIREMENT
SYSTEM, individually and on behalf of all others
similarly situated,

        Plaintiff,

      v.

 INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WELSH, CARSON, ANDERSON & STOWE,
APAX PARTNERS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY LLC,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO. LLC,
ROBERTS & RYAN INVESTMENTS, INC,

        Defendants.

(Caption continues on following page)

**LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs El Paso Firemen & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund, and Indiana Public Retirement System, respectfully bring to the Court's attention a recent decision by Judge George B. Daniels of the District Court for the Southern District of New York in *In re Alibaba Group Holding Ltd. Sec. Litig.,* Case No. 1:20-cv-09568 (S.D.N.Y. Mar. 22, 2023), ECF No. 83, attached as Exhibit A. Judge Daniels's decision in *Alibaba,* in relevant part, denied a motion to dismiss a securities fraud case. The decision is relevant to many of Plaintiffs' arguments in their opposition to Defendants' motions to dismiss (ECF No. 79), including on the following issues: (1) Defendants' statements about InnovAge's growth and business practices were misleading by omission (ECF No. 79, at 5-16); (2) Defendants' risk warnings were insufficient (*id.* at 13, 16, 28, 30); (3) Defendants' statements, even if construed to be statements of opinion or belief, were misleading by omission (*id.* at 31, 37-38); and (4) Plaintiffs adequately alleged facts giving rise to a strong inference of scienter (*id.* at 39-45).

Date: April 10, 2023                    Respectfully submitted,

/s/ *Cecil E. Morris*

FAIRFIELD AND WOODS, P.C.
Cecil E. Morris
1801 California Street, Suite 2600
Denver, CO 80202
Tel.: (303) 830-2400
Fax: (303) 830-1033
cmorris@fwlaw.com

*Liaison Counsel for Lead Plaintiffs*

COHEN MILSTEIN SELLERS &
TOLL PLLC
Julie G. Reiser
S. Douglas Bunch
Jan E. Messerschmidt

1

1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel.: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com

Manuel J. Dominguez
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Tel.: (561) 515-1400
Fax.: (561) 515-1401
jdominguez@cohenmilstein.com

*Lead Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2023, I electronically filed a true and correct copy of the foregoing **Lead Plaintiffs' Notice of Supplemental Authority in Support of Opposition to Defendants' Motions to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties via the CM/ECF system.

*/s/ Cecil E. Morris, Jr.*
Cecil E. Morris, Jr.