**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-cv-2770-WJM-SKC

EL PASO FIREMEN & POLICEMEN'S PENSION
FUND, SAN ANTONIO FIRE & POLICE
PENSION FUND, and INDIANA PUBLIC
RETIREMENT SYSTEM, individually and on behalf
of all others similarly situated,

        Plaintiff,

      v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WELSH, CARSON, ANDERSON & STOWE,
APAX PARTNERS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY LLC,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO. LLC,
ROBERTS & RYAN INVESTMENTS, INC,

        Defendants.

(Caption continues on following page)

**LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs El Paso Firemen & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund, and Indiana Public Retirement System, respectfully bring to the Court's attention two recent decisions by federal courts.

In *New England Carpenters Guaranteed Annuity & Pension Funds v. DeCarlo*, No. 20-1643, 2023 WL 5419147, at *14 (2d Cir. Aug. 23, 2023), attached as Exhibit A, the Second Circuit vacated the district court's dismissal of claims under Section 12(a)(2) of the Securities Act against the underwriter defendants in the case, which is relevant to Plaintiffs' argument in their opposition to the Underwriter Defendants' motion to dismiss that the Complaint adequately alleges that they have standing to assert their Section 12 claims against the Underwriter Defendants. ECF No. 79 at 49-50.

In *In re Emergent Biosolutions Inc. Securities Litigation,* 8:21-cv-00955, 2023 WL 5671608, at *12-20, 22-30 (D. Md. Sept. 1, 2023), attached as Exhibit B, Judge Boardman of the District Court for the District of Maryland denied the defendants' motion to dismiss in relevant part, which relates to many of Plaintiffs' arguments in their opposition, including that (1) Defendants' statements about InnovAge's business practices were misleading by omission and Defendants' risk warnings were insufficient, ECF No. 79, at 5-16; (2) the Complaint adequately alleges facts attributed to InnovAge employees, *id.* at 16-20, and (3) Plaintiffs adequately plead scienter, *id.* at 39-45.

Date: September 15, 2023                Respectfully submitted,

                                       */s/ Cecil E. Morris, Jr.*

                                       FAIRFIELD AND WOODS, P.C.
                                       Cecil E. Morris
                                       Adrian P. Castro
1801 California Street, Suite 2600
Denver, CO 80202
Tel.: (303) 830-2400
Fax: (303) 830-1033
cmorris@fwlaw.com
acastro@fwlaw.com

*Liaison Counsel for Lead Plaintiffs*

COHEN MILSTEIN SELLERS & TOLL
PLLC
Julie G. Reiser
S. Douglas Bunch
Jan E. Messerschmidt
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel.: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com

Manuel J. Dominguez
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Tel.: (561) 515-1400
Fax.: (561) 515-1401
jdominguez@cohenmilstein.com

*Lead Counsel for Lead Plaintiffs*

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2023, I electronically filed a true and correct copy of the foregoing **LEAD PLAINTIFFS' NOTICE Of SUPPLEMENTAL AUTHORITY in support of OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties via the CM/ECF system.

*/s/ Cecil E. Morris, Jr.*
Cecil E. Morris, Jr.