## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02770-WJM-SBP

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE PENSION FUND, and INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

     Plaintiffs,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WELSH, CARSON, ANDERSON & STOWE,
APAX PARTNERS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, AND
ROBERTS & RYAN INVESTMENTS, INC.,

     Defendants.

---

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Lead Plaintiffs, the El Paso Firemen & Policemen's Pension Fund ("El Paso"), San Antonio Fire & Police Pension Fund ("San Antonio"), and Indiana Public Retirement System ("Indiana"), and Defendants InnovAge Holding Corp ("InnovAge"), Maureen Hewitt, Barbara Gutierrez, John Ellis Bush, Andrew Cavanna, Caroline Dechert, Edward Kennedy, Jr., Pavithra Mahesh, Thomas Scully, Marilyn Tavenner, Sean Traynor, Richard Zoretic, Welsh, Carson, Anderson & Stowe, Apax Partners US, LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Robert W. Baird & Co. Incorporated, William Blair & Company, L.L.C., Piper Sandler & Co., Capital One Securities, Inc., Loop Capital Markets LLC, Siebert Williams Shank & Co., LLC, and Roberts & Ryan Investments, Inc. (collectively, the "Parties") hereby jointly move for the entry of the Stipulated Protective Order submitted with this Motion as Exhibit 1. In support of their Motion, the Parties state as follows:

1.	The Parties are engaged in discovery.

2.	The Parties anticipate potentially producing documents and records that contain confidential information, including, among other things, documents that may be subject to a protective order under Fed. R. Civ. P. 26(c)(1)(G), documents that reflect trade secrets, personal financial information, proprietary business information, competitively sensitive non-public information and Protected Health Information.

3.	In order to facilitate discovery of the Parties' confidential information, the Parties jointly request that the Court enter the Stipulated Protected submitted with this Motion as Exhibit 1.

4.	There is good cause for the Court to enter the Stipulated Protective Order. It will protect the Parties' confidential information from public disclosure, and it will ease and facilitate the timely exchange of documents and information during discovery.

Dated: May 3, 2024                    Respectfully submitted,

_/s/ Julie G. Reiser_

Julie G. Reiser
Molly Bowen
Jan E. Messerschmidt
Brendan R. Schneiderman
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax.: (202 408-4699
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com
mbowen@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
bschneiderman@cohenmilstein.com

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel.: (312) 357-0370
Fax.: (312) 357-0369
cgilden@cohenmilstein.com

Manuel J. Dominguez
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Tel.: (561) 551-1400
Fax.: (561) 515-1401
jdominguez@cohenmilstein.com

_Lead Counsel for Lead Plaintiff_

Cecil E. Morris
Adrian P. Castro
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
Tel.: (303) 830-2400
Fax.: (303) 830-1033
cmorris@fwlaw.com
acastro@fwlaw.com

_/s/ Diane L. McGimsey_

Karen Patton Seymour
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel.: (212) 558-4000
Fax.: (212) 291-9305
seymourk@sullcrom.com

Diane L. McGimsey
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
mcgimseyd@sullcrom.com

_Counsel for InnovAge Holding Corp., Maureen Hewitt, Barbara Gutierrez, John Ellis Bush, Andrew Cavanna, Caroline Dechert, Edward Kennedy, Jr., Pavithra Mahesh, Thomas Scully, Marilyn Tavenner, Sean Traynor, Richard Zoretic, Apax Partners US LLC, and Welsh, Carson, Anderson & Stowe_

Peter Kurtz
WILMER CUTLER PICKERING HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
Tel: (720) 598-3453
Fax: (720) 274-3133
peter.kurtz@wilmerhale.com

_Counsel for InnovAge Holding Corp._

_/s/ Mary Eaton_

Mary Eaton
Nicholas A. Caselli
Abhinaya Swaminathan
FRESHFIELDS BRUCKHAUS DERINGER US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007

*Liaison Counsel for Lead Plaintiffs*

Tel.: (212) 277-4000
Fax.: (212) 277-4001
mary.eaton@freshfields.com
nicholas.caselli@freshfields.com
abhinaya.swaminathan@freshfields.com

*Counsel for J.P. Morgan Securities LLC, Barclays Capital Inc., Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Robert W. Baird & Co. Incorporated, William Blair & Company, L.L.C., Piper Sandler & Co., Capital One Securities, Inc., Loop Capital Markets LLC, Siebert Williams Shank & Co., LLC, and Roberts & Ryan Investments, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 3, 2024, a true and correct copy of the foregoing Joint

Motion for Entry of Stipulated Protective Order was filed and served via the Court's ECF system

upon all parties who have entered an appearance in this action.


/s/ *Julie G. Reiser*
Julie G. Reiser