**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02770-WJM-SKC

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE PENSION FUND, and INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WELSH, CARSON, ANDERSON & STOWE,
APAX PARTNERS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,

        Defendants.

---

**DECLARATION OF JULIE G. REISER IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

---

Pursuant to 28 U.S.C. § 1746, I, Julie G. Reiser, declare as follows:

1.  I am a partner at Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and a member in good standing of the bar of the United States District Court for the District of Colorado. I submit this declaration in support of the motion filed by Lead Plaintiffs El Paso Firemen & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund, and Indiana Public Retirement System ("Lead Plaintiffs") to: (i) certify this action as a Class Action; (ii) appoint Lead Plaintiffs as Class Representatives; and (iii) appoint Cohen Milstein as Class Counsel.

2.  Attached as exhibits hereto are true and correct copies of the following:

    Exhibit A:    Report of Dr. Matt Cain, PhD.

    Exhibit B:    Joint Declaration of Lead Plaintiffs

    Exhibit C:    Cohen Milstein Firm Resume

    Exhibit D:    Fairfield and Woods P.C. Firm Resume

3.  As reflected in its Firm Resume, Cohen Milstein is among the most experienced securities class action law firms in the country, having recovered billions of dollars for its clients in some of the largest and most complex securities class actions. In this District, Cohen Milstein secured a $51 million settlement against OppenheimerFunds Inc. for its investment in junk bonds. *In re: Oppenheimer Rochester Funds Group Securities Litigation*, No. 09-md-02063 (D. Colo.). Elsewhere, Cohen Milstein has recovered hundreds of millions of dollars for investors, including a $1 billion settlement in a securities class action against Wells Fargo (*In re Wells Fargo & Company Securities Litigation*, No. 20-cv-04494 (S.D.N.Y.)); a $275 million settlement in a mortgage-backed securities class action against the Royal Bank of Scotland (*New Jersey Carpenters Health Fund v. The Royal Bank of Scotland Grp., plc*, No. 08-cv-05310-DAB-HBP (S.D.N.Y.)); $335 million in settlements in a class action against Residential Accredit Loans, Inc. and various investment banks (*New Jersey Carpenters Health Fund v. Residential Capital, LLC*, No. 08-cv-8781 (HB) (S.D.N.Y.)); and a $90 million settlement in a class action

1

involving MF Global (*Rubin v. MF Global, Ltd.*, No. 08-cv-2233 (VM) (S.D.N.Y.)). *See also In re GreenSky Securities Litigation*, No. 18 Civ. 11071, ECF No. 76 at 12 (S.D.N.Y. March 29, 2019) (finding that Cohen Milstein is qualified to serve as co-lead counsel); *Set Capital LLC v. Credit Suisse*, No. 1:18-cv-02268-AT-SN, ECF No. 22 at 15 (S.D.N.Y. June 21, 2018) (appointing Cohen Milstein to serve as co-lead counsel and noting that the firm is "highly experienced in prosecuting securities class actions"); *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al.*, No. 1:17-cv-10014, ECF No. 36 at 5 (S.D.N.Y. March 19, 2018) (appointing Cohen Milstein as co-lead counsel given the firm's "substantial experience in PSLRA litigation"); *Plumbers & Pipefitters Nat'l Pension Fund v. Performance Sports Grp., Ltd., et al.*, No. 1:16-cv-3591-GHW, ECF No. 24 at 1-2 (S.D.N.Y. June 7, 2016) (appointing Cohen Milstein to serve as lead counsel).

4. Since the inception of this litigation, Cohen Milstein has vigorously prosecuted this action for the benefit of Lead Plaintiffs and the Class. Lead Counsel's efforts have included, among other things: (i) conducting a thorough pre-suit investigation; (ii) drafting a detailed amended complaint; (iii) overcoming in substantial part Defendants' hard-fought motions to dismiss; (iv) propounding and negotiating extensive document requests on Defendants; (v) consulting with an expert in market efficiency and damages; (vi) working with dedicated teams of experienced attorneys and staff to prosecute the claims on behalf of Lead Plaintiff and the Class; and (vii) drafting and filing this motion for class certification. Lead Counsel is committed and will continue to vigorously prosecute the action for the benefit of Lead Plaintiffs and the Class.

Executed this 8th day of May, 2024.

Respectfully submitted,

*/s/ Julie G. Reiser*

Julie G. Reiser
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW

2

Fifth Floor
Washington, DC 20005
Tel: (202) 408-4600
jreiser@cohenmilstein.com