# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02770-WJM-SKC

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE PENSION FUND, and INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WELSH, CARSON, ANDERSON & STOWE,
APAX PARTNERS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,

      Defendants.

---

**JOINT DECLARATION OF EL PASO FIREMAN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE PENSION FUND, AND INDIANA PUBLIC RETIREMENT SYSTEM IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

---

We, El Paso Firemen & Policemen's Pension Fund ("El Paso"), San Antonio Fire & Police Pension Fund ("San Antonio"), and Indiana Public Retirement System ("Indiana"), pursuant to 28 U.S.C. § 1746, declare as follows:

1. We, El Paso, San Antonio, and Indiana (collectively, "Lead Plaintiffs"), respectfully submit this Joint Declaration in support of Lead Plaintiffs' motion to (i) certify this action as a Class Action; (ii) appoint Lead Plaintiffs as Class Representatives; and (iii) appoint Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Class Counsel. We have personal knowledge of the statements herein and, if called upon as witnesses, could and would competently testify thereto.

2. I, Tyler C. Grossman, in my capacity as Executive Director at El Paso, am authorized to make this declaration on its behalf. El Paso is a $1.5 billion pension fund operated for the benefit of firefighters and police officers in El Paso, Texas.

3. I, Gail A. Jensen, in my capacity as General Counsel of San Antonio, am authorized to make this declaration on its behalf. San Antonio is a $3.9 billion pension fund operated for the benefit of firefighters and police officers in San Antonio, Texas.

4. I, Jeffrey M. Gill, in my capacity as Chief Legal, Compliance and Procurement Officer of Indiana, am authorized to make this declaration on its behalf. Indiana is a $46.7 billion pension fund operated for the benefit of public employees in the State of Indiana. Indiana serves the needs of approximately 467,332 members and retirees representing more than 1,200 employers including public universities, schools, municipalities, and state agencies.

5. We, Lead Plaintiffs, understand that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors with meaningful losses to direct securities class actions. As reflected in previously filed certifications, El Paso, San Antonio, and Indiana, purchased a total of 171,672 shares of InnovAge common stock (ECF No. 6-4

1

(Loss Charts)) that we understand to have been purchased in connection with or traceable to InnovAge's initial public offering during the Class Period, and suffered substantial losses as a result of the violations of the federal securities laws alleged in this Action.

6. We, Lead Plaintiffs, have diligently supervised and monitored the progress of this litigation and have actively participated in its prosecution. Among other things, Lead Plaintiffs have: (i) received and reviewed periodic status reports concerning case developments; (ii) engaged in regular communications with counsel concerning the conduct of this litigation and significant developments therein, including an "all-hands" joint meeting prior to the filing of the Motion for Class Certification; (iii) received drafts and reviewed significant pleadings and filings, including the Amended Complaint and Plaintiffs' opposition to Defendants' motions to dismiss; and (iv) through counsel, served document requests on Defendants and met and conferred regarding the same.

7. As Class Representatives, Lead Plaintiffs will continue to diligently pursue the effective prosecution of the Action. Lead Plaintiffs understand that they owe a fiduciary duty to all members of the proposed Class they represent to provide fair and adequate representation and will continue to work actively to prosecute this Action in the interests of the Class and to try to obtain the best possible outcome for the Class.

8. In light of these responsibilities, Lead Plaintiffs seek the appointment of Cohen Milstein as Class Counsel for the proposed Class based on the Firm's substantial experience, expertise in prosecuting securities class actions, and vigorous advocacy in this action. Lead Plaintiffs believe Cohen Milstein possesses the necessary skills and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

9. We intend to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that Lead Plaintiffs' fiduciary obligations as

DocuSign Envelope ID: C486D770-45AD-42FF-884D-C63437294EE2

Lead Plaintiffs and Class Representatives are fulfilled.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information provided herein are, to the best of our knowledge, true and correct.

Executed this 8 day of May, 2024.

Respectfully submitted,

DocuSigned by:

*Tyler Grossman*

9976A48F565446D...

Tyler C. Grossman
Executive Director
EL PASO FIREMAN & POLICEMEN'S PENSION FUND

---

Gail Jensen
General Counsel
SAN ANTONIO FIRE & POLICE PENSION FUND

---

Jeffrey M. Gill
Chief Legal, Compliance and Procurement Officer
INDIANA PUBLIC RETIREMENT SYSTEM

3

Lead Plaintiffs and Class Representatives are fulfilled.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information provided herein are, to the best of our knowledge, true and correct.

Executed this 8 day of May, 2024.

Respectfully submitted,

_____

Tyler C. Grossman
Executive Director
EL PASO FIREMAN & POLICEMEN'S PENSION FUND

Gail A. Jensen
General Counsel
SAN ANTONIO FIRE & POLICE PENSION FUND

_____

Jeffrey M. Gill
Chief Legal, Compliance and Procurement Officer
INDIANA PUBLIC RETIREMENT SYSTEM

4

DocuSign Envelope ID: 9F3D9AE9-AE5F-4A71-96D3-8D096AE3D368

Lead Plaintiffs and Class Representatives are fulfilled.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information provided herein are, to the best of our knowledge, true and correct.

Executed this 8 day of May, 2024.

Respectfully submitted,

_____

Tyler C. Grossman
Executive Director
EL PASO FIREMAN & POLICEMEN'S PENSION FUND

_____

Gail Jensen
General Counsel
SAN ANTONIO FIRE & POLICE PENSION FUND

DocuSigned by:

*Jeffrey M. Gill*

C296FE2138E584D9...

Jeffrey M. Gill
Chief Legal, Compliance and Procurement Officer
INDIANA PUBLIC RETIREMENT SYSTEM

5