# Exhibit D



FAIRFIELD AND WOODS, P.C., 1801
CALIFORNIA STREET, STE. 2600
DENVER, COLORADO 80202
303-894-4413
www.fwlaw.com

# About Fairfield and Woods

Fairfield and Woods combines a long and respected history in Colorado with 21st century approaches and full-service capabilities. Founded in 1934, our firm is one of the oldest law firms in Denver. Today, our lawyers work with clients in virtually all areas of corporate law, litigation, real estate, and wealth and succession planning, as well as in a number of niche areas.

## Corporate

We handle all types of legal matters relating to the formation, operation, financing, and sale of businesses. We provide legal advice on all aspects of corporate operations, including directors' and officers' duties, corporate compliance matters, and employment issues.  We routinely represent businesses and their owners in acquisitions, management and leveraged buy-outs, sales, roll-ups, spinoffs, mergers, corporate reorganizations and divestitures.   We represent lenders and borrowers in all types of financing transactions, in workout situations, and in foreclosures.

## Litigation

Our litigation practice is made up of more than 20 attorneys experienced in all types of civil litigation and alternative dispute resolution. We represent business clients in virtually all types of litigation,  including bankruptcy, business and commercial, construction, employment, environmental, estate and trust, family law for high wealth individuals, intellectual property, real estate, receiverships, securities and regulatory proceedings, state and local tax, and utilities.

## Real Estate

We continue to build on our long-standing reputation as one of Colorado's leading real estate firms, representing a diverse clientele involved in virtually every aspect of real property ownership and development. Our experience includes land acquisition and due diligence, entitlements, special districts, private and/or public finance, common interest communities, construction, leasing and sales. We have strong experience in environmental law and in natural resources law, including water law, to support our real estate transaction clients.

## Wealth and Succession Planning

The broad experience of our Wealth and Succession Planning attorneys allows us to provide integrated and comprehensive business succession planning, estate planning and estate administration, along with support in the areas of business, corporate and tax law. An integral part of our relationship with many of our clients is our business succession and estate planning work for managers and owners of businesses. In addition to forming and representing tax-exempt entities, our attorneys serve individuals in planning for gifts to charitable and religious entities. We also advise charitable entities regarding their general legal needs, including corporate, trust, real estate and contract matters.

## Practice Areas

- Bankruptcy, Reorganizations, and Workouts
- Corporate
- Data Privacy, Data Protection, and Cybersecurity
- Employment
- Intellectual Property
- Litigation
- Local Government, Special Districts, and Utilities
- Nonprofit and Tax-Exempt Organizations
- Real Estate
- Receiverships
- Water Rights and Water Law
- Wealth Planning, Trusts, and Estates

## Sectors

- Automobile Dealerships
- Banking and Finance
- Energy and Natural Resources
- Food and Beverage
- Insurance
- Land Development, Construction, and Real Estate
- Law Firms and Lawyers
- Regulated Sectors
- Software and Technology

## Meritas

Fairfield and Woods is a member of Meritas, a global alliance of more than 7,000 lawyers serving in 170 full-service law firms across more than 70 countries.

Through Meritas, clients seeking legal services can easily connect with pre-qualified legal expertise across the United States and worldwide. Fairfield and Woods and all Meritas firms must consistently meet rigorous quality standards and a stringent code of ethics. Meritas firms are also required to participate in ongoing recertification and client satisfaction evaluations.

Clients who engage a Meritas firm can be confident they will receive high-quality legal work from firms that are deeply rooted in their local communities.

3