## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02770-WJM-SBP

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE PENSION FUND, and INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

       Plaintiffs,

v.

INNOVAGE HOLDING CORP.,

MAUREEN HEWITT,

BARBARA GUTIERREZ,

JOHN ELLIS BUSH,

ANDREW CAVANNA,

CAROLINE DECHERT,

EDWARD KENNEDY, JR.,

PAVITHRA MAHESH,

THOMAS SCULLY,

MARILYN TAVENNER,

SEAN TRAYNOR,

RICHARD ZORETIC,

WELSH, CARSON, ANDERSON & STOWE,

APAX PARTNERS, L.P.,

J.P. MORGAN SECURITIES LLC,

BARCLAYS CAPITAL INC.,

GOLDMAN SACHS & CO. LLC,

CITIGROUP GLOBAL MARKETS INC.,

ROBERT W. BAIRD & CO. INCORPORATED,

WILLIAM BLAIR & COMPANY, L.L.C.,

PIPER SANDLER & CO.,

CAPITAL ONE SECURITIES, INC.,

LOOP CAPITAL MARKETS LLC,

SIEBERT WILLIAMS SHANK & CO., LLC, AND

ROBERTS & RYAN INVESTMENTS, INC.,

       Defendants.

---

## LEAD PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND THE COMPLAINT

Lead Plaintiffs, El Paso Firemen & Policemen's Pension Fund ("El Paso"), San Antonio Fire & Police Pension Fund ("San Antonio"), and Indiana Public Retirement System ("Indiana") (collectively, "Plaintiffs"), hereby submit this reply in support of their motion for leave to amend the Amended Complaint ("Complaint").

On July 15, 2024, Plaintiffs moved for leave to amend the complaint. ECF No. 153 ("Motion for Leave to Amend"). A week later, the Parties reached agreement on a stipulation that addresses numerous procedural matters related to the amended complaint, and jointly moved the court for entry of that stipulation. ECF No. 155 ("Joint Motion"); 155-1 ("Stipulation"). Despite being a party to the Stipulation, Defendant Welsh, Carson, Anderson & Stowe also filed a separate "Statement" setting forth their position on the Motion for Leave to Amend. ECF No. 156 ("Statement").

If the Joint Motion is granted and Stipulation entered, there would be no need for Plaintiffs to file a Reply in Support of the Motion for Leave to Amend. Because Plaintiffs do not wish to burden the Court with an unnecessary brief, Plaintiffs simply note that that the "Statement" ignores Defendants' years of claiming to represent "Welsh Carson" including at multiple depositions in the past two weeks, and reserve the right to file a reply brief if necessitated by the Court's decision on the Joint Motion.

Dated: August 16, 2024                    Respectfully submitted,

                                          /s/ Molly Bowen
                                          COHEN MILSTEIN SELLERS & TOLL PLLC
                                          Molly Bowen
                                          Julie Goldsmith Reiser
                                          Jan E. Messerschmidt
                                          Brendan R. Schneiderman
                                          1100 New York Avenue, N.W., Fifth Floor
                                          Washington, D.C. 20005

Tel.: (202) 408-4600
Fax.: (202) 408-4699
mbowen@cohenmilstein.com
jreiser@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
bschneiderman@cohenmilstein.com

Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel.: (312) 357-0370
Fax.: (312) 357-0369
cgilden@cohenmilstein.com

Manuel J. Dominguez
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Tel.: (561) 515-1400
Fax.: (561) 515-1401
jdominguez@cohenmilstein.com

*Lead Counsel for Lead Plaintiffs*

FAIRFIELD AND WOODS, P.C.
Cecil E. Morris
Adrian P. Castro
1801 California Street, Suite 2600
Denver, CO 80202
Tel.: (303) 830-2400
Fax.: (303) 830-1033
cmorris@fwlaw.com
acastro@fwlaw.com

*Liaison Counsel for Lead Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 16, 2024, a true and correct copy of the foregoing

Reply in Support of Motion for Leave to Amend the Complaint was filed and served via the Court's

ECF system upon all parties who have entered an appearance in this action.


*/s/ Molly Bowen*
Molly Bowen