**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-cv-02770-WJM-SKC

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE PENSION FUND, and INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WELSH, CARSON, ANDERSON & STOWE,
APAX PARTNERS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY LLC,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO. LLC,
ROBERTS & RYAN INVESTMENTS, INC.

      Defendants.

(Caption continues on following page)

**DECLARATION OF MOLLY J. BOWEN IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO STRIKE OR, IN THE ALTERNATIVE, MAINTAIN LEVEL 1 RESTRICTION**

I, Molly J. Bowen, declare under penalty of perjury under the laws of the United States of America:

1.   I am an attorney with the law firm of Cohen Milstein Sellers & Toll PLLC, am duly admitted to practice in the United States District Court for the District of Colorado and am counsel for Lead Plaintiffs El Paso Firemen & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund, and Indiana Public Retirement System. I submit this declaration in support of Lead Plaintiffs' Motion to Strike or, in the Alternative, Maintain Level 1 Restriction, have personal knowledge of the following facts and could testify accordingly if called upon to do so.

2.   Attached as Exhibit A is a true and correct excerpt of the transcript of the August 9, 2024, deposition in this action of Lead Plaintiff El Paso Firemen & Policemen's Pension Fund by and through its representative Tyler Grossman pursuant to Federal Rule of Civil Procedure 30(b)(6).

3.   Attached as Exhibit B is a true and correct excerpt of the transcript of the August 14, 2024, deposition in this action of Lead Plaintiff San Antonio Fire & Police Pension Fund by and through its representative Gail Jensen pursuant to Federal Rule of Civil Procedure 30(b)(6).

4.   Attached as Exhibit C is a true and correct excerpt of the transcript of the August 13, 2024, deposition in this action of Lead Plaintiff Indiana Public Retirement System ("Indiana") by and through its representative David Stelsel pursuant to Federal Rule of Civil Procedure 30(b)(6).

5.   I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 6th day of September, 2024, in Washington, D.C.

/s/ *Molly Bowen*
Molly Bowen

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September 2024, I electronically filed a true and correct copy of the foregoing Declaration of Molly Bowen in Support of Lead Plaintiffs' Motion to Strike or, in the Alternative, Maintain Level 1 Restriction with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties via the CM/ECF system.

/s/ *Molly Bowen*
Molly Bowen