# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

EL PASO FIREMEN &       §

POLICEMEN'S PENSION       §

FUND, SAN ANTONIO FIRE    §   CIVIL ACTION NO.

& POLICE PENSION FUND,    §   21:CV-02770-WJM-SKC

AND INDIANA PUBLIC       §

RETIREMENT SYSTEM,       §

INDIVIDUALLY AND ON      §

BEHALF OF ALL OTHERS     §

SIMILARLY SITUATED,      §

    PLAINTIFFS,        §

V.                        §

INNOVAGE HOLDING CORP.,    §

(Caption continues on the following page.)

     REMOTE AND VIDEOTAPED DEPOSITION OF GAIL ANN JENSEN, on Wednesday, August 14, 2024, from 12:15 p.m. to 1:49 p.m., before TAMARA CHAPMAN, CSR, RPR-CRR in and for the State of Texas, reported remotely by computerized stenotype machine in Austin, Texas.

Job No. SF 6829957

PAGES 1 - 60

Page 1

Q.    Are you familiar with any statements contained in the offering documents?

A.    I don't know.  I don't know what's in the offering documents.  I've never seen this before.

Q.    Okay.  If you could turn to Page 82 of    12:43 the document.

A.    It's going to take a while.  Sorry.

(Pause.)

Okay.

Q.    In the second full paragraph on Page 82,    12:45 it states:  Our IDTs develop an individualized care plan specific to the needs of each participant.

A.    Right.

Q.    Our high touch model involves daily interaction with our participants across multiple    12:45 settings.  This enables us to not only deliver coordinated, high quality care, but also to identify and proactively manage changes to each participant's condition which further supports our ability to more precisely report our participant's condition, obtain    12:45

Page 25

Case No. 1:21-cv-02774-WJM-SBP Document 161-5 filed 06/20/24 USDC Colorado pg 4 of 10

appropriate RAS scores.

Does San Antonio know what the statements mean?

A. What do you mean do we know what the statements mean? I mean, I -- I understood what you read.          12:45

Q. Does San Antonio know anything about this statement?

A. No, not really.

Q. What does San Antonio know about the statement, if anything?          12:46

A. About this particular statement, we don't really know anything.

Q. Does San Antonio have any opinion about this statement?          12:46

A. Again, we don't really know anything about this statement.

Q. Does San Antonio believe that this statement is misleading in any way?

A. I have no idea.          12:46

Q. Would anyone at San Antonio have an opinion about whether the statement is misleading?

A. No. We --

MS. REISER: Objection; foundation.

A. Yeah, I mean, we have outside counsel who          12:46

Page 26

are experts on securities litigation and we'll defer to them on the specific basis of the lawsuit and the misstatements that were made.  Again, I know misstatements -- material misstatements were made regarding the company and its ability to operate in an effective way and in compliance with regulations. And those misstatements led to significantly overpriced stock prices that the pension fund was victimized by.  So, you know, the fact that there were all of these audits out there, all of these citations, investigations, et cetera, by -- into the company that was discovered.  Obviously there were material misstatements.  But I can't speak specifically to any of the specific statements here in this offering document which I've not seen prior. And, again, we rely on our counsel to -- to assert the specific misstatements that were made and the allegations supporting them.

Q.    Can you please turn to Page 90?

A.    Okay.

Q.    In the middle of the page it states:  As a result of the COVID-19 pandemic, we have transitioned much of our care to in-home and telehealth services while increasing participant visit volume and maintaining continuity of care.

Page 27

Is it your testimony that San Antonio has no opinion regarding the truth or falsity of this statement?

A. So our opinion is going to be what's in our complaint. That's San Antonio's opinion.          12:49

Q. And what's your understanding of that opinion?

A. I'm sorry?

Q. What's your understanding of that opinion?          12:50

A. Which opinion in -- I mean, the complaint is a 180-page document. Is there something specific you want me to ask (sic) about that?

Q. Well, I believe that you just testified that your opinion as to the statement that I just          12:50 read is what's set forth in the complaint?

A. No, what I testified to is as San Antonio's opinion generally about any misstatements that were made. Those opinions are in the complaint. So I don't -- I haven't examined          12:50 this document to know whether the specific, you know, two sentences you just wrote -- you just read are in the complaint itself. I can tell you that the complaint is the best source of what San Antonio's opinions are regarding the statements          12:51

Page 28

that were made, the misstatements that were made.

Q.    And so San Antonio has no opinion about any statement in the offering documents other than what's specifically alleged in the complaint?

A.    I think the complaint is the best source of our opinion.

Q.    Are there other opinions that San Antonio has about the statements in the offering documents, other than what's stated in the amended complaint?

A.    Not at this time.

Q.    Okay.  If you can turn to what was previously marked as InnovAge Exhibit 8.

A.    Okay.

Q.    Do you recognize this document?

A.    No.

Q.    I can represent that this is a Form 10Q dated May 2021 that InnovAge Holding Corp filed with the Securities and Exchange Commission.  If you could turn to Page 30?

A.    Okay.

Q.    In the second-to-last paragraph it states that:  Through the distribution of expenses across expense categories changed as a result -- or excuse me.

Though the distribution of expenses

Page 29

across expense categories changed as a result of the COVID-19 pandemic, we did not experience material changes in our aggregate expenses.  Our internal care delivery costs remains largely the same as we -- we remained fully staffed to execute on our participants' care plans albeit through a different mix of care settings.

Do you see that?

A.   Yes.

Q.   Does San Antonio have any opinion about this statement?

A.   Just what's in the amended complaint.

Q.   Does San Antonio believe this statement is misleading in any way?

A.   I'm going to defer to what's in the complaint.

Q.   And so San Antonio has no opinion about this statement other than what's stated in the amended complaint.  Is that correct?

A.   Other than what's -- as of today no other opinion other than what's in the complaint.

Q.   Do you know what the complaint says about this statement?

A.   I -- I have not -- last -- as I said, I have not studied this document that I'm seeing for

Page 30

the first time today and the two sentences that you've just read, I've not compared that to the 180-page document that I had reviewed prior. No, I don't know.

Q. Okay. If you could turn to what was previously marked as Exhibit 9.

A. Okay.

Q. Do you recognize this document?

A. No.

Q. So I can represent that this is a transcript from the InnovAge Holding Corp earnings call on September 21, 2021, made in connection with the release of InnovAge's Form 10Q. Do you know who Maureen Hewitt is?

A. She's the former CEO of InnovAge.

Q. If you could turn to Page 6 of the PDF?

A. Okay.

Q. So third-to-last paragraph it states: Managing turnover and retention is challenging for all healthcare organizations due to the limited supply of workers in the competitive environment in which we operate. That being said, we continue to address staffing needs of the business by proactively utilizing strategies to minimize the impact on our business and to sourcing talent that

Page 31

varies by location and position.

Does San Antonio have any opinion about this statement?

A. Not other than what's in the amended complaint.

Q. Does San Antonio believe this statement is misleading in any way?

A. I'll defer to what's in the amended complaint.

Q. And so it's correct that San Antonio has no opinions about the statement that I just read other than what's alleged in the amended complaint?

A. As of today.

Q. Do you know what the amended complaint says about this statement?

A. I have not compared this statement to what's in the amended complaint.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127