# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

EL PASO FIREMEN & POLICEMEN'S §

PENSION FUND, ET AL.,                    §

     Plaintiffs,                     §

VS.                                      § CIVIL ACTION

INNOVAGE HOLDING CORP.,                  § NO. 21-cv-02770-WJM-SKC

ET AL.,                                  §

     Defendants.                     §

_____

     ORAL AND VIDEOTAPED DEPOSITION of TYLER GROSSMAN, produced as a witness at the instance of the Defendant(s) and duly sworn, was taken in the above-styled and numbered cause on August 9, 2024, from 9:06 a.m. MT to 1:21 p.m. MT, before Molly Carter, Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, with all attendees appearing remotely, pursuant to the Federal Rules of Civil Procedure.

JOB No. 6829942

PAGES 1 - 135

Page 1



Q    (By Ms. Statner) Okay.  And what does El Paso claim each defendant did that allegedly harmed El Paso?

A    I rely on counsel for that.

Q    What evidence has El Paso identified to support the allegations in this complaint?

A    I rely on counsel.

Page 89

Case No. 1:21-cv-02070-WJM-SBP Document 165-26 filed 09/23/24 USDC Colorado pg 91 of 141
page 1614

Q    Did El Paso undertake any investigation to learn the information that's contained in this complaint?

A    We rely on counsel.

Q    When did El Paso learn that it had allegedly been harmed by the defendants?

A    I'd say around October of 2021.

Q    And how did it come to learn that?

A    From our outside counsel.

Page 90

Case No. 1:21-cv-02770-WJM-SBP Document 165-26 filed 09/23/24 USDC Colorado pg 93
of 161
page 514

Q   Sure.  So the statement reads, "Our IDTs develop an individualized care plan specific to the needs of each participant.  Our high touch model involves daily interaction with our participants across multiple settings.  This enables us to not only deliver coordinated, high quality care, but also to identify and proactively manage changes to each participant's conditions, which further supports our ability to more precisely report our participants' condition to obtain appropriate RFA [sic] scores."

Do you know what that statement means?

MS. REISER:  I'm sorry, it's RAF scores.

MS. STATNER:  Sorry if I misspoke.

A   I rely on counsel.

Q   (By Ms. Statner) Sorry, what was that?

A   I would rely on counsel.

Q   You would rely on counsel to -- for what this statement means; is that correct?

A   Are you asking if I personally know what this statement means?

Q   El Paso -- yeah, on behalf of El Paso.

A   No, I don't -- no, I don't know what it means.

Q   Was El Paso aware of this statement when William Blair purchased InnovAge stock?

A   No.

Page 92

Q    But your testimony is that El Paso does not know what this statement means; is that correct?

A    No.  I mean, that's correct, yes.

Q    Okay.  And then if you'll turn to Page 93 of the PDF.  Before I read the next statement, just to clarify, the statement that I read previously, El Paso has -- does El Paso have any opinion about that statement?

A    No.

Q    Then on Page 93, this is in the section under Impact of COVID-19, the second paragraph.

MS. REISER:  I'm not there.  One second.  Okay.

Q    (By Ms. Statner) This states --

A    Yes.

Q    -- "As a result of the COVID-19 pandemic, we have transitioned much of our care to in-home and telehealth services, while increasing participant visit volume and maintaining continuity of care."

Does El Paso know what that statement means?

A    No.

Q    Does El Paso have any opinion about this statement?

A    No.

Q    Was El Paso aware of this statement when William Blair purchased InnovAge stock?

Page 93

Case No. 1:21-cv-02070-WJM-SBP Document 146-5 filed 08/09/24 USDC Colorado pg 95 of 161

A    No.

Q    Okay.  And then if you'll turn to Page 124, at the bottom of the page.

MS. REISER:  Just to make sure I know where we are, is it "government payors"?  Or am I still at the wrong --

THE WITNESS:  124 of the PDF document?  Okay, I got it.

Q    (By Ms. Statner) At the very bottom of that page, it says, "Our in-home care capabilities enable our participants to live safely in their homes and avoid nursing homes to the extent safely possible.  We directly deliver and manage all skilled and unskilled care a participant may require to live independently at home."

Does El Paso know what that statement means?

A    No.

Q    Does El Paso have any opinion on that statement?

A    No.

Q    Was El Paso aware of this statement when William Blair purchased InnovAge stock?

A    No.

Q    And so I just read three different statements from the offering documents.  Does El Paso believe that these statements were misleading in any way?

Page 94

A    I would have to rely on counsel.

Q    Does El Paso have an opinion on whether the statements were misleading in any way?

A    I'd have to rely on counsel.

Q    Independent from your reliance on counsel, does El Paso have an opinion on whether these statements are misleading in any way?

A    No.

Q    Okay.  Going to turn to another exhibit that was previously marked.  This is InnovAge 0008.  Do you recognize this document?

A    No.

Q    Okay.  I can represent that this is a Form 10-Q, dated May 2021, that InnovAge Holding Corp. filed with the Securities and Exchange Commission.  If you can scroll down to Page 30.

A    30 of the document?

Q    Of the document, yes.

A    Yes.

Q    And then the second to the last paragraph on the page reads, "Through [sic] the distribution of expenses across expense categories changed as a result of the COVID-19 pandemic, we did not experience material changes in our aggregate expenses.  Our internal care delivery care costs remained largely the same as we

Page 95

remained fully staffed to execute on our participants'

care plan, albeit through a different mix of care

settings."

