# Exhibit C

HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  21-cv-02770-WJM-SKC

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIA FIRE

& POLICE PENSION FUND, AND INDIANA PUBLIC RETIREMENT SYSTEM,

individually and on behalf of all others similarly situated,

Plaintiffs,

v.

INNOVAGE HOLDINGS CORP.,

MAUREEN HEWITT,

BARBARA GUTIERREZ,

JOHN ELLIS BUSH,

ANDREW CAVANNA,

CAROLINE DECHERT,

EDWARD KENNEDY, JR.,

PAVITHRA MAHESH,

THOMAS SCULLY,

MARILYN TAVENNER,

SEAN TRAYNOR,

RICHARD ZORETIC,

WELSH, CARSON, ANDERSON & STOWE,

APAX PARTNERS, L.P.,

J.P. MORGAN SECURITIES LLC,

Page 1

HIGHLY CONFIDENTIAL



Q.   Is -- is it your testimony that you believe that the   11:39AM
Complaint that you reviewed in preparation for today's   11:39AM
deposition included information concerning alleged   11:39AM
issues related to staffing at InnovAge?   11:39AM

A.   I believe it may have been related.   11:39AM

Q.   Sitting here today, what do you recall from   11:39AM
the -- from the Complaint you reviewed concerned   11:39AM

Page 55

HIGHLY CONFIDENTIAL

alleged issues related to staffing at InnovAge?    11:39AM

MS. GILDEN:  Objection; form of the    11:40AM

question.  The Complaint is a 179-page document.    11:40AM

A.   My recollection is that staffing, the word may have    11:40AM

been in the Complaint.    11:40AM

Page 56