**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02770-WJM-SBP

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE PENSION FUND, and INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WCAS MANAGEMENT CORPORATION,
WCAS MANAGEMENT, L.P.,
WCAS MANAGEMENT, L.L.C.,
APAX PARTNERS US LLC,
TCO GROUP HOLDINGS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,
      Defendants.

---

**DECLARATION OF MOLLY J. BOWEN IN FURTHER SUPPORT OF LEAD
PLAINTIFFS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF
<u>MOTION FOR CLASS CERTIFICATION</u>**

---

1

Pursuant to 28 U.S.C. § 1746, I, Molly J. Bowen, declare as follows:

1. I am a partner at Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and a member in good standing of the bar of the United States District Court for the District of Colorado. I submit this declaration in support of Lead Plaintiffs' Reply Memorandum of Law in Further Support of Motion filed by Lead Plaintiffs El Paso Firemen & Policemen's Pension Fund ("El Paso"), San Antonio Fire & Police Pension Fund ("San Antonio"), and Indiana Public Retirement System ("Indiana" and, together, "Lead Plaintiffs").

2. Attached as exhibits hereto are true and correct copies of the following:

> Exhibit A:    Rebuttal Report of Dr. Matt Cain, PhD.
>
> Exhibit B:    Federal District Court Decisions Certifying Securities Class Actions and Rejecting *Comcast* Arguments
>
> Exhibit C:    El Paso August 9, 2024, Deposition Transcript Excerpts
>
> Exhibit D:    San Antonio August 14, 2024, Deposition Transcript Excerpts (Gail Jensen)
>
> Exhibit E:    San Antonio August 14, 2024, Deposition Transcript Excerpts (Warren Schott)
>
> Exhibit F:    Indiana August 13, 2024, Deposition Transcript Excerpts

Executed this 9th day of October, 2024.

Respectfully submitted,

*/s/ Molly J. Bowen*
Molly J. Bowen
**COHEN MILSTEIN SELLERS & TOL PLLC**
1100 New York Ave. NW
Fifth Floor
Washington, DC 20005
Tel: (202) 408-4600
mbowen@cohenmilstein.com