# Exhibit B

**Federal District Court Decisions Certifying
Securities Class Actions and Rejecting *Comcast* Arguments**

1. *Weston v. DocuSign, Inc.*, No. 22-CV-00824-WHO, 2024 WL 2925979 (N.D. Cal. June 10, 2024)

2. *Sayce v. Forescout Techs., Inc.*, No. 20-CV-00076-SI, 2024 WL 2750003 (N.D. Cal. May 28, 2024)

3. *Edwards v. McDermott Int'l, Inc.*, No. 4:18-CV-04330, 2024 WL 1769325 (S.D. Tex. Apr. 24, 2024)

4. *Sjunde AP-Fonden v. Goldman Sachs Grp., Inc.*, No. 18-CV-12084 (VSB) (KHP), 2024 WL 1497110 (S.D.N.Y. Apr. 5, 2024)

5. *City of Birmingham Relief & Ret. Sys. v. Acadia Pharms., Inc.*, No. 321CV00762WQHMSB, 2024 WL 1060079, at *15 (S.D. Cal. Mar. 11, 2024)

6. *Ind. Pub. Ret. Sys. v. Pluralsight*, No. 19-cv-00128, 2023 WL 8936277, at *11-12 (D. Utah Dec. 27, 2023)

7. *Halman Aldubi Provident and Pension Funds Ltd. V. Teva Pharm. Indust. Ltd.*, No. 20-cv-4660, 2023 WL 7285167, at *3 (E.D. Pa. Nov. 3, 2023)

8. *In re NIO, Inc. Sec. Litig.*, No. 19-cv-1424-NGG-JRC, 2023 WL 5048614, at *14–16 (E.D.N.Y. Aug. 8, 2023)

9. *Luna v. Carbonite, Inc.*, No. 19-cv-11662-LTS, 2023 WL 4359855, at *9–10 (D. Mass. July 14, 2023)

10. *Boston Ret. Sys. v. Alexion Pharm., Inc.*, No. 3:16-cv-2127-WAT, 2023 WL 2932485, at *11–12 (D. Conn. Apr. 13, 2023)

11. *In re Qualcomm Inc. Sec. Litig.*, No. 17-cv-121, 2023 WL 2583306, at *14–15 (S.D. Ca. March 20, 2023)

12. *Ferris v. Wynn Resorts Ltd.*, No. 18-00479, 2023 WL 2337364, *6–11 (D. Nev. March 1, 2023)

13. *In re Under Armour Sec. Litig.*, No. 17-cv-0388, 2022 WL 4545286, at *16 (D. Md. Sept. 29, 2022)

14. *In re Anadarko Petroleum Corp. Sec. Litig.*, No. 20-cv-00576, 2022 WL 4544235, at *7 (S.D. Tex. Sept. 28, 2022)

15. *Purple Mt. Tr. v. Wells Fargo & Co.*, No. 18-cv-03948, 2022 WL 3357835, at *5 (N.D. Cal. Aug. 15, 2022)

16. *In re EQT Corp. Sec. Litig.*, No. 19-cv-00754, 2022 WL 3293518, at *28 (W.D. Pa. Aug. 11, 2022)

17. *Boston Ret. Sys. v. Uber Techs., Inc.*, No. 19-cv-06361, 2022 WL 2954937, at *4 (N.D. Cal. July 26, 2022)

18. *Strougo v. Tivity Health, Inc.*, No. 20-cv-00165, 2022 WL 2037966, at *9-10 (M.D. Tenn. June 7, 2022)

1

19. *City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*, No. 18-cv-0484, 2022 WL 1459567, at *7-11 (N.D. Cal. May 9, 2022)

20. *Junge v. Geron Corp.*, No. 20-cv-00547, 2022 WL 1002446, at *5-9 (N.D. Cal. Apr. 2, 2022)

21. *In re Vale S.A. Sec. Litig.*, No. 19-cv-526, 2022 WL 969724, at *6 (E.D.N.Y. Mar. 31, 2022)

