# Exhibit C

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

EL PASO FIREMEN & POLICEMEN'S §

PENSION FUND, ET AL.,           §

        Plaintiffs,             §

VS.                             § CIVIL ACTION

INNOVAGE HOLDING CORP.,         § NO. 21-cv-02770-WJM-SKC

ET AL.,                         §

        Defendants.             §

_____

CORRECTED TRANSCRIPT

    This Transcript Have Been Designated as Confidential

        ORAL AND VIDEOTAPED DEPOSITION of TYLER GROSSMAN, produced as a witness at the instance of the Defendant(s) and duly sworn, was taken in the above-styled and numbered cause on August 9, 2024, from 9:06 a.m. MT to 1:21 p.m. MT, before Molly Carter, Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, with all attendees appearing remotely, pursuant to the Federal Rules of Civil Procedure.

JOB No. 6829942

PAGES 1 - 135

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL



Q    And how many times since then did you meet with your attorneys to prepare for this deposition?

A    Maybe twice.

Q    Were those meetings --

THE REPORTER:  I'm sorry.  Could you repeat that question?

Q    (By Ms. Statner) Were those meetings in person?

A    One meeting was.

Q    Okay.  And when was that?

A    Yesterday.

Q    And how long did that meeting last?

A    Maybe an hour and a half.

Q    And the other meeting that was not in person, when was that?

A    I couldn't tell you the exact day.

Q    Okay.  And who was present for those meetings?

A    Outside attorneys, Julie, Brendan and John.

Page 19

CONFIDENTIAL



A    InnovAge is a healthcare company.  They initiated a IPO in March of 2021.  They began selling shares for that IPO in which William Blair Small Cap Growth bought shares of that, as you discussed earlier.

During the class period, of June till, I believe September, information about the audits that occurred in Sacramento and Colorado was made public, which was not provided, I guess, at the IPO in March, and therefore it led to a 78 percent drop in the value of the stock, becoming one of the fifth worst IPO in 2021, therefore it created the loss that was advised by our outside counsel of the $563,000 to El Paso.

Page 86

CONFIDENTIAL



A    Those audits, I don't know if they're regular basis, but obviously there was inadequacies in InnovAge and so therefore they were conducted.

extended, I believe, because of the inadequacies, and then their -- those audits then stopping InnovAge from accepting any new members, which obviously affects their ability to grow, which then affects their stock price.

Page 103

CONFIDENTIAL

█████████████████████████████████████████

Q    And whose decision was it to seek to become a
class representative in this action?

A    The board of trustees.

Q    What's El Paso's understanding of the duties of
a class representative?

A    I liken it to be a fiduciary to the Fund.
You -- being a representative, we are supposed to
represent to the best of our abilities, be available for
depositions, determine fees and -- I want to say
supervise counsel -- but oversee counsel in the matter.

█████████████████████████████████████████

Page 123

CONFIDENTIAL



Q    And has El Paso reviewed the final versions of any pleadings, motion papers, discovery notices, letters or proposed orders in this action?

MS. REISER:  I object.  You're asking for attorney-client privileged communications.  At a general level it's okay, but not at a specific level.

A    Yes.

Page 128