# Exhibit D

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

EL PASO FIREMEN &            §
POLICEMEN'S PENSION          §
FUND, SAN ANTONIO FIRE       §   CIVIL ACTION NO.
& POLICE PENSION FUND,       §   21:CV-02770-WJM-SKC
AND INDIANA PUBLIC           §
RETIREMENT SYSTEM,           §
INDIVIDUALLY AND ON          §
BEHALF OF ALL OTHERS         §
SIMILARLY SITUATED,          §
                             §
    PLAINTIFFS,              §
                             §
V.                           §
                             §
INNOVAGE HOLDING CORP.,      §
MAUREEN HEWITT, BARBARA      §
GUTIERREZ, JOHN ELLIS        §
BUSH, ANDREW CAVANNA,        §
CAROLINE DECHERT,            §
EDWARD KENNEDY, JR.,         §
PAVITHRA MAHESH, THOMAS      §
SCULLY, MARILYN              §
TAVENNER, SEAN TRAYNOR,      §
RICHARD ZORETIC, WELSH,      §
CARSON, ANDERSON &           §
STOWE, APAX PARTNERS,        §
L.P., J.P. MORGAN            §
SECURITIES LLC,              §
BARCLAYS CAPITAL INC.,       §

(CAPTION CONTINUED ON NEXT PAGE)

CORRECTED TRANSCRIPT
This Transcript Have Been Designated as Confidential
REMOTE AND VIDEOTAPED DEPOSITION OF GAIL ANN
JENSEN, produced as a witness at the instance of the
Defendants and duly sworn, was taken in the above
styled and numbered cause on Wednesday, August 14,
2024, from 12:15 p.m. to 1:49 p.m., before TAMARA
CHAPMAN, CSR, RPR-CRR in and for the State of Texas,
reported remotely by computerized stenotype machine
in Austin, Texas, pursuant to the Federal Rules of
Civil Procedure and any provisions stated on the
record herein.

Page 1

CONFIDENTIAL

GOLDMAN SACHS & CO.,            §
LLC, CITIGROUP GLOBAL           §
MARKETS INC., ROBERT W.         §
BAIRD & CO.,                    §
INCORPORATED, WILLIAM           §
BLAIR & COMPANY,                §
L.L.C., PIPER SANDLER &         §
CO., CAPITAL ONE                §
SECURITIES, INC., LOOP          §
CAPITAL MARKETS LLC,            §
SIEBERT WILLIAMS SHANK          §
& CO., LLC, AND ROBERTS         §
& RYAN INVESTMENTS,             §
INC.,                           §
                                §
    DEFENDANTS.                 §

Job No. SF 6829957

Page 2

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CONFIDENTIAL



Q.     What did you do to prepared for today's deposition?

A.     I reviewed the deposition topics.  I consulted with counsel, and we had a -- a prep session yesterday.                                      12:30

Q.     How long did the prep session yesterday last?

A.     A few hours.

Q.     And who was present?

A.     So I was present with my counsel here.     12:31

Q.     Was anyone besides the counsel that's with you today present?

A.     Not for my prep session, no.

Q.     Other than the prep session that you had yesterday, did you previously meet with counsel to     12:31

Page 16

CONFIDENTIAL

prepare for this deposition?

A.    We didn't meet, no.

Q.    Did you previously speak with your

counsel to prepare for this deposition?

A.    Yes.                                        12:31

Q.    On how many occasions?

A.    Probably once.



Page 17

CONFIDENTIAL

Q.    Do you recognize this document?

A.    Yes.

Q.    What is it?

A.    The Amended Class Action Complaint for this lawsuit.                                              12:38

Q.    Have you reviewed this document?

A.    Yes.

Q.    When did you first review it?

A.    Prior to it being filed.

Q.    Can you explain your understanding of the    12:39 claims against InnovAge?

A.    They are claims under the Securities Act and the Exchange Act regarding misstatements and omissions that were made by the company during the

Page 22

CONFIDENTIAL



Q.    Who are the defendants in this case?

A.    InnovAge, the company, along with two of its officers, several of its directors, and two private equity firms and then 11 underwriters.

Page 23

CONFIDENTIAL



regarding the company and its ability to operate in    12:47
an effective way and in compliance with regulations.
And those misstatements led to significantly
overpriced stock prices that the pension fund was
victimized by.  So, you know, the fact that there

Page  27

CONFIDENTIAL



What's your understanding of the duties of a class representative?

A.    We are to oversee counsel through the litigation.  We are to be familiar with litigation as it proceeds and consult on strategy.  We're to

01:34

Page 52

CONFIDENTIAL

assist with discovery, including depositions, and we

are to work through settlement negotiations,

participate in them, approve any settlement,

although it's ultimately up to the Court, and we are

to oversee attorneys' fees.                                    01:34

Page 53