# Exhibit E

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

EL PASO FIREMEN &              §

POLICEMEN'S PENSION           §

FUND, SAN ANTONIO FIRE        § CIVIL ACTION NO.

& POLICE PENSION FUND,        § 21:CV-02770-WJM-SKC

AND INDIANA PUBLIC            §

RETIREMENT SYSTEM,            §

INDIVIDUALLY AND ON           §

BEHALF OF ALL OTHERS          §

SIMILARLY SITUATED,           §

    PLAINTIFFS,             §

V.                            §

INNOVAGE HOLDING CORP.,       §

(Caption continues on the following page.)

CORRECTED TRANSCRIPT

This Transcript Have Been Designated as Confidential

REMOTE AND VIDEOTAPED DEPOSITION OF WARREN JAMES SCHOTT, Wednesday, August 14, 2024, from 9:02 a.m. to 11:59 a.m., before TAMARA CHAPMAN, CSR, RPR-CRR in and for the State of Texas, reported remotely by computerized stenotype machine in Austin, Texas.

Job No. SF 6829957

PAGES 1 - 97

Page 1

CONFIDENTIAL

(Caption continued from the previous page.)

MAUREEN HEWITT, BARBARA    §
GUTIERREZ, JOHN ELLIS      §
BUSH, ANDREW CAVANNA,      §
CAROLINE DECHERT,          §
EDWARD KENNEDY, JR.,       §
PAVITHRA MAHESH, THOMAS    §
SCULLY, MARILYN            §
TAVENNER, SEAN TRAYNOR,    §
RICHARD ZORETIC, WELSH,    §
CARSON, ANDERSON &         §
STOWE, APAX PARTNERS,      §
L.P., J.P. MORGAN          §
SECURITIES LLC,            §
BARCLAYS CAPITAL INC.,     §
GOLDMAN SACHS & CO.,       §
LLC, CITIGROUP GLOBAL      §
MARKETS INC., ROBERT W.    §
BAIRD & CO.,               §
INCORPORATED, WILLIAM      §
BLAIR & COMPANY,           §
L.L.C., PIPER SANDLER &    §
CO., CAPITAL ONE           §
SECURITIES, INC., LOOP     §
CAPITAL MARKETS LLC,       §
SIEBERT WILLIAMS SHANK     §
& CO., LLC, AND ROBERTS    §
& RYAN INVESTMENTS,        §
INC.,                      §
    DEFENDANTS.            §
_____

REMOTE AND VIDEOTAPED DEPOSITION OF
WARREN JAMES SCHOTT
AUGUST 14, 2024

Page 2

CONFIDENTIAL



Q.    And you mentioned that you had a meeting    09:25
to prepare for this deposition.  When was that
meeting?

A.    Yesterday.

Q.    How long did it last?

A.    Two hours.                                   09:25

Q.    And who was present?

A.    The representative for Cohen Milstein and
my in-house counsel.

Q.    And who -- what are the names of those
people that were present?                          09:25

A.    Gail Jensen, Julie and Brendan.  And
I'll -- that's good enough.

Page  19

CONFIDENTIAL



A.    Well, they had an IPO that started out at $20 a share, and within seven months it dropped down to $6, and the Firemen & Policemen of San Antonio        10:42

Page 58

CONFIDENTIAL

lost $700,000.  So that would be our concern.



Page 59

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127