# Exhibit F

HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  21-cv-02770-WJM-SKC

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIA FIRE

& POLICE PENSION FUND, AND INDIANA PUBLIC RETIREMENT SYSTEM,

individually and on behalf of all others similarly situated,

Plaintiffs,

v.

INNOVAGE HOLDINGS CORP.,

MAUREEN HEWITT,

BARBARA GUTIERREZ,

JOHN ELLIS BUSH,

ANDREW CAVANNA,

CAROLINE DECHERT,

EDWARD KENNEDY, JR.,

PAVITHRA MAHESH,

THOMAS SCULLY,

MARILYN TAVENNER,

SEAN TRAYNOR,

RICHARD ZORETIC,

WELSH, CARSON, ANDERSON & STOWE,

APAX PARTNERS, L.P.,

J.P. MORGAN SECURITIES LLC,

Page 1

HIGHLY CONFIDENTIAL

BARCLAYS CAPITAL INC.,

GOLDMAN SACHS & CO. LLC,

CITIGROUP GLOBAL MARKETS INC.,

ROBERT W. BAIRD & CO. INCORPORATED,

WILLIAM BLAIR & COMPANY, L.L.C.,

PIPER SANDLER & CO.,

CAPITAL ONE SECURITIES, INC.,

LOOP CAPITAL MARKETS, LLC,

SIEBERT WILLIAMS SHANK & CO., LLC, and

ROBERTS & RYAN INVESTMENTS, INC.,

                Defendants.

_____

                The Highly Confidential

                Zoom Videoconference/Video Recorded

                30(b)(6) Deposition of DAVID W. STELSEL, III,

                commencing at 10:08 a.m. EDT,

                Tuesday, August 13, 2024,

                Before Stenographic Shorthand Reporter,

                Lori Ann Baldwin, CSR-5207, RPR, CRR.

                Veritext Job No:   SF 6829946

Page 2

HIGHLY CONFIDENTIAL



Q.    And what did you do to prepare for today's deposition?    11:01AM

A.    I spoke with counsel and I reviewed pleadings and    11:01AM
documents provided as part of the case.    11:01AM

Page 40

HIGHLY CONFIDENTIAL



Q.    So first of all, let's -- let's start in any capacity.    11:04AM
Mr. Stelsel, did you review the Amended Complaint in    11:04AM
this action in any capacity prior to preparing for    11:04AM
today's deposition?    11:04AM

A.    INPRS reviews all filings prior to being filed.    11:04AM

Page 42

HIGHLY CONFIDENTIAL



A.    Indiana's knowledge is that there was severe staffing    12:27PM

shortages and substandard care and delays in providing    12:27PM

care and poor outcome from the care provided.    12:27PM

Page 81

HIGHLY CONFIDENTIAL



A.    That there was an audit in Sacramento, California, and    12:35PM

in Colorado by regulators related to InnovAge.    12:35PM

Page 86

HIGHLY CONFIDENTIAL



A.　That there was a shortage of staffing and

12:38PM

Page 87

HIGHLY CONFIDENTIAL

overloaded -- overloaded case management.                    12:38PM



Page 88

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL



Q.   And which of these four options did Indiana choose     04:29PM
     with respect to this litigation?     04:29PM

A.   My understanding is 3, "Active participation in class     04:29PM
     action litigation including serving as the 'lead     04:29PM
     plaintiff' in the Private Securities Litigation Reform     04:29PM
     Act."     04:29PM

Page 174