**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-02770-WJM-SBP

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE
PENSION FUND, AND INDIANA PUBLIC RETIREMENT SYSTEM, individually and on
behalf of all others similarly situated,

      Plaintiffs,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WCAS MANAGEMENT CORPORATION,
WCAS MANAGEMENT, L.P.,
WCAS MANAGEMENT, LLC,
APAX PARTNERS US LLC,
TCO GROUP HOLDINGS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,

      Defendants.

---

**STIPULATION AND ORDER RE PLEADING AND BRIEFING DEADLINES**

---

WHEREAS, on June 21, 2022, lead plaintiffs El Paso Firemen & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund, and Indiana Public Retirement System's ("Lead Plaintiffs") filed their Amended Class Action Complaint (ECF No. 54);

WHEREAS, on March 4, 2024, Welsh, Carson, Anderson & Stowe[1] and Apax Partners, L.P. filed Answers (ECF Nos. 126, 127) to Lead Plaintiffs' Amended Class Action Complaint;

WHEREAS, on July 15, 2024, Lead Plaintiffs filed a Motion for Leave to Amend the Complaint (ECF No. 153), which sought leave to file a Second Amended Class Action Complaint to (1) add WCAS Management Corporation, WCAS Management L.P., WCAS Management, LLC, and TCO Group Holdings, L.P. (together, the "New PE Defendants") as defendants; (2) drop Welsh, Carson, Anderson & Stowe as a defendant; (3) update the name of defendant Apax Partners, L.P. to Apax Partners US LLC ("Apax"); and (4) make certain changes to the allegations from the Amended Class Action Complaint related to the newly named defendants referenced above in (1) only;

WHEREAS, on September 11, 2024, the Court entered a stipulated order (ECF No. 170) in which Lead Plaintiffs and defendants InnovAge Holding Corp. ("InnovAge"); Maureen Hewitt and Barbara Gutierrez (the "Officer Defendants"); John Ellis Bush, Andrew Cavanna, Caroline Dechert, Edward Kennedy, Jr., Pavithra Mahesh, Thomas Scully, Marilyn Tavenner, Sean Traynor, and Richard Zoretic (the "Director Defendants," and together with InnovAge, the Officer Defendants, the New PE Defendants, and Apax, "Defendants")); Welsh, Carson, Anderson & Stowe and Apax Partners, L.P. agreed that (a) the Motion for Leave to Amend would not be

---

[1] Defendants deny the existence of an entity called "Welsh, Carson, Anderson & Stowe."

opposed provided certain conditions were approved and that Sullivan & Cromwell LLP would accept service of the Second Amended Class Action Complaint on behalf of the New PE Defendants and (b) the New PE Defendants would file any motion to dismiss the Second Amended Class Action Complaint within 35 days of accepting service of the Second Amended Class Action Complaint, Lead Plaintiffs would file any opposition to the New PE Defendants' motion to dismiss 35 days thereafter, and the New PE Defendants would file any reply in support of their motion to dismiss 21 days thereafter;

WHEREAS, on September 17, 2024, Lead Plaintiffs filed the Second Amended Class Action Complaint (ECF No. 171);

WHEREAS, on September 20, 2024, Sullivan & Cromwell LLP accepted service of the Second Amended Class Action Complaint on behalf of the New PE Defendants;

WHEREAS, on October 25, 2024, WCAS Management Corporation, WCAS Management L.P., and WCAS Management, LLC (the "WCAS Entities") filed a Joint Motion to Dismiss Lead Plaintiffs' Second Amended Class Action Complaint (the "Joint Motion to Dismiss");

WHEREAS, Lead Plaintiffs' opposition to the Joint Motion to Dismiss currently is due on November 29, 2024, and the WCAS Entities' reply in support of the Joint Motion to Dismiss currently is due on December 20, 2024;

WHEREAS, Lead Plaintiffs and Defendants have agreed to extend TCO Group Holdings, L.P.'s deadline to answer Lead Plaintiffs' Second Amended Class Action Complaint to on or before November 15, 2024; and

WHEREAS, Lead Plaintiffs and Defendants have agreed to extend Lead Plaintiffs' deadline to oppose to the Joint Motion to Dismiss to December 3, 2024 and to extend the WCAS

-3-

Entities' deadline to file their reply in support of the Joint Motion to Dismiss to December 24, 2024.

**IT IS THEREFORE STIPULATED** by the parties, through their undersigned counsel, subject to the Court's approval, that:

1. Defendant TCO Group Holdings, L.P.'s answer to Lead Plaintiffs' Second Amended Class Action Complaint shall be filed on or before November 15, 2024;

2. Lead Plaintiffs' opposition to the Joint Motion to Dismiss shall be filed on or before December 3, 2024; and

3. The WCAS Entities' reply in support of the Joint Motion to Dismiss shall be filed on or before December 24, 2024.

[*Remainder of page intentionally left blank*]

Dated:  November 13, 2024

/s/ Molly Bowen
Cecil E. Morris
Adrian P. Castro
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
Telephone: (303) 830-2400
Facsimile: (303) 830-1033
cmorris@fwlaw.com
acastro@fwlaw.com

*Liaison Counsel for the Class*

Julie G. Reiser
S. Douglas Bunch
Molly Bowen
Jan E. Messerschmidt
Brendan R. Schneiderman
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. │ Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com
mbowen@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
bschneiderman@cohenmilstein.com

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Manuel J. Dominguez
COHEN MILSTEIN SELLERS & TOLL PLLC

/s/ Diane L. McGimsey
Karen P. Seymour
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 291-9307
seymourk@sullcrom.com

Diane L. McGimsey
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
mcgimseyd@sullcrom.com

*Counsel for InnovAge Holding Corp.,
Maureen Hewitt, Barbara Gutierrez, John
Ellis Bush, Andrew Cavanna, Caroline
Dechert, Edward Kennedy, Jr., Pavithra
Mahesh, Thomas Scully, Marilyn Tavenner,
Sean Traynor, Richard Zoretic, WCAS
Management Corporation, WCAS
Management, L.P., WCAS Management, LLC,
Apax Partners US LLC, and TCO Group
Holdings, L.P.*

Peter Kurtz
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3154
Facsimile: (720) 274-3133
peter.kurtz@wilmerhale.com

Matthew Benedetto
WILMER CUTLER PICKERING HALE AND
   DORR LLP

-4-

-5-

| | |
|---|---|
| 2925 PGA Boulevard, Suite 200 | 350 South Grand Avenue, Suite 2400 |
| Palm Beach Gardens, FL 33410 | Los Angeles, CA 90071 |
| Telephone: (561) 515-1400 | Telephone: (213) 443-5323 |
| Facsimile: (561) 515-1401 | Facsimile: (213) 443-5400 |
| jdominguez@cohenmilstein.com | matthew.benedetto@wilmerhale.com |
| | |
| *Lead Counsel for the Class* | *Counsel for InnovAge Holding Corp.* |

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>November 14, 2024</u>

_____

HON. SUSAN PROSE
UNITED STATES MAGISTRATE JUDGE

-6-