# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-02770-WJM-SBP

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE
PENSION FUND, AND INDIANA PUBLIC RETIREMENT SYSTEM, individually and on
behalf of all others similarly situated,

      Plaintiffs,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WCAS MANAGEMENT CORPORATION,
WCAS MANAGEMENT, L.P.,
WCAS MANAGEMENT, LLC,
APAX PARTNERS US LLC,
TCO GROUP HOLDINGS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY, L.L.C.,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO., LLC, and
ROBERTS & RYAN INVESTMENTS, INC.,

      Defendants.

---

## ORDER RE SCHEDULING ORDER

---

-1-

WHEREAS, on February 26, 2024, the Court entered a Scheduling Order in this action (Dkt. 123);

WHEREAS, on March 27, 2024, the Court entered an amended Scheduling Order in this action (Dkt. 136), which, among other things, set a substantial completion of document production deadline on February 15, 2025, and a deadline to complete fact discovery, including fact depositions, on March 29, 2025.

WHEREAS, on September 17, 2024, Lead Plaintiffs filed the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. 171), which (1) added WCAS Management Corporation, WCAS Management L.P., WCAS Management, LLC, and TCO Group Holdings, L.P. as defendants; (2) dropped Welsh, Carson, Anderson & Stowe as a defendant; (3) updated the name of defendant Apax Partners, L.P. to Apax Partners US LLC; and (4) made certain changes to the allegations from the Amended Class Action Complaint related to the newly named defendants referenced above in (1) only;

WHEREAS, on September 10, 2024, the Court entered the Stipulation and Order providing for a stay of discovery as to the new Defendants named in Plaintiffs' Second Amended Class Action Complaint and a stay of depositions of certain Defendants in recognition of the likelihood and attendant burden of needing to re-depose certain individuals and entities on the topic of the newly named Defendants;

WHEREAS, on October 25, 2024, WCAS Management Corporation, WCAS Management L.P., and WCAS Management, LLC (the "WCAS Entities") filed a Joint Motion to Dismiss Lead Plaintiffs' Second Amended Class Action Complaint (the "Joint Motion to Dismiss"), which has been fully briefed and is now sub judice. Neither Apax nor TCO, the other

private equity defendants, moved to dismiss but preserved their rights of appeal in connection

with the Court's December 21, 2023 Order Granting in Part and Denying in Part Defendants'

Joint Motion to Dismiss Amended Class Action Complaint;

WHEREAS, on December 31, 2024, the partial stay of discovery of Apax, TCO,

the Officer Defendants, the Director Defendants, and issues related to the Private Equity

Defendants expired, however discovery remains stayed as to the WCAS Entities pending a

decision on the Joint Motion to Dismiss or an order of the Court pursuant to 15 U.S.C. § 78u-

4(b)(3)(B);

WHEREAS, Defendants other than the WCAS Entities have responded to

discovery requests from Lead Plaintiffs. Some have produced documents on a rolling basis;

others or are preparing to review and begin producing documents on a rolling basis. InnovAge

has produced, on a rolling basis, approximately 338,721 pages of documents. InnovAge has also

produced 40,465 pages from the custodial files of Defendant Maureen Hewitt, and 77,935 pages

from the custodial files of Defendant Barbara Gutierrez. Hewitt and Gutierrez have not yet

produced documents from their personal files.  Apax made its first document production on

February 7, 2025, of approximately 8,344 pages of documents. As agreed with Lead Plaintiffs,

the Underwriter Defendants started by producing documents from their centrally located deal

files related to the IPO and substantially completed production of those deal files in September

2024.  The Underwriter Defendants have produced over 78,000 pages of documents to date and

are continuing to produce any additional documents identified for production from the deal files

on a rolling basis.  Lead Plaintiffs and Underwriter Defendants are conferring regarding the list

of custodians whose documents will be reviewed and the Underwriter Defendants anticipate

-2-

producing the agreed custodians' documents on a rolling basis, subject to agreement with Plaintiffs regarding search terms and other parameters;

