## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| *El Paso Firemen & Policemen's Pension Fund, San Antonio Fire & Police Pension Fund, and Indiana Public Retirement System Plaintiffs,* <br><br> *Plaintiffs*, <br><br> vs. <br><br> *Innovage Holding Corp. ("InnovAge"), Maureen Hewitt, Barbara Gutierrez, John Ellis Bush, Andrew Cavanna, Caroline Dechert, Edward Kennedy, Jr., Pavithra Mahesh, Thomas Scully, Marilyn Tavenner, Sean Traynor, Richard Zoretic, WCAS Management Corporation, WCAS Management, L.P., WCAS Management, LLC, Apax Partners US LLC, TCO Group Holdings, L.P., J.P. Morgan Securities LLC, Barclays Capital Inc., Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Robert W. Baird and Co. Incorporated, William Blair & Company, L.L.C., Piper Sandler & Co., Capital One Securities, Inc., Loop Capital Markets LLC, Siebert Williams Shank & Co., LLC, and Roberts & Ryan Investments, Inc.,* <br><br> *Defendants*. | Case No: 21-cv- 02770-WJM-SBP <br><br> <u>CLASS ACTION</u> <br><br> **JOINT NOTICE OF SETTLEMENT** |

The parties hereby jointly notify the Court that they have reached a settlement in principle of the above-captioned matter. Upon finalizing the terms of the settlement agreement and establishing a class action notice and administration plan, Plaintiffs will file an unopposed motion for preliminary approval of the class action settlement. The Parties anticipate that will occur on or before June 2, 2025.

| | |
|---|---|
| *Julie G. Reiser* | *Diane L. McGimsey* |
| Cohen Milstein Sellers & Toll PLLC | Sullivan & Cromwell LLP |
| Julie G. Reiser | Diane L. McGimsey |
| Molly Bowen | 1888 Century Park East, Suite 2100 |
| S. Douglas Bunch | Los Angeles, CA 90067 |
| Jan E. Messerschmidt | Telephone: (310) 712-6600 |
| Brendan R. Schneiderman | Facsimile: (310) 712-8800 |
| | mcgimseyd@sullcrom.com |

1100 New York Avenue, N.W. │ 8th Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
mbowen@cohenmilstein.com
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
bschneiderman@cohenmilstein.com

Carol V. Gilden
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Manuel J. Dominguez
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
jdominguez@cohenmilstein.com

*Lead Counsel for the Class*

Fairfield and Woods, P.C.
Cecil E. Morris
Adrian P. Castro
1801 California Street, Suite 2600
Denver, CO 80202
Telephone: (303) 830-2400
Facsimile: (303) 830-1033
cmorris@fwlaw.com
acastro@fwlaw.com

*Liaison Counsel for the Class*

Karen P. Seymour
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 291-9307
seymourk@sullcrom.com

*Counsel for InnovAge Holding Corp.,
Maureen Hewitt, Barbara Gutierrez, John
Ellis Bush, Andrew Cavanna, Caroline
Dechert, Edward Kennedy, Jr., Pavithra
Mahesh, Thomas Scully, Marilyn Tavenner,
Sean Traynor, Richard Zoretic, Apax
Partners, L.P., and Welsh, Carson, Anderson
& Stowe*

Wilmer Cutler Pickering Hale and
    Dorr LLP
Peter Kurtz
1225 17th Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3154
Facsimile: (720) 274-3133
peter.kurtz@wilmerhale.com

Matthew Benedetto
Wilmer Cutler Pickering Hale and
    Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5323
Facsimile: (213) 443-5400
matthew.benedetto@wilmerhale.com

*Counsel for InnovAge Holding Corp.*

*Mary Eaton*
Freshfields US LLP
Mary Eaton
Nicholas A. Caselli
Abhinaya Swaminathan
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (212) 277-4000

Facsimile: (212) 277-4001
mary.eaton@freshfields.com
nicholas.caselli@freshfields.com
abhinaya.swaminathan@freshfields.com

*Counsel for J.P. Morgan Securities LLC,
Barclays Capital Inc., Goldman Sachs & Co.
LLC, Citigroup Global Markets Inc., Robert
W. Baird & Co. Incorporated, William Blair
& Company, L.L.C., Piper Sandler & Co.,
Capital One Securities, Inc., Loop Capital
Markets LLC, Siebert Williams Shank & Co.,
LLC, and Roberts & Ryan Investments, Inc.*