# EXHIBIT E

*El Paso Firemen and Policemen's Pension Fund, et al.. v. InnovAge Holding Corp., et al.*, No. 21-CV-02770-WJM-SBP (D. Colo.)

**SCHEDULE OF LODESTAR AND EXPENSES
FOR ALL PLAINTIFFS' COUNSEL**

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Cohen Milstein Sellers & Toll PLLC | 8,659.75 | $6,919,454.75 | $338,110.82 |
| Fairfield and Woods, P.C. | 124.90 | $72,810.00 | $989.25 |
| **TOTAL:** | **8,784.65** | **$6,992,264.75** | **$339,100.07** |