# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 21-cv-02770-WJM-SBP

EL PASO FIREMEN & POLICEMEN'S PENSION FUND, SAN ANTONIO FIRE & POLICE PENSION FUND, and INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

INNOVAGE HOLDING CORP.,
MAUREEN HEWITT,
BARBARA GUTIERREZ,
JOHN ELLIS BUSH,
ANDREW CAVANNA,
CAROLINE DECHERT,
EDWARD KENNEDY, JR.,
PAVITHRA MAHESH,
THOMAS SCULLY,
MARILYN TAVENNER,
SEAN TRAYNOR,
RICHARD ZORETIC,
WCAS MANAGEMENT CORPORATION,
WCAS MANAGEMENT, L.P.,
WCAS MANAGEMENT, LLC,
APAX PARTNERS US LLC,
TCO GROUP HOLDINGS, L.P.,
J.P. MORGAN SECURITIES LLC,
BARCLAYS CAPITAL INC.,
GOLDMAN SACHS & CO. LLC,
CITIGROUP GLOBAL MARKETS INC.,
ROBERT W. BAIRD & CO. INCORPORATED,
WILLIAM BLAIR & COMPANY LLC,
PIPER SANDLER & CO.,
CAPITAL ONE SECURITIES, INC.,
LOOP CAPITAL MARKETS LLC,
SIEBERT WILLIAMS SHANK & CO. LLC,
ROBERTS & RYAN INVESTMENTS, INC.

      Defendants.

---

**DECLARATION OF ADRIAN P. CASTRO IN SUPPORT OF LEAD PLAINTIFFS'
MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES, FILED ON
BEHALF OF FAIRFIELD AND WOODS, P.C.**

---

I, Adrian P. Castro, declare under penalty of perjury as follows:

1. I am a Director and Shareholder of the law firm Fairfield and Woods, P.C. ("Fairfield" or "Liaison Counsel"). I respectfully submit this declaration in support of Lead Plaintiffs' motion for award of attorneys' fees and expenses incurred by my firm in connection with the Action. I have knowledge of the matters set forth herein based on personal knowledge, my review of the firm's records, and consultation with other firm personnel.[1]

2. My firm, as Liaison Counsel and counsel for Lead Plaintiffs El Paso, San Antonio, and Indiana (collectively, "Lead Plaintiffs" or "Plaintiffs"), was involved in all aspects of the prosecution and resolution of the Action and served at the direction of Lead Counsel.

3. Pursuant to D.C.COLO.LCivR 54.3:

   a. I, Adrian P. Castro, was involved in many material aspects of the litigation, including but not limited to, reviewing and commenting on all pleadings, motions and other documents filed by Lead Plaintiffs prior to them being filed, ensuring that all documents filed were compliant with all local rule requirements, filing documents with the Court's ECF system, reviewing discovery materials, leading discovery with respect to certain Colorado state regulators, and consulting with Lead Plaintiffs' Counsel throughout the litigation on strategy and local practice;

   b. Cecil E. Morris, Jr., Director, was also involved in many material aspects of the litigation and worked extensively and at the direction of Lead Counsel. Mr. Morris reviewed and commented on all major filings by Lead Plaintiffs, including the documents submitted in conjunction with mediation. Mr. Morris was consulted with and advised Lead Plaintiffs'

---

[1] Unless otherwise stated, all capitalized terms herein shall have the same meanings as in the Stipulation and Agreement of Settlement, dated June 2, 2025 (ECF No. 199-2).

1

Counsel on issues throughout the litigation.

4.  As laid out in detail in Exhibit 1 attached to this Declaration, herein, I am providing an accounting of my firm's time, which was based on daily time records that my firm maintains as standard practice and in the ordinary course of business. Those records are kept contemporaneously throughout the year, and attorneys' and staff's time entries are supervised to ensure accurate accounting. I am one of the partners who oversaw my firm's activities in the Action, and I, together with those attorneys and other personnel working under my direction, reviewed these records to confirm their accuracy.

5.  Based on that review, I am assured of the accuracy of the time accounting and that the time spent on this Action was necessary and reasonable for the diligent but efficient prosecution and resolution of this Action. The accounting includes only time that inured to the benefit of Lead Plaintiffs and the Class, including time that advanced the claims toward resolution, in the firm's lodestar calculation. Accordingly, some reductions were made to time in the exercise of billing judgment. For example, time expended after the date of June 17, 2025, the date that this Court granted preliminary approval of the Settlement—including time spent preparing Lead Plaintiffs' Motion for Award of Attorneys' Fees and Expenses—has not been included in this report, and time for timekeepers who worked fewer than ten hours on the Action also was removed from the time report.