Does El Paso know what that statement means?

A    No.

Q    Does El Paso know anything about this statement?

A    No.

Q    Does El Paso have any opinion about this statement?

A    No.

Q    Does El Paso believe that this statement is misleading in any way?

A    I'd have to rely on counsel.

Q    Independently of your reliance on counsel, does El Paso have any opinion on whether this statement is misleading?

A    No.

Q    Was El Paso aware of this statement when William Blair purchased InnovAge stock?

A    No.

Q    Okay.  I'm going to turn to what was previously marked as Exhibit InnovAge 0009.  If you could scroll down to the second page.  Do you recognize this document?

A    No.

Page 96

Q   So I can represent that this is the -- this is a transcript from the InnovAge Holding Corp. earnings call on September 21, 2021, made in connection with the release of InnovAge's Form 10-Q.  Do you know who Maureen Hewitt is?

A   No.  Well, it says it's the CEO.

Q   Are you familiar with the following statement made by Maureen Hewitt made during InnovAge's earnings call on September 21?  I'll read that statement now. It's on Page 6.

MS. REISER:  Can you just give me the first three words so I know I'm with you?  Sorry.

MS. STATNER:  Sure.  It's in the middle of the page, in the middle of the paragraph.  It's in the middle of the paragraph that starts with "As of the end."

MS. REISER:  Okay.  Thank you.

Q   (By Ms. Statner) So this statement is, "It is no surprise that managing turnover and retention is challenging for all healthcare organizations, due to the limited supply of workers and the competitive environment in which we operate.  That being said, we continue to address staffing needs of the business by proactively utilizing strategies to minimize the impact on our business and to sourcing talent that varies by location and position."

Page 97

Are you familiar with this statement?

A    No.

Q    Does El Paso know what this statement means?

A    No.

Q    Does El Paso know anything about the substance of this statement?

A    No.

Q    Does El Paso have any opinion about this statement?

A    No.

Q    Does El Paso believe this statement was misleading in any way?

A    I'd have to rely on Counsel.

Q    Separate from your reliance on Counsel, does El Paso independently have any -- excuse me -- separate from your reliance on Counsel, does El Paso believe this statement is misleading in any way?

A    I wouldn't know.

Q    Was El Paso aware of this statement when William Blair purchased InnovAge stock?

A    No.

Q    Okay.  I'm going to go to what was previously marked as InnovAge 0010.  Do you recognize this document?

A    No.

Q    So I can represent that this is a transcript

Page 98

Case No. 1:21-cv-02770-WJM-SBP Document 165-16 Filed 09/09/24 USDC Colorado pg 100 of 114

from the InnovAge Holding Corp. earnings call of

November 9, 2021, made in connection with the release of

InnovAge's Form 10-Q.  And I'm going to read a statement

that's on Pages 4 and 5.  Just give me one moment.

And this statement is in the paragraph --

sorry, Page 5 of the PDF that starts with "In addition."

In the middle of the paragraph, the statement reads, "As

we mentioned on the last call, it is no secret that the

healthcare sector has historically faced a shortage of

licensed practical nurses, registered nurses, certified

nursing assistants, and other front line healthcare

workers like drivers, and the COVID pandemic has not

helped the situation.

"The historical shortage of healthcare workers

has long required us to think outside the box to fill our

recruiting needs, and that adaptability is a strength

that we continue to use as we grow our business.  To

mitigate potential labor disruption, we have made wage

adjustments for key positions throughout our centers,

which we have factored into our fiscal year 2022

guidance.  We're also continuing to evaluate our

recruiting competitiveness on an ongoing basis.  We are

experiencing longer lead times for recruiting new talent.

"As a result, we are focused on expanding our

employee referral program, and we have developed our own

Page 99

Case No. 1:21-cv-02770-WJM-SBP Document 165-16 Filed 09/09/24 USDC Colorado pg 13 of 14

pg 100 of 614

pilot program in Colorado to train certified nursing assistants that we can then employ. Our top priority is ensuring that we are appropriately staffed to care for our participants. In markets where recruitment has been slower than anticipated, we have been able to supplement with temporary labor in order to maintain appropriate staffing levels."

Are you familiar with this statement made by Maureen Hewitt?

A    No.

Q    Does El Paso know anything about this statement?

A    No.

Q    Does El Paso have any opinion about this statement?

A    No.

Q    Does El Paso believe that this statement was misleading in any way?

A    We have to rely on counsel.

Q    Separate from, or independent of reliance on counsel, does El Paso believe this statement to be misleading in any way?

A    I wouldn't know.

Q    Was El Paso aware of this statement when William Blair purchased InnovAge stock?

Page 100

Case No. 1:21-cv-02270-WJM-SKB   Document 165-16   filed 09/09/24   USDC Colorado   pg 102 of 114

A     No.

Q     What is your understanding of the allegations in the amended complaint related to InnovAge's staffing issues?

A     Sorry, could you repeat that?

Q     Sure.  What is your understanding of the allegations in the amended complaint related to InnovAge's staffing issues?

A     Staffing -- that there were staffing issues. Other than that, I don't recall.

Q     What do you understand to be the cause of InnovAge's alleged staffing issues?

A     I don't know.

Page 101