22. *Martinek v. Amtrust Fin. Servs., Inc.*, No. 19-cv-8030, 2022 WL 326320, at *18-19 (S.D.N.Y. Feb. 3, 2022)

23. *In re Allergan PLC Sec. Litig.*, No. 18-cv-12089, 2021 WL 4077942, at *14-15 (S.D.N.Y. Sept. 8, 2021)

24. *In re BofI Holding, Inc. Sec. Litig.*, No. 15-cv-02324, 2021 WL 3742924, at *6-9 (S.D. Cal. Aug. 24, 2021)

25. *Utesch v. Lannett Co., Inc.*, No. 16-cv-5932, 2021 WL 3560949, at *18-19 (E.D. Pa. Aug. 12, 2021)

26. *Pelletier v. Endo Int'l PLC*, 338 F.R.D. 446, 487 (E.D. Pa. 2021)

27. *In re Glob. Brokerage, Inc.,* No. 17-cv-916, 2021 WL 1160056, at *20 (S.D.N.Y. Mar. 18, 2021), *report and recommendation adopted sub nom. In re Glob. Brokerage, Inc. f/k/a FXCM Inc. Sec. Litig.*, 2021 WL 1105367 (S.D.N.Y. Mar. 23, 2021)

28. *In re Teva Sec. Litig.*, No. 17-cv-558, 2021 WL 872156, at *41-42 (D. Conn. Mar. 9, 2021)

29. *Pearlstein v. BlackBerry Ltd.*, No. 13-cv-7060, 2021 WL 253453, at *22-23 (S.D.N.Y. Jan. 26, 2021)

30. *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.*, No. 19-cv-04744, 2021 WL 229310, at *6-7 (N.D. Cal. Jan. 21, 2021)

31. *In re Celgene Corp. Sec. Litig.*, No. 18-cv-4772, 2020 WL 8870665, at *8 (D.N.J. Nov. 29, 2020)

32. *Dougherty v. Esperion Therapeutics, Inc.*, No. 16-cv-10089, 2020 WL 6793326, at *6-7 (E.D. Mich. Nov. 19, 2020)

33. *Karinski v. Stamps.com, Inc.*, No. 19-cv-18282020 WL 6572660, at *8 (C.D. Cal. Nov. 9, 2020)

34. *Plymouth Cnty. Ret. Sys. v. Patterson Cos., Inc.*, No. 18-cv-871, 2020 WL 5757695, at *14-15 (D. Minn. Sept. 28, 2020)

35. *In re CenturyLink Sales Pracs. & Sec. Litig.*, 337 F.R.D. 193, 212-13 (D. Minn. 2020)

36. *In re Acuity Brands, Inc. Sec. Litig.*, No. 18-cv-2140, 2020 WL 5088092, at *6-7 (N.D. Ga. Aug. 25, 2020)

37. *SEB Inv. Mgmt. AB v. Symantec Corp.*, 335 F.R.D. 276, 287-88 (N.D. Cal. 2020)

38. *Pub. Emps.' Ret. Sys. of Miss. v. TreeHouse Foods, Inc.*, No. 16-cv-10632, 2020 WL 919249, at *8-10 (N.D. Ill. Feb. 26, 2020)

39. *Cosby v. KPMG, LLP*, No. 16-cv-121, 2020 WL 3548379, at *26-28 (E.D. Tenn. June 29, 2020), *report and recommendation adopted*, 2021 WL1828114 (E.D. Tenn. May 7, 2021

2

40. *Weiner v. Tivity Health, Inc.,* 334 F.R.D. 123, 137-38 (M.D. Tenn. 2020)

41. *Rougier v. Applied Optoelectronics, Inc.*, No. 17-cv-2399, 2019 WL 6111303, at *15 (S.D. Tex. Nov. 13, 2019), *report and recommendation adopted*, 2019 WL 7020349 (S.D. Tex. Dec. 20, 2019)

42. *Levy v. Gutierrez*, 448 F. Supp. 3d 46, 64-67 (D.N.H. 2019)

43. *Di Donato v. Insys Therapeutics, Inc.*, 333 F.R.D. 427, 446-48 (D. Ariz. 2019)