WHEREAS, on December 18, 2024, Lead Plaintiffs served requests for production on TCO. TCO served objections and responses to Lead Plaintiffs' requests on January 17, 2025 and Lead Plaintiffs and TCO are currently meeting and conferring concerning the requests. TCO has not yet produced any documents, pending agreement with Lead Plaintiffs on the scope of production and custodians and search terms;

WHEREAS, on February 5, 2025, Lead Plaintiffs sent proposed search terms for Apax, TCO and the Director Defendants. The parties are currently meeting and conferring concerning Lead Plaintiffs' search terms. The Director Defendants have not yet produced any documents;

WHEREAS, all Defendants, other than the WCAS Entities, state that they expect to make additional significant document productions in the upcoming months;

WHEREAS, Lead Plaintiffs have indicated that given the complex nature of this securities fraud class action, they anticipate they will require more than 10 depositions and it therefore is likely that the Parties will require the Court's assistance in adjudicating a dispute between the Parties as to the permissible number of depositions and, if the Parties agree or the Court orders that Lead Plaintiffs may take more than 10 depositions, the Parties anticipate that deposition discovery may take multiple months;

WHEREAS, the Parties have agreed upon the need for an extension of case deadlines to accommodate the discovery needed to prosecute and defend this complex action and delays associated with the stay of discovery against the WCAS Entities and the now-expired

-3-

partial stay of discovery against certain other Defendants that were necessitated by the WCAS

Entities' Joint Motion to Dismiss;

WHEREAS, the Parties are largely in agreement upon the appropriate time period

for such an extension, but have a disagreement as to the deadline for substantial completion of

document production;

WHEREAS, Lead Plaintiffs have proposed a May 1, 2025 deadline for substantial

completion of document production in light of the length of time this case has been in discovery

and to ensure adequate time for document review prior to commencing depositions of

Defendants.  Plaintiffs served requests for production on Defendants nearly a year ago, in March

2024.  Given the number of Defendants in the case who have yet to produce any documents,

Lead Plaintiffs anticipate a very high volume of documents being produced during the remainder

of the discovery period, and as is the norm, that a large percentage will be produced close to or at

the substantial completion deadline. Lead Plaintiffs need time to review those documents before

starting depositions. Accordingly, a May 1, 2025 substantial completion deadline gives Lead

Plaintiffs the month of May and first half of June to complete document review before

commencing depositions through second half of June, July, and August.  Defendants have

proposed a May 15, 2025 deadline for substantial completion of document production in light of

what they believe is the broad scope of document discovery being pursed by Lead Plaintiffs and

to give the Parties sufficient time to complete their meet and confer discussions concerning

recently-served document requests and Lead Plaintiffs' recent search term and custodian

proposals.   Defendants believe that this additional time is particularly necessary due to the fact

that it took six months for Lead Plaintiffs and the InnovAge defendants to agree on search terms

-4-

and custodians, and due to the fact that Lead Plaintiffs first proposed search terms for the Director Defendants, Apax, and the WCAS Entities on February 5, 2025;

WHEREAS, the Underwriters have been informed that a document processing vendor's platform is experiencing a disruption preventing access or work of any kind to Underwriters or Underwriters' counsel for an unknown amount of time;

WHEREAS, the Underwriters will promptly notify the other Parties if these issues will impede their ability to substantially complete their productions by the proposed substantial completion deadline of May 15, 2025; and

WHEREAS, the agreed-upon deadlines for the proposed amended scheduling order will result in only a three month extension of the overall case schedule, and will not cause undue delay to this action; accordingly, the Parties believe that there is good cause for the Court to enter the Joint Stipulation.