6.  The time invested in this Action, reflected in these lodestar calculations, was reasonable in amount and was necessary for the effective and efficient prosecution and resolution of this litigation, which spanned over three years. The total number of hours expended on this Action by my firm's attorneys and professional support staff employees from its inception through June 17, 2025, was 124.90 hours. Based on prevailing rates, that produces a total lodestar of $72,810.00, and a blended hourly rate of $582.95. Exhibit 1 provides a summary of the time spent by of my firm's employees who were involved in the Action. The lodestar calculation is based on my firm's current hourly rates except that, for individuals no longer at the firm, their lodestar calculation is based on their rate when they

2

departed Fairfield.

7. The hourly rates shown in Exhibit 1 reflect current hourly rates set by the firm for each individual. These hourly rates reflect the prevailing hourly rates accepted by this and other courts in securities class action litigation or shareholder litigation. Fairfield sets these rates based on periodic analysis of rates charged by firms similar in size and practice and performing comparable work that have been approved by courts in other securities class actions and complex actions. Occasionally, the rates may reflect different rates charged by different timekeepers bearing the same title (such as associate, partner, or paralegal). While their titles may be the same, this reflects a difference in other characteristics, such as years of practice or years at Fairfield, as well as certain intra-firm designations such as co-chairing a practice group.

8. As to expenses, the lodestar calculations do not include expense items. Those items are separately reflected in Exhibit 2.

9. My firm has incurred a total of $989.25 in unreimbursed litigation expenses in connection with this Action from the beginning of Fairfield's involvement in the Action through today, the details of which are catalogued in Exhibit 2 attached hereto, and each pertain to service or records request expenses incurred in the pursuit of third-party discovery.

10. The litigation expenses in this Action are reflected in the books and records of Fairfield, which are regularly prepared and maintained in the ordinary course of business. These records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the monetary value of the expenses incurred.

11. With respect to the standing of my firm, attached hereto as Exhibit 3 is Fairfield's Firm Resume, as well as copies of the biographies for Mr. Morris and myself.

12. In accordance with D.C.COLO.LCivR 54.3, a breakdown of the principal tasks that each attorney

3

and paralegal in my firm performed in the Action is set forth in Exhibit 4 below,[2] and brief biographies for each timekeeper in the Action, including information about his or her position, education, and relevant experience, is set forth in the firm resume in Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of October, 2025, at Denver, CO.

/s/ Adrian P. Castro
Adrian P. Castro

---

[2] The tasks detailed therein are intended to be a summary, not an exhaustive list of all work performed by each person on the case.

4

**EXHIBIT 1**

*El Paso Firemen and Policemen's Pension Fund, et al. v. InnovAge Holding Corp., et al.*, No. 21-CV-02770-WJM-SBP
(D. Colo.)

**LODESTAR REPORT**

FIRM: Fairfield & Woods, P.C.
REPORTING PERIOD: INCEPTION THROUGH June 17, 2025

| PROFESSIONAL | CURRENT RATE | HOURS | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Morris, Cecil E. | $800.00 | 42.60 | $34,080.00 |
| Castro, Adrian P. | $600.00 | 46.80 | $28,080.00 |
| | | | |
| **Paralegals** | | | |
| Crawford, Candace K. | $300.00 | 21.50 | $6,450.00 |
| Peralta, Jennifer | $300.00 | 14.00 | $4,200.00 |
| **TOTALS:** | | **124.90** | **$72,810.00** |

**EXHIBIT 2**

*El Paso Firemen and Policemen's Pension Fund, et al. v. InnovAge Holding Corp., et al.*, No. 21-CV-02770-WJM-SBP
(D. Colo.)

## EXPENSE REPORT

FIRM: Fairfield & Woods, P.C.
REPORTING PERIOD: INCEPTION THROUGH October 22, 2025

| EXPENSE | AMOUNT |
|---|---|
| Proof of service fees on third-party during discovery | $375.00 |
| Records request fee for records request on third-party | $614.25 |
| **TOTAL EXPENSES** | **$989.25** |

**EXHIBIT 3**

*El Paso Firemen and Policemen's Pension Fund, et al. v. InnovAge Holding Corp., et al.*, No. 21-CV-02770-WJM-SBP
(D. Colo.)