44. *Monroe Cnty. Emps.' Ret. Sys. v. The Southern Co.*, 332 F.R.D. 370, 397-401 (N.D. Ga. 2019)

45. *City of Sunrise Gen. Emps.' Ret. Plan v. Fleetcor Techs., Inc.*, No. 17-cv-2207, 2019 WL 3449671, at *6-7 (N.D. Ga. July 17, 2019)

46. *In re Signet Jewelers Ltd. Sec. Litig.*, No. 16-cv-6728, 2019 WL 3001084, at *19-20 (S.D.N.Y. July 10, 2019)

47. *Rooney v. EZCORP Inc.*, 330 F.R.D. 439, 450-51 (W.D. Tex. 2019)

48. *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Trust v. RH, Inc.*, No. 17-cv-00554. 2018 WL 4931543, at *2-4 (N.D. Cal. Oct. 11, 2018)

49. *Menaldi v. Och-Ziff Cap. Mgmt. Grp. LLC*, 328 F.R.D. 86, 98-99 (S.D.N.Y. 2018)

50. *Wilson v. LSB Indus. Inc.*, No. 15-cv-7614, 2018 WL 3913115, at *16-17 (S.D.N.Y. Aug. 13, 2018)

51. *In re Twitter Inc. Sec. Litig.*, 326 F.R.D. 619, 629-30 (N.D. Cal. 2018)

52. *Pirnik v. Fiat Chrysler Autos. N.V.*, 327 F.R.D. 38, 47-48 (S.D.N.Y. 2018)

53. *City of Cape Coral Mun. Firefighters' Ret. Plan v. Emergent Biosolutions, Inc.*, HQ, 322 F. Supp. 3d 676, 691-93 (D. Md. 2018)

54. *In re Banc of Cal. Sec. Litig.*, 326 F.R.D. 640, 651 (C.D. Cal. 2018)

55. *Cooper v. Thoratec Corp.*, No. 14-cv-0360, 2018 WL 2117337, at *6-7 (N.D. Cal. May 8, 2018)

56. *Angley v. UTI Worldwide Inc.*, 311 F. Supp. 3d 1117, 1128-29 (C.D. Cal. 2018)

57. *Washtenaw Cty. Emps.' Ret. Sys. v. Walgreen Co.*, No. 15-cv-3187, 2018 WL 1535156, at *3-4 (N.D. Ill. Mar. 29, 2018)

58. *W. Va. Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*, 325 F.R.D. 280, 290 (D. Minn. 2018)

59. *Baker v. SeaWorld Ent., Inc.*, No. 14-cv-2129, 2017 WL 5885542, at *12-14 (S.D. Cal. Nov. 29, 2017)

60. *Luva v. Marvell Tech. Grp., Ltd.*, 2017 WL 4865559, at *5-6 (N.D. Cal. Oct. 27, 2017)

61. *In re Lendingclub Sec. Litig.*, 282 F. Supp. 3d 1171, 1184 (N.D. Cal. 2017)

62. *KBC Asset Mgmt. NV v. 3D Sys. Corp.*, No. 15-cv-2393, 2017 WL 4297450, at *6-7 (D.S.C. Sep. 28, 2017)

63. *Howard v. Liquidity Servs. Inc.*, 322 F.R.D. 103, 137-41 (D.D.C. 2017)

3

64. *La. Mun. Police Emps. Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*, No. 11-cv-0289, 2017 WL 3149424, at *6-7 (D. Vt. July 21, 2017)

65. *In re Silver Wheaton Corp. Sec. Litig.*, No. 15-cv-5146, 2017 WL 2039171, at *14-16 (C.D. Cal. May 11, 2017)

66. *Todd v. STAAR Surgical Co.*, No. 14-cv-05263, 2017 WL 821662, at *11 (C.D. Cal. Jan. 5, 2017)

67. *Hayes v. MagnaChip Semiconductor Corp.*, No. 14-cv-01160, 2016 WL 7406418, at *9-10 (N.D. Cal. Dec. 22, 2016)