**WHEREAS** the parties, through their undersigned counsel, subject to the Court's approval, request that the case schedule shall be amended as follows:

| Event | Agreed Date/Date Set By Court | Plaintiffs' Proposed Date | Defendants' Proposed Date |
|---|---|---|---|
| Substantial completion of document production | **May 15, 2025** | May 1, 2025 | May 15, 2025 |
| Deadline to serve requests for production of documents | **April 15, 2025** | July 30, 2025 | March 15, 2025 |
| Deadline to complete fact discovery, including fact depositions | August 30, 2025 | | |
| Deadline to serve interrogatories and requests for admission | September 5, 2025 | | |

-5-

| | | | |
|---|---|---|---|
| Service of Rule 26(a)(2) expert witness report(s) | October 14, 2025 | | |
| Service of rebuttal expert report(s) in response to initial expert report(s) | December 3, 2025 | | |
| Service of reply expert report(s) | January 6, 2026 | | |
| Close of expert discovery; completion of expert depositions | February 6, 2026 | | |
| Motion for summary judgment/dispositive motions | March 6, 2026 | | |
| Response to summary judgment motion | April 21, 2026 | | |
| Reply in support of summary judgment motion | May 21, 2026 | | |
| Deadline to file motions in limine/Daubert motions | The parties are to comply with Judge Martinez's Practice Standards | | |
| Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs | The parties are to comply with Judge Martinez's Practice Standards | | |
| Rule 26(a)(3) pretrial disclosures | The parties are to comply with Judge Martinez's Practice Standards | | |
| Final Pretrial Conference (SJP) | The parties are to comply | | |

-6-

| | | | |
|---|---|---|---|
| | with Judge Martinez's Practice Standards | | |
| Final Trial Preparation Conference (WJM) | June 18, 2026 | | |
| Jury trial | The parties are to comply with Judge Martinez's Practice Standards | | |

Dated:        February 11, 2025

/s/ Molly Bowen
Cecil E. Morris
Adrian P. Castro
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
Telephone: (303) 830-2400
Facsimile: (303) 830-1033
cmorris@fwlaw.com
acastro@fwlaw.com

*Liaison Counsel for the Class*

Julie G. Reiser
S. Douglas Bunch
Molly Bowen
Jan E. Messerschmidt
Brendan R. Schneiderman
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W. │ Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com

/s/ Diane L. McGimsey
Karen P. Seymour
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 291-9307
seymourk@sullcrom.com

Diane L. McGimsey
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
mcgimseyd@sullcrom.com

*Counsel for InnovAge Holding Corp.,*
*Maureen Hewitt, Barbara Gutierrez, John*
*Ellis Bush, Andrew Cavanna, Caroline*
*Dechert, Edward Kennedy, Jr., Pavithra*
*Mahesh, Thomas Scully, Marilyn Tavenner,*
*Sean Traynor, Richard Zoretic, WCAS*
*Management Corporation, WCAS*
*Management, L.P., WCAS Management, LLC,*

mbowen@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
bschneiderman@cohenmilstein.com

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL PLLC
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Manuel J. Dominguez
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
jdominguez@cohenmilstein.com

*Lead Counsel for the Class*

*Apax Partners US LLC, and TCO Group Holdings, L.P.*

Peter Kurtz
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3154
Facsimile: (720) 274-3133
peter.kurtz@wilmerhale.com

*Counsel for InnovAge Holding Corp.*

By:  /s/ *Mary Eaton*
Mary Eaton
Nicholas A. Caselli
Abhinaya Swaminathan
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Tel.: (212) 277-4000
Fax.: (212) 277-4001
mary.eaton@freshfields.com
nicholas.caselli@freshfields.com
abhinaya.swaminathan@freshfields.com

*Counsel for J.P. Morgan Securities LLC, Barclays Capital Inc., Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Robert W. Baird & Co. Incorporated, William Blair & Company, L.L.C., Piper Sandler & Co., Capital One Securities, Inc., Loop Capital Markets LLC, Siebert Williams Shank & Co., LLC, and Roberts & Ryan Investments, Inc.*

-8-

-9-

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 28, 2025

_____

HON. SUSAN PROSE
UNITED STATES MAGISTRATE JUDGE