**FAIRFIELD & WOODS, P.C. FIRM RESUME & ATTORNEY BIOGRAPHIES**



FAIRFIELD AND WOODS, P.C., 1801
CALIFORNIA STREET, STE. 2600
DENVER, COLORADO 80202
303-894-4413
www.fwlaw.com

# About Fairfield and Woods

Fairfield and Woods combines a long and respected history in Colorado with 21st century approaches and full-service capabilities. Founded in 1934, our firm is one of the oldest law firms in Denver. Today, our lawyers work with clients in virtually all areas of corporate law, litigation, real estate, and wealth and succession planning, as well as in a number of niche areas.

### Corporate

We handle all types of legal matters relating to the formation, operation, financing, and sale of businesses. We provide legal advice on all aspects of corporate operations, including directors' and officers' duties, corporate compliance matters, and employment issues.  We routinely represent businesses and their owners in acquisitions, management and leveraged buy-outs, sales, roll-ups, spinoffs, mergers, corporate reorganizations and divestitures.   We represent lenders and borrowers in all types of financing transactions, in workout situations, and in foreclosures.

### Litigation

Our litigation practice is made up of more than 20 attorneys experienced in all types of civil litigation and alternative dispute resolution. We represent business clients in virtually all types of litigation,  including bankruptcy, business and commercial, construction, employment, environmental, estate and trust, family law for high wealth individuals, intellectual property, real estate, receiverships, securities and regulatory proceedings, state and local tax, and utilities.

### Real Estate

We continue to build on our long-standing reputation as one of Colorado's leading real estate firms, representing a diverse clientele involved in virtually every aspect of real property ownership and development. Our experience includes land acquisition and due diligence, entitlements, special districts, private and/or public finance, common interest communities, construction, leasing and sales. We have strong experience in environmental law and in natural resources law, including water law, to support our real estate transaction clients.

### Wealth and Succession Planning

The broad experience of our Wealth and Succession Planning attorneys allows us to provide integrated and comprehensive business succession planning, estate planning and estate administration, along with support in the areas of business, corporate and tax law. An integral part of our relationship with many of our clients is our business succession and estate planning work for managers and owners of businesses. In addition to forming and representing tax-exempt entities, our attorneys serve individuals in planning for gifts to charitable and religious entities. We also advise charitable entities regarding their general legal needs, including corporate, trust, real estate and contract matters.

2

## Practice Areas

- Bankruptcy, Reorganizations, and Workouts
- Corporate
- Data Privacy, Data Protection, and Cybersecurity
- Employment
- Intellectual Property
- Litigation
- Local Government, Special Districts, and Utilities
- Nonprofit and Tax-Exempt Organizations
- Real Estate
- Receiverships
- Water Rights and Water Law
- Wealth Planning, Trusts, and Estates

## Sectors

- Automobile Dealerships
- Banking and Finance
- Energy and Natural Resources
- Food and Beverage
- Insurance
- Land Development, Construction, and Real Estate
- Law Firms and Lawyers
- Regulated Sectors
- Software and Technology

## Meritas

Fairfield and Woods is a member of Meritas, a global alliance of more than 7,000 lawyers serving in 170 full-service law firms across more than 70 countries.

Through Meritas, clients seeking legal services can easily connect with pre-qualified legal expertise across the United States and worldwide. Fairfield and Woods and all Meritas firms must consistently meet rigorous quality standards and a stringent code of ethics. Meritas firms are also required to participate in ongoing recertification and client satisfaction evaluations.

Clients who engage a Meritas firm can be confident they will receive high-quality legal work from firms that are deeply rooted in their local communities.