68. *W. Palm Beach Police Pension Fund v. DFC Glob. Corp.*, No. 13-cv-6731, 2016 WL 4138613, at *14-15 (E.D. Pa. Aug. 4, 2016)

69. *Beaver Cnty. Emps.' Ret. Fund v. Tile Shop Holdings, Inc.*, No. 14-cv-786, 2016 WL 4098741, at *11-12 (D. Minn. July 28, 2016)

70. *In re Montage Tech. Grp. Ltd. Sec. Litig.*, No. 14-cv-00722, 2016 WL 1598666, at *13 (N.D. Cal. Apr. 21, 2016)

71. *In re Barrick Gold Sec. Litig.*, 314 F.R.D. 91, 104-07 (S.D.N.Y. 2016)

72. *Thorpe v. Walter Inv. Mgmt. Corp.*, No. 14-cv-20880, 2016 WL 4006661, at *15-16 (S.D. Fla. Mar. 16, 2016)

73. *Hatamian v. Advanced Micro Devices, Inc.*, No. 14-cv-00226, 2016 WL 1042502, at *8-9 (N.D. Cal. Mar. 16, 2016)

74. *Strougo v. Barclays PLC*, 312 F.R.D. 307, 313, 327 (S.D.N.Y. 2016)

75. *In re Petrobras Sec. Litig.*, 312 F.R.D. 354, 371-72 (S.D.N.Y. 2016), *affirmed in part, vacated in part*, 862 F.3d 250 (2d Cir. 2017)

76. *Första AP-Fonden v. St Jude Med. Inc.*, 312 F.R.D. 511, 516-17 (D. Minn. 2015)

77. *Kaplan v. S.A.C. Cap. Advisors, L.P.*, 311 F.R.D. 373, 382-83 (S.D.N.Y. 2015)

78. *In re NII Holdings, Inc. Sec. Litig.*, 311 F.R.D. 401, 413-14 (E.D. Va. 2015)

79. *In re JPMorgan Chase & Co. Sec. Litig.*, No. 12-cv-03852, 2015 WL 10433433, at *7 (S.D.N.Y. Sept. 29, 2015)

80. *In re Wilmington Trust Sec. Litig.*, 310 F.R.D. 243, 245-46 (D. Del. 2015)

81. *In re Goldman Sachs Grp., Inc. Sec. Litig.*, No. 10-cv-3461, 2015 WL 5613150, at *7-8 (S.D.N.Y. Sep. 24, 2015), *vacated and remanded on other grounds*, *Ark. Tchrs. Ret. Sys. v. Goldman Sachs Grp., Inc.,* 879 F.3d 474 (2d Cir. 2018)

82. *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Prudential Fin., Inc.*, No. 12-cv-5275, 2015 WL 5097883, at *13 (D.N.J. Aug. 31, 2015)

83. *Fosbre v. Las Vegas Sands Corp.*, No. 10-cv-00765, 2015 WL 3722496, at *2-6 (D. Nev. June 15, 2015)

84. *In re St. Jude Med. Inc. Sec. Litig.*, No. 10-cv-0851, 2014 WL 6908434, at *6-9 (D. Minn. Dec. 8, 2014)

4

85. *Wallace v. IntraLinks*, 302 F.R.D. 310, 318 (S.D.N.Y. 2014)

86. *In re Groupon, Inc. Sec. Litig.*, No. 12-cv-2450, 2014 WL 5245387, at *1-2 (N.D. Ill. Sep. 23, 2014)

87. *McIntire v. China MediaExpress Holdings, Inc.*, 38 F. Supp. 3d 415, 435-36 (S.D.N.Y. 2014)

88. *Dodona I, LLC v. Goldman Sachs & Co.*, 296 F.R.D. 261, 270-71 (S.D.N.Y. Jan. 23, 2014)

89. *In re Heckmann Corp. Sec. Litig.*, No. 10-cv-378, 2013 WL 2456104, at *13-14 (D. Del. June 6, 2013)

90. *In re Diamond Foods Inc. Sec. Litig.*, 295 F.R.D. 240, 251-52 (N.D. Cal. 2013)