3

**CECIL E. MORRIS, JR.**
1801 California Street, Suite 2600
Denver, Colorado  80202-2645
(303) 894-4424

**BAR ADMISSIONS**

Colorado:  February 1991
California:  December 1982
United States District Court for the District of Colorado:  May 1991
United States District Court for the Eastern District of California:  June 1988
United States District Court for the Northern District of California:  June 1986
United States Court of Appeals for the Tenth Circuit:  June 1991
United States Court of Appeals for the Ninth Circuit:  June 1989
United States Supreme Court 2004

**EDUCATION**

NEW YORK UNIVERSITY SCHOOL OF LAW
J.D., June 1982
>  Articles Editor, Review of Law and Social Change
>  Root-Tilden-Snow Scholarship

THE UNIVERSITY OF OKLAHOMA
B.A., summa cum laude, May 1979.  Major: Political Science
>  Phi Beta Kappa
>  Bronze Letzeiser Medal, Outstanding Senior
>  Pe-Et, Top Ten Seniors
>  Cortez A.M. Ewing Public Service Fellowship
>  Bass Memorial Scholarships in Economics and Political Science
>  President's Leadership Scholarship

**EXPERIENCE**

FAIRFIELD AND WOODS, P.C.
Denver, Colorado
>  Of Counsel, then Director:  September 2015 to Present
>  Civil trial practice in federal and state courts and arbitration, mainly in the areas of securities, business torts, commercial, and banking law. Arbitrator in commercial and securities arbitrations. Also, legal ethics and attorney discipline defense.

PENDLETON, WILSON, HENNESSEY & CROW, P.C.
Denver, Colorado
>  Special Counsel, then Shareholder:  December 2002 to August 2015
>  Civil trial practice in federal and state courts and arbitration, mainly in the areas of securities, business torts, commercial, and banking law. Arbitrator in

**CECIL E. MORRIS, JR.**

Page 2

commercial and securities arbitrations. Also, legal ethics and attorney discipline defense.

LAW OFFICE OF CECIL E. MORRIS, JR., LLC
Denver, Colorado

Member/Manager:  August 2001 to December 2002 (part time)
Arbitrator in commercial and securities arbitrations and consulting in the areas of commercial and securities law and legal ethics.

NETZORG & MCKEEVER, P.C.
Denver, Colorado

Associate, then Shareholder:  April 1991 to August 2001
Civil trial practice in federal and state courts and arbitration, mainly in the areas of securities, commercial, and banking law and business torts.

DINKELSPIEL & DINKELSPIEL
San Francisco, California

Associate:  May 1987 to June 1990
Civil trial practice in federal and state courts, administrative proceedings, and arbitration, mainly in the areas of commercial, banking, and securities law and business torts.

PILLSBURY, MADISON & SUTRO
San Francisco, California

Associate:  February 1985 to October 1986
Civil trial practice in federal and state courts, mainly in the area of business torts.

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
Oklahoma City, Oklahoma

Law Clerk:  November 1982 to November 1984
Special law clerk to the Court, responsible for the cases arising out of the failure of the Penn Square Bank, N.A.

## PUBLICATIONS

*Contingent Fees: Conversion Clauses and Quantum Meruit,* 72 Trial Talk 27 (Oct.-Dec. 2023)

*Contingent Fees: Conversion Clauses, Termination and Withdrawal, and Fee Forfeiture,* 72 Trial Talk 35 (Jan.-March 2023)

*Colorado's New Lawyer Self-Assessment Program,* 67 Trial Talk 37 (Jan. 2018)

*Inadvertent Disclosure,* in <u>Lawyer's Professional Liability in Colorado: Preventing Legal Malpractice and Disciplinary Actions</u> (CLE in Colorado, Inc. 2009-2018)

**CECIL E. MORRIS, JR.**
Page 3

*Liability under the Federal Sarbanes-Oxley Act*, in <u>Lawyer's Professional Liability in Colorado: Preventing Legal Malpractice and Disciplinary Actions</u> (CLE in Colorado, Inc. 2005-2018)

*Class Action Lawyers' Professional Responsibilities*, in <u>Lawyer's Professional Liability in Colorado: Preventing Legal Malpractice and Disciplinary Actions</u> (CLE in Colorado, Inc. 2015-2017) (contributor)

*LaFond v. Sweeney:  Law Firm Dissolutions and Pending Contingency Fee Cases*, 64 Trial Talk 41 (Feb.-March 2015)

*Ethics and the Business Lawyer*, 32 The Colorado Lawyer 43 (Oct. 2003) (co-author with Richard F. Hennessey)

*Colorado Supreme Court Adopts Further Jury Reform Measures*, 52 Trial Talk 16 (April-May 2003)

*The New Local Rules for the United States District Court for the District of Colorado*, 51 Trial Talk 12 (April-May 2002)

*Amendments to the Federal Rules of Civil Procedure and the Federal Rules of Evidence*, 50 Trial Talk 14 (April-May 2001)

*Inadvertent Disclosure of Privileged and Confidential Documents*, 30 The Colorado Lawyer 59 (Feb. 2001)

*A Breach in the Wall of Mandatory Arbitration*, 49 Trial Talk 6 (April-May 2000)

*The Use and Abuse of Subpoenas*, 47 Trial Talk 18 (April 1998)

*Note, Conserving Natural Resources: Toward a Comprehensive State Recycling Program Under the Federal Resource Conservation and Recovery Act*, 10 Review of Law and Social Change 469 (1980-1981)

**LECTURES**

*Remote Practice and Developments in the Unauthorized Practice of Law*, Colorado Bar Association Business Law Section, Financial Institutions Subsection (2023)

*26th Annual Developments in Ethics for In-House Counsel, Fairfield and Woods, P.C.* (2023)

*Confidentiality and the Attorney-Client Privilege and Representing the Organization Client—Governance, Ethics and Compliance,* Colorado Bar Association Business Law Section, Financial Institutions Subsection (2022)

*25th Annual Developments in Ethics for In-House Counsel, Fairfield and Woods, P.C.* (2022)

**CECIL E. MORRIS, JR.**
Page 4

*Practicing Virtually and Working Remotely,* Colorado Bar Association Business Law Section, Financial Institutions Subsection (2021)

*24th Annual Developments in Ethics for In-House Counsel, Fairfield and Woods, P.C. (2021)*

*Lawyers Practicing Virtually*, Labor and Employment Relations Association (2021)

*Lawyers Practicing Virtually*, Pueblo County Bar Association (2021)

*Legal Ethics in the Time of COVID-19,* Heart of the Rockies Bar Association (2021)

*The Future of the Practice of Law and Legal Ethics in the Time of COVID-19*, Colorado Bar Association Business Law Section, Financial Institutions Subsection (2020)

*23rd Annual Developments in Ethics for In-House Counsel,* Fairfield and Woods, P.C. (2020)

*Legal Ethics in the Time of COVID-19,* Colorado Bar Association (2020)

*22nd Annual Developments in Ethics for In-House Counsel,* Fairfield and Woods, P.C. (2019)

Annual Convention: *Legal Ethics:  Competence, Confidentiality, and Cybersecurity,* Colorado Trial Lawyers Association (2019)

*21st Annual Developments in Ethics for In-House Counsel,* Fairfield and Woods, P.C. (2018)

*Legal Ethics:  Competence, Confidentiality, and Cybersecurity,* Colorado Bar Association Business Law Section (2018)

*Legal Ethics:  Recent Developments, Trends, and Recurring Issues,* Colorado Bar Association Business Law Section (2017)

*Everyday Legal Ethics,* Colorado Bar Association Health Law Section (2017)

*20th Annual Developments in Ethics for In-House Counsel,* Fairfield and Woods, P.C. (2017)

*Serious Misconduct Within the Organization Client ─ Legal Ethics, Sarbanes-Oxley and the Yates Memorandum*, Colorado Bar Association Business Law Section (2016)

*19th Annual Developments in Ethics for In-House Counsel,* Fairfield and Woods, P.C. (2016)

*Inadvertent Disclosure: Professional Liability Series*, Colorado Bar Association CLE (2016)

**CECIL E. MORRIS, JR.**
Page 5

*18th Annual Developments in Ethics for In-House Counsel*, Fairfield and Woods, P.C. (2015)

*Ethics and the Business Lawyer: Back to the Future*, Colorado Business Law Institute, Colorado Bar Association CLE (2015)

*Ethics Issues in Connection With Settlement,* Wyoming Trial Lawyers Association (2015)

Annual Convention: *Ethics/What Not To Do:  A Review of Recent Disciplinary Cases*, Colorado Trial Lawyers Association (2014)

*Inadvertent Disclosure*, CLE Colorado, Inc. (2014)

*Internal Investigations*, Government Law Section, Colorado Bar Association (2013)

*On Depositions in Colorado: Ethics and Professionalism in Depositions*, Colorado Bar Association (2013)

*Internal Investigations*, Health Law Section, Colorado Bar Association (2012)

Annual Convention:  *Internet Advertising and Social Media*, Colorado Trial Lawyers Association (2012) (author)

*Internal Investigations*, Department of Energy Contractor Attorneys' Association (2012) (co-presenter)

Subrogation 2012:  *Third-Party Liens and Claims Against Property Held by the Lawyer*, Colorado Trial Lawyers Association (2012)

*Lawyers' Duty of Candor to the Tribunal and Remedial Measures in Civil Actions and Proceedings*, CLE Legal Connection (2011)

Annual Convention: *Ethics & Privilege Logs, The Ethical Limits of Defending,* and *The Limits of Direct and Cross Examination*, Colorado Trial Lawyers Association (2011) (chair and presenter)

Annual Convention:  *Ethics at Trial*, Colorado Trial Lawyers Association (2010) (chair and panelist)

*Inadvertent Disclosure*, CLE Colorado, Inc. (2010)

Preventing Legal Malpractice: *Dealing with a Grievance*, CLE Colorado, Inc. (2010) (presenter)

Annual Convention:  *Ethics Issues for Trial Lawyers*, Colorado Trial Lawyers Association (2009) (chair and panelist)

**CECIL E. MORRIS, JR.**
Page 6

*Navigating the Ethics Minefield:  Third-Party Claims and Liens Against Client Property, Conflicts of Interest, and Aggregate Settlements,* Colorado Trial Lawyers Association (2009)

Colorado Corporate Practice Conference:  *Legal Ethics for Business Law Attorneys*, Colorado Bar Association (2008)

*Ethical Rules Governing Lawyers' Advice for Privacy Breaches,* Privacy Foundation, University of Denver College of Law (2008) (panelist)

Annual Convention:  *Ethics in a Wild Wired World*, Colorado Trial Lawyers Association (2008) (chair and panelist)

Annual Convention:  *Ethics Issues for Trial Lawyers*, Wyoming Trial Lawyers Association (2008) (lecturer)

*Current Developments in Legal Ethics in Colorado*, Arapahoe County Bar Association (2008)

*Ethics Issues in Connection with Settlement:  Old Themes, New Developments*, Arapahoe County Bar Association (2007)

*New Rules of Professional Conduct*, Tuesdays at the Bar, Colorado Bar Association (2007)

*New Colorado Rules of Professional Conduct*, Colorado Bar Association (2007)

*Ethics 2000*, Colorado Bar Association (2007)

Annual Business Law Institute:  *Ethics 2007*, Colorado Bar Association (2007)

Annual Convention:  *Ethics Issues for Trial Lawyers*, Colorado Trial Lawyers Association (2007) (chair and panelist)

Annual Business Law Institute:  *Ethics 2000*, Colorado Bar Association (2006)

Annual Convention:  *Ethics Issues for Trial Lawyers*, Colorado Trial Lawyers Association (2006) (chair and panelist)

*Aiding and Abetting Breach of Fiduciary Duty*, Colorado Defense Lawyers Association (2006)

Litigation Bootcamp:  *Discovery*, Colorado Bar Association (2006)

*Litigation Ethics*, Colorado Bar Association (2005) (panelist)

Annual Convention: *Ethics Issues for Trial Lawyers*, Colorado Trial Lawyers Association (2005) (chair and panelist)

**CECIL E. MORRIS, JR.**
Page 7

Third Annual Ethics Symposium: *The Sarbanes-Oxley Act and the Rules of Professional Conduct*, University of Denver College of Law (2005) (author and panel chair)

*Lawyers' Duties of Confidentiality and Disclosure: The Changing Climate and the Changing Landscape*, Environmental Law Section, Colorado Bar Association (2004)

Annual Employment Law Conference: *Current Ethics Issues in Employment Law*, Colorado Bar Association (2004) (chair and panelist)

Annual Convention: *Ethics Issues for Trial Lawyers II*, Colorado Trial Lawyers Association (2004) (chair and panelist)

Second Annual Ethics Symposium: *Discovery and the Colorado Rules of Civil Procedure*, University of Denver College of Law (2004) (panelist)

*Ethics Issues in Pretrial Practice*, Plaintiffs' Employment Lawyers Association (2004) (lecturer)

Third Annual Litigation Institute: *Surreptitious Recording of Communications: New CBA Formal Ethics Opinion 112*, Colorado Bar Association (2003)

Annual Convention: *Ethics Issues for Trial Lawyers*, Colorado Trial Lawyers Association (2003) (chair and panelist)

First Annual Ethics Symposium: *Ethics in Civil and Criminal Practice*, University of Denver College of Law (2003) (lecturer)

*The Continuing Evolution of Quantum Meruit Recovery in Contingency Cases in Colorado*, Plaintiffs' Employment Lawyers Association (2003) (lecturer)

Sixth Annual Ethics Conference: *Developments in Legal Ethics*, CLE International (2001) (author and lecturer)

*Ethics for Litigators*, Colorado Bar Association (2001) (author and lecturer)

Fifth Annual Ethics Conference: *New CBA Formal Ethics Opinion 108 And Beyond*, CLE International (2000) (author and lecturer)

Annual Convention: *Ethics in Trial Advocacy*, Colorado Trial Lawyers Association (2000-2001) (author and lecturer)

*Ethics for Government Lawyers*, Colorado Bar Association (2000) (lecturer)

Fourth Annual Ethics Conference: *Ethics Issues Relating to the Receipt of Privileged or Confidential Documents Belonging to Persons Other Than the Client*, CLE International (1999) (author and lecturer)

**CECIL E. MORRIS, JR.**
Page 8

*Trial Advocacy Program*, Colorado Trial Lawyers Association (1999-2000) (co-presenter)

*Annual Colorado Law Update (Commercial Law)*, Colorado Trial Lawyers Association (1996-2001) (co-author and lecturer)

*Taking Effective Depositions*, Lorman Education Services (1994-1997) (co-author and lecturer)

*Alternative Dispute Resolution: Enforcing Arbitration Agreements*, Colorado Trial Lawyers Association (1994) (co-author)

*Defending Depositions: Objections, Instructions, and Dealing with Opposing Counsel*, Continuing Legal Education in Colorado, Inc. (1992) (co-author)

*Abusive Tactics, Protective Orders, and Sanctions*, Continuing Legal Education in Colorado, Inc. (1991) (co-author)

## PROFESSIONAL AFFILIATIONS

Colorado Supreme Court Standing Committee on the Rules of Professional Conduct (2003-present)

Colorado Supreme Court Attorney Regulation Advisory Committee, Subcommittee on Proactive Based Management (2015-2017)

United States District Court for the District of Colorado, Committee on Conduct (2005-2011); Chair (2010-2011)

Colorado Bar Association:  Member (1991- present), Ethics Committee (1995- present: Chair, 2004-2005; Vice-Chair, 2003-2004)

Colorado Supreme Court Ad Hoc Committee on ABA Ethics 2000/Rules of Professional Conduct:  Member (2002-2004)

Colorado Bar Foundation:  Fellow (2001-present)

Denver Bar Association:  Member (1991- present), Professionalism Committee (1991-1994)

State Bar of California:  Member (1982- present) (inactive), Litigation Section (1982-present)

American Bar Association:  Member (1985- present), Litigation Section and Committees on Trial Practice, Securities Litigation and Business Torts Litigation

**CECIL E. MORRIS, JR.**
Page 9

Colorado Trial Lawyers Association:  Member (1992- present); Co-Chair, Commercial Law Section (1999- 2001); Member, Board of Directors (1999- 2003); Editor, Civil Procedure and Discovery and then Ethics, *Trial Talk* (1997- 2020)

Faculty of Federal Advocates, United States District Court for the District of Colorado (1997-present) (founding member)

American Arbitration Association:  National Panel of Arbitrators, Commercial Arbitration (1996- present)

Association of Professional Responsibility Lawyers: Member (2002-2016)

Historical Society of the Tenth Judicial Circuit (founding lifetime member) (2004-present)

Sam Cary Bar Association: Member (2020-present)

## HONORS AND RATINGS

Named among Best Lawyers in America, Legal Ethics and Professional Responsibility (2022-2024)

Named among Colorado Super Lawyers, Business Litigation (2006 to 2020, 2024)

Named among Colorado Super Lawyers, Corporate Counsel Edition, Business Litigation (2008 to 2020)

Rated AV/Preeminent by Martindale

Rated 10.0/Superb by Avvo

# Fairfield & Woods P.C.



# Adrian P. Castro

**Director**

T: (303) 894-4458

**acastro@fwlaw.com**

Adrian represents individuals and businesses in complex civil disputes and employment matters across a range of industries, including auto dealerships, broker dealers, construction, finance, oil and gas, software, startups, and marijuana dispensaries and grow operations. He appreciates the challenges of commercial litigation, especially those related to employment law.

A former in-house attorney, Adrian helps clients develop cost-effective solutions that acknowledge and incorporate their businesses' goals, timelines, and budgets into each stage of a litigation. He is a trusted resource for companies navigating the legal issues that arise in the workplace, and his clients rely on him to provide unique insights regarding lender relationships, sensitive employment issues, public scrutiny, sensitivity to legal fees, and alternative fee arrangements. Clients also turn to Adrian to provide counsel on restrictive covenants, non-compete agreements, severance agreements, employee handbooks and manuals, workplace investigations, and independent contractor status.

Always cool under pressure, Adrian serves as a volunteer firefighter in his spare time and is a recreational athlete who competes in endurance and mountain bike races. His level-headed approach to litigation has helped clients resolve intense disputes related to broker-dealer law, regulated utilities, securities and banking, real estate, mortgage and title, labor and employment, bankruptcy, and insurance. He also regularly counsels clients regarding violations of federal security statutes, labor and employment issues, breach of contract, fraud, antitrust violations, violations of the Foreign Corrupt Practices Act, and violations of state and federal RICO statutes.

## Education

Hofstra University School of Law, J.D., *magna cum laude*, 2005
University of Albany, B.S., Business Administration, *magna cum laude*, 2002

## Bar Admissions

Colorado
New York

## Practice Areas

Employment
Business and Commercial Litigation
Litigation
Appellate
Securities Litigation, Arbitration, and Regulatory Defense
Securities Offerings, Regulation, and Compliance

## Sectors

Automobile Dealerships
Broker Dealer and Investment Banking
Oil and Gas
Insurance

## Representative Experience

- Represented a natural gas utility a complex multi-state litigation involving regulatory and contractual disputes.
- Represented a global financial services firm in a number of successful broker recruitment litigations, including matters involving FINRA arbitration.
- Represented a large banking institution in a dispute involving claims of unsuitability and violations of state securities laws.
- Represented individual defendants in a matter involving the interplay of federal law, state law and the FDIC.
- Represented a national financial services firm in dismissing a number of untimely claims improperly asserted by the plaintiff; also obtained attorney fees and cost in form of sanctions against the plaintiff
- Assisted in representation of a major bank in an action centered on certain interest rate swap transactions.
- Assisted in representation of a national bank against a Bermuda insurance company.
- Assisted in representation of an international bank in the Enron Corporation Security Litigation.
- A senior member of the team of litigators that represented a hedge fund in the bankruptcy of a major auto parts manufacturer

## Professional Affiliations

- Colorado Bar Association
- Denver Metro Chamber of Commerce
- Denver Hispanic Bar Association
- Denver Hispanic Chamber of Commerce
- Latin American Educational Foundation
  - Board of Directors, 2018
- New York City Bar Association
- New York State Bar Association

**Fairfield and Woods, P.C.**                                                          **fwlaw.com**

## Recognition

- Colorado Super Lawyers
  - Rising Star, Business Litigation
- *Law Week Colorado* "Up and Coming Attorneys," finalist, 2010



**EXHIBIT 4**

*El Paso Firemen and Policemen's Pension Fund, et al. v. InnovAge Holding Corp., et al.*, No. 21-CV-02770-WJM-SBP (D. Colo.)

**TASK BREAKDOWN**

**DIRECTORS**

**CECIL E. MORRIS, JR.** (42.60 hours): Mr. Morris, Director at Fairfield & Woods P.C., provided strategic guidance throughout the Action. Mr. Morris was particularly involved in matters related to District of Colorado-specific strategy and procedural decisions. He also advised on briefing and preparation for argument and status conferences.

**ADRIAN P. CASTRO** (46.80 hours): Mr. Castro, Director and Shareholder at Fairfield & Woods P.C., provided strategic guidance throughout the Action. Mr. Castro was particularly involved in matters related to District of Colorado-specific strategy and procedural decisions. He was also instrumental in the strategy and execution of discovery on certain Colorado regulators and navigating state privilege issues.

**PARALEGALS**

**CANDACE K. CRAWFORD** (21.50 hours), **JENNIFER PERALTA** (14.00 hours): Fairfield's paralegals contributed in a variety of ways to the litigation of this Action, including by processing expenses, organizing and formatting key filings, and communicating with Cohen Milstein regarding local practices and court